# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**DAVID ALAN BLAIR**<br><br>*Defendant* | )<br>)  Case: 1:21-mj-00211<br>)  Assigned to: Judge Faruqui, Zia M<br>)  Assign Date: 2/9/2021<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ **David Alan Blair** _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - assault on federal officer or on person assisting federal officer;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - disorderly conduct on restricted grounds impeding govt. business;
18 U.S.C. § 1752(a)(4) - physical violence on restricted grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 2/9/2021                                                                               2021.02.09 20:48:23 -05'00'
                                                                                           *Issuing officer's signature*

City and state:     Washington, D.C.                          Zia M. Faruqui, U.S. Magistrate Judge
                                                                                           *Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/9/2021, and the person was arrested on *(date)* 2/17/2021
at *(city and state)* WASHINGTON, DC.

Date: 2/17/2021                                                                    _____
                                                                                           *Arresting officer's signature*

                                                                                           SA JONATHAN FUGITT (FBI SPECIAL AGENT)
                                                                                           *Printed name and title*