# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | )   No. 1:21-cr-00186-CRC |
| | ) |
| **DAVID BLAIR,** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

## NOTICE OF APPEARANCE

The above captioned case has been assigned to Jose A. German, Assistant Federal Public Defender. Please send all notices and inquiries to the address listed below.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Jose A. German
Assistant Federal Public Defender
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004
(202) 208-7500
Jose_German@fd.org