IN THE UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No.: 1:21-cr-00186-CRC-1 |
| | : |
| DAVID ALAN BLAIR | : |
| | : |
| Defendant. | : |

## LINE OF APPEARANCE

Clerk of the Court:

Please enter the appearance of Terrell N. Roberts, III, as counsel for the defendant in the above-captioned matter.

Please strike the appearance of Jose Alejandro German and the Office of the Federal Public Defender for the District of Columbia.

Respectfully submitted,
**ROBERTS & WOOD**

 /s/ Terrell N. Roberts, III
Terrell N. Roberts, III
D.C. Bar No.:965061
*Attorney for Defendant*
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
(301) 699-8706 Fax
troberts@robertsandwood.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Line of Appearance was electronically filed, and a copy was emailed and sent via first-class mail, postage pre-paid on March 24, 2021, to:

Michael C. Liebman, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
555 Fourth Street, NW
Room 9106
Washington, DC 20530
michael.liebman@usdoj.gov

Puja Bhatia, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
555 Fourth Street, NW
Room 9439
Washington, DC 20530
puja.bhatia@usdoj.gov

  /s/ Terrell N. Roberts, III
Terrell N. Roberts, III