UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 1:21-CR-00186-CRC |
| : | |
| DAVID ALAN BLAIR, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S MOTION TO CHANGE STATUS HEARING DATE**

The United States of America, by and through its undersigned counsel, the Acting United States Attorney for the District of Columbia, hereby moves the Court to reschedule the next status hearing, which is currently set for November 1, 2020.  The undersigned counsel for the government, who will soon be the only prosecutor assigned to this matter, expects to be in trial on that date.  Undersigned counsel is available, however, on Tues., 10/19 (afternoon), Wed., 10/20 (except for 2 to 230 pm), and any time on 10/21, 10/22 and 10/25 – 10/27.

Counsel for the defendant has not responded to an email request seeking his position on this motion.

A proposed order is attached.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

/s/*Michael C. Liebman*
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 4th Street, N.W., room 9106
Washington, D.C.  20530