UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-CR-00186-CRC |
| : | |
| DAVID ALAN BLAIR, : | |
| : | |
| Defendant. : | |

**SUPPLEMENT TO GOVERNMENT'S MOTION TO CHANGE STATUS HEARING DATE**

The United States of America, by and through the Acting United States Attorney for the District of Columbia, hereby supplements its motion to reschedule the next status hearing (doc. 19), which is currently set for November 1, 2021. The government has now conferred with defense counsel on the subject and can advise that the defense does not oppose the motion, provided the status hearing is in October, and that the defense is available on the dates and times set forth in the motion.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

/s/*Michael C. Liebman*
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 4th Street, N.W., room 9106
Washington, D.C.  20530