# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:21-CR-00186-CRC |
| DAVID ALAN BLAIR, | : |
| Defendant. | : |

## MOTION FOR WITHDRAWAL OF APPEARANCE

The United States of America, by and through its undersigned counsel, the Acting United States Attorney for the District of Columbia, hereby moves for the withdrawal from this case of Assistant United States Attorney Puja Bhatia, on the grounds that she will no longer be employed by the United States as of November 30, 2021. A proposed Order is attached.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

by: _/s/*Puja Bhatia*_____
Puja Bhatia
Assistant United States Attorney
D.C. Bar No. 1009466
555 4th Street, NW, room 9439
Washington, D.C. 20530
puja.bhatia@usdoj.gov
(202) 252-6900