IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 1:21-cr-00186-CRC |
| | : | |
| DAVID ALLEN BLAIR | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT DAVID ALAN BLAIR'S RESPONSE TO MOTION FOR CONTINUANCE AND TOLLING OF SPEEDY TRIAL ACT TIME

David Allen Blair, Defendant, by and through his counsel, Terrell N. Roberts, III, responds to the Government's Motion for Continuance of the Trial Date and Tolling of the Speedy Trial Act.

The Defendant consents to a continuance of the trial date to a date to be fixed during the period of May through July, inclusive, of 2022, but no further.

        /s/ Terrell N. Roberts, III
Terrell N. Roberts, III
DC Bar No. 965061
*Attorney for Defendant*
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
(301) 699-8706 Fax
troberts@robertsandwood.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant's Motion to Dismiss was electronically filed via CM/ECF system on November 23, 2021, and an electronic copy was e-served to:

Michael Liebman, Esq.
Assistant United States Attorney
Office of the United States Attorney, District of Columbia
555 4th Street, NW
Washington, D.C. 20530

                                                     */s/ Terrell N. Roberts, III*
                                                     Terrell N. Roberts, III