UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-00186-CRC |
| : | |
| DAVID ALAN BLAIR, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME TO FILE, AND LEAVE TO LATE-FILE, RESPONSE TO DEFENDANT'S (AMENDED) MOTION TO DISMISS INDICTMENT**

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves for enlargement of time to file, and leave to late-file, its response to the defendant's amended motion to dismiss the indictment (ECF # 26). The amended motion was filed on November 10, 2021, making the government's response due by November 24, 2021. See D.C. L. Cr. R. 47(b). The government missed the response deadline because undersigned counsel has been in trial since October 28, 2021, and has also been preparing for another trial scheduled to start tomorrow (November 29, 2021).

Accordingly, the government seeks leave to late-file its response, and an enlargement of time to file till December 5, 2021.

Counsel for the defense has not yet responded to the government's request for its position on this motion.

A proposed Order is attached.

Respectfully submitted,

MATTHEW M. GRAVES
ACTING UNITED STATES ATTORNEY

/s/*Michael C. Liebman*
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 4th Street, N.W., room 9106
Washington, D.C.  20530

2