Exhibit




**CAPITOL POLICE BOARD**
H-124 The Capitol
WASHINGTON, DC 20515
PHONE 202-225-2456

**PAUL D. IRVING, Chairman**
**MICHAEL C. STENGER, Member**
**J. BRETT BLANTON, Member**
**STEVEN A. SUND, Ex-Officio Member**

## CAPITOL POLICE BOARD ORDER 20.14

### CONCERNING THE CLOSING OF THE WEST FRONT OF THE CAPITOL GROUNDS TO PREPARE FOR THE 59TH INAUGURATION OF THE PRESIDENT OF THE UNITED STATES

Section 1. The Capitol Police Board hereby restricts pedestrian and vehicular traffic access to the United States Capitol West Front areas described in Section 2 in order to provide for the safety and security of the Inaugural platform construction site pursuant to 2 U.S.C. §§ 1961 and 1969 as directed by the Joint Congressional Committee on Inaugural Ceremonies (Inaugural Committee) from September 7, 2020 to February 28, 2021. This restriction does not apply to individuals authorized by the Inaugural Committee, individuals necessary to the implementation of inaugural arrangements, or members of the United States Capitol Police.

Section 2. The following areas of the United States Capitol Grounds known as the West Front are restricted as noted above:

(a) The area south of the walkway adjacent to the south side of Northwest Drive.

(b) The area north of the walkway adjacent to the north side of Southwest Drive.

(c) The area east of the east sidewalk of First Street (SW, NW) including the retaining wall along First Street and Pennsylvania Avenue walkway NW and Maryland Avenue Walkway SW.

(d) The area west of the Capitol Building and including all terraces, walkways and steps on the north, south and west of the building except for that portion of walkway leading west from the Capitol Plaza to the North Door of the Capitol Building and that portion of walkway leading west from the Capitol Plaza to the South Door of the Capitol Building.

(e) The United States Capitol Police is authorized to establish and maintain a demonstration area on the West Front of the Capitol, located on the western most section of the center panel, between Garfield Circle and Peace Circle, and outside the

construction perimeter, for such times and to such extent as such demonstration activity does not interfere with the Inaugural preparations or other official Congressional activity. This area shall be closed from January 6, 2020 through January 23, 2021 to facilitate Inaugural preparations.

So ORDERED and APPROVED this 25th Day of August 2020.

_____
Paul D. Irving
Chairman
Capitol Police Board

_____
Michael C. Stenger
Member
Capitol Police Board

_____
J. Brett Blanton
Member
Capitol Police Board