**<u>Exhibit List for Defendant David Alan Blair's  to Sentencing Memorandum</u>**

| | |
|---|---|
| Exhibit 1 | Excerpts of the transcript of FBI Special Agent Jonathan Fuggit's Interview of David Alan Blair, February 21, 2021. |
| Exhibit 2 | Screenshot of text message sent by David Blair to his mother Gayle Blair on January 6, 2021, at 5:14 P.M. |
| Exhibit 3 | Affidavit of Anne Moser dated July 6, 2022. |
| Exhibit 4 | Affidavit of Anne Moser, December 21, 2021. |
| Exhibit 5 | YouTube Video Footage and Body-Worn Camera (BWC) footage of MPD Officers David Eley, Ian French, Austin Smith, Aaron Smith, Sgt. Fabian Ferrara, and Kevin Peralta.<br><br>**(These exhibits are on a CD.  However, due to supply shortage and unavailability of CD-ROMs, the CD containing these exhibits will be hand-delivered to the Court and mailed to all counsel of record on July 8, 2022.)** |
| Exhibit 6 | Preliminary Report Concerning the Use of Force. |
| Exhibit 7 | Excerpts of records of George Washington University Hospital. |
| Exhibit 8 | Character Letter from Philip Gash |
| Exhibit 9 | Character Letter from Gayle Blair |
| Exhibit 10 | Character Letter from Nina Bell |
| Exhibit 11 | Photographs taken by Kristen Raphel, M.D. |
| Exhibit 12 | Photograph of scars |
| Exhibit 13 | Excerpts from Kaiser Permanente Medical Records |

# EXHIBIT 1

1

```
 1
 2                    INTERVIEW OF:
 3                     DAVID BLAIR
 4
 5             UNITED STATES v. DAVID BLAIR
 6                  FEBRUARY 17, 2021
 7
 8             CASE NO. 1:21-CR-00186-CRC
 9
10                    INTERVIEWERS:
11          SPECIAL AGENT JONATHAN FUGGIT &
12               SPECIAL AGENT BARRINGER
13       ALSO PRESENT:  TERRELL ROBERTS, ESQ.
14
15
16
17
18
19                 GINGER HARDIN, LLC
20            Transcribed by Ginger A. Hardin
21                    301.938.8519
```



14          SPECIAL AGENT FUGGIT:  So tell me what happened

15     when you got to D.C. then.

16          DAVID BLAIR:  I got to D.C., quite literally I

17     got arrested -- I don't think -- I don't even think it

18     took me 10 minutes of being down there.  I mean like

19     when I got there I could not put two and two together

20     that obviously these people were pushing back, you know,

21     what the time --

1          SPECIAL AGENT FUGGIT:  Did you already know what

2     was going on when you -- when did you leave your house?

3          DAVID BLAIR:  Like 3:00-ish.  I'm not, you know,

4     like 3:15-ish.  Like I said, I --

5          SPECIAL AGENT FUGGIT:  Did you see anything on

6     the news at that point?

7          DAVID BLAIR:  No.  Like I said, I saw clips -- I

8     saw clips on, uh, on Twitter and then on -- on YouTube

9     stream, but I didn't see any of the crazy stuff, like

10    people being drug down and beat with stuff, like I don't

11    see any of that, you know, I just saw people that were

12    occupying the space at the Capitol.  Because at that

13    point I guess there was like a huge crowd and, yep, I

14    had no idea that it had gotten this crazy --

15         SPECIAL AGENT FUGGIT:  Did you know that people

16    were inside of the Capitol?

17         DAVID BLAIR:  No.  Not at all.  I didn't think

18    that was possible.  Because like I said, someone like me

19    I don't have a Parlo [sic] account, I don't even have a

20    Twitter account, you know, I'm someone that can search a

21    key word and I can understand months ahead of time that

1    people were planning crazy shit.  But I thought it was

2    like -- I don't know if you all remember the Virginia

3    gun rights protest of like twenty twenty -- early 2020.

4    Do you kind of remember that?

5            SPECIAL AGENT FUGGIT:  Kind of, yeah.

6            DAVID BLAIR:  Yeah.  Well there was a bunch of

7    -- like I said, I just recently started paying attention

8    to any of things, protests, politics and all that other

9    stuff, just because everything seemed so divided, and,

10   uh, that's what I thought it was going to be like, a

11   bunch of -- a bunch of empty -- a bunch of empty threats

12   by, you know, right wing people and then they go there

13   and they are completely peaceful and then they end up

14   leaving cleaner than what they came.  You know, that was

15   what my original thoughts of what this was going to be

16   were, you know?  Like I said, I did not think it was

17   possible for people to get into our Capitol like that.

18           SPECIAL AGENT FUGGIT:  Okay.  So from -- from

19   the time that you got to D.C., parked, and then from the

20   time you --

21           DAVID BLAIR:  I walked --

1            SPECIAL AGENT FUGGIT:  -- you said it was a

2      record short amount of time, so --

3            DAVID BLAIR:  Oh, no, no, not from when I

4      parked.  I walked like another hour and a half.

5            SPECIAL AGENT FUGGIT:  Okay.

6            DAVID BLAIR:  You know.  I parked, um --

7            SPECIAL AGENT FUGGIT:  Yeah, I'm sure you

8      weren't parking close anyways, so.

9            DAVID BLAIR:  No.  I can't remember the parking

10     garages name right now.  Like I said, I suffered a head

11     injury that night.  But like I said, it was near L

12     Street.  Piedmont Parking.  I parked at Piedmont Parking

13     near L Street.  It was like an hour and 20 minute walk.

14     And then so it's like an hour or so, you know, depending

15     on traffic to get down to (inaudible) from my house, and

16     then there's another hour and a half walk, and that was,

17     uh, that was pretty much what it was.

18            SPECIAL AGENT FUGGIT:  So --

19            DAVID BLAIR:  So like all that cra -- all the

20     craziest things I guess, I mean I don't -- I don't know

21     this for sure, but it seems like happened in that

1    timeframe.  Like I didn't see -- I didn't see any flash

2    bangs or anything like that on the clips that I saw.

3          SPECIAL AGENT FUGGIT:  Uh-huh.

4          DAVID BLAIR:  And then I didn't hear any the

5    whole time I was walking down there.

6          SPECIAL AGENT FUGGIT:  So was it --

7          DAVID BLAIR:  And I didn't know anything about

8    the curfew, I didn't know any of that, and I showed up

9    and, you know, it seemed like they were pushing back

10   people that were being completely peaceful off of the

11   grass.  And like I said, I didn't even know the grass

12   was Capitol grounds.  Like I said, I didn't do any

13   research like I should've.  And, you know, like I said,

14   it was just eight months of bottled up emotion, man.

15   You know, I was like (inaudible) your back for eight

16   months, you know, which that sounds so stupid, because

17   like I said, it was the complete opposite that day.

18          But that was what I figured I was like, man, you

19   know, I've been seeing people, you know, run you guys

20   over in the streets for the past eight months, you know

21   what I mean?  Try to lock you in buildings, light you on

```
 1    fire and stuff, and I was like, you know, I could not
 2    understand why they were pushing these people back.  You
 3    know, anybody who was in their right frame of mind
 4    would've been able to know.  And, uh, like I said, I was
 5    not -- I was quite literally manic for like a total of
 6    six months I would say.
 7              SPECIAL AGENT FUGGIT:  So when you got to the --
 8    from the -- from walking from the parking garage to the
 9    Capitol area right, when you got to that Capitol area
10    kind of describe to me what had -- what it kind of
11    looked like.
12              DAVID BLAIR:  There was people -- people off of
13    the grass on like the sidewalk in the street that were
14    all --
15              SPECIAL AGENT FUGGIT:  There's that area right
16    there.  So this is the big lawn of the Capitol here.
17    Was that --
18              DAVID BLAIR:  So here's the west?
19              SPECIAL AGENT FUGGIT:  Correct.  Yes.  That's
20    pointing west that arrow.
21              DAVID BLAIR:  Okay.  So then I want to say
```

1    there's a -- yeah, thank you, sir, on that.  So I want

2    to say it was right around here there was a big group of

3    people and someone was giving a speech and all of that,

4    I mean I stayed there for like 30 seconds and I looked

5    over, I believe it was -- I want to say I was arrested

6    right around where this arrow is.

7          SPECIAL AGENT FUGGIT:  So --

8          DAVID BLAIR:  Would be pretty close.

9          SPECIAL AGENT FUGGIT:  -- getting from here to

10   here --

11         DAVID BLAIR:  Yeah.

12         SPECIAL AGENT FUGGIT:  -- what did anything

13   impede you from getting from there to there?  I mean

14   what did you see from Point A to Point B?

15         DAVID BLAIR:  Uh, I seen -- I seen a gate, but

16   that was over to the right.  Um, like I said, I suffered

17   a head injury that night, so I can't really like recall

18   everything.

19         SPECIAL AGENT FUGGIT:  Sure.

20         DAVID BLAIR:  But I remember it was --

21         SPECIAL AGENT FUGGIT:  Yeah.  I just want to

1     know what you can remember.

2           DAVID BLAIR:  Yeah.  I -- I want to say, like I

3     said, I want to say it was right near where this arrow

4     is, was right where I got arrested.  And, uh, like I

5     said, I didn't know that was Capitol grounds, you know,

6     but --

7           SPECIAL AGENT FUGGIT:  So from Point A to Point

8     B were there --

9           DAVID BLAIR:  I want to say --

10          SPECIAL AGENT FUGGIT:  -- any barriers that you

11    had to cross?  That would make you think I shouldn't be

12    here?

13          DAVID BLAIR:  No.  Not that I can remember.

14          SPECIAL AGENT FUGGIT:  Okay.

15          DAVID BLAIR:  I'm trying to -- like I said, and

16    this is my point, like I said, I seen the video on

17    YouTube of me getting arrested and I don't even remember

18    like saying what I said, (inaudible) quite literally,

19    man, I was manic.

20          SPECIAL AGENT FUGGIT:  Sure.

21          DAVID BLAIR:  But I just -- and then plus the

```
 1    head injury.  You know, like I said, I did suffer a
 2    pretty serious head injury, I have a bunch of staples in
 3    my head and stuff, so no, I can't remember.  But I
 4    remember they were pushing people back, and I went to
 5    the front and I said -- I was like, you know, why are
 6    you pushing me back?  And, you know, I think I said, you
 7    know, We're motherfucken America, something like that.
 8          I was really -- I was really wired and then that
 9    was it.  And then, uh, and then I pushed -- I think I
10    got pushed in the back first.  You know, my plan was
11    originally to just turn around and be like, you know,
12    let them arrest you.  If you're not doing anything, let
13    them arrest you.  Like that's a -- that's a sign of
14    defiance, like that's a way of protesting, like we've
15    seen this all the time throughout history.
16          And I got shoved in the back and I was so manic
17    and, uh, like I said I shoved him back and I was -- and
18    then I got beat over the head and beat up in my body and
19    arrested, you know?  So that was, yeah, I think I want
20    to say it happened right around here.
21          SPECIAL AGENT FUGGIT:  Given what you seen,
```

```
1    based on what happened in the hours leading up to you

2    getting arrested, does it make sense why they were

3    moving people back from the Capitol?

4         DAVID BLAIR:  Oh yeah, now that I know what

5    happened, of course.  Yeah.  Like I said, I'm not even

6    -- I'm worried about my brain health, because like I

7    said, I've had a lot of post-concussive symptoms ever

8    since that night, but I hold no ill will against those

9    officers for what they did to me.  Like I said, nobody

10   does in my family, nobody.

11        SPECIAL AGENT FUGGIT:  Okay.

12        DAVID BLAIR:  Like I said, we're -- my actions

13   don't seem to define it, but we're a pro-police family,

14   that was one of the biggest reasons, like I said, even

15   though I lost my cousin in a (inaudible) all that stuff,

16   we need police.  This country needs police, this country

17   needs you guys.  You know, we're a pro-police family.

18        And like I said, one of the biggest reasons why

19   I went down there and why I was so upset this year is

20   because, like I said, my friends wives holding their

21   children and crying feeling like half of our country
```

1    hated them, you know, that's how they felt.  That's how

2    they felt like media was making it seem like I mean

3    that's -- yeah, I think that's a common theme here with

4    a lot of people, too.  I mean that's just -- it was a

5    rough time this past year, man.

6         SPECIAL AGENT FUGGIT:  So and I understand that,

7    and again, we're just trying to --

8         DAVID BLAIR:  No, I understand.

9         SPECIAL AGENT FUGGIT:  -- talk about what

10   happened that day and get to the bottom of it.

11        DAVID BLAIR:  Yeah.  Absolutely.

12        SPECIAL AGENT FUGGIT:  So from the time that you

13   were there in that short amount of time, you know, did

14   you kind of understand that the law enforcement officers

15   were -- had a line and were trying to push people back

16   or?

17        DAVID BLAIR:  I saw that they had a line and

18   were trying to push people back, but I didn't understand

19   why they were.

20        SPECIAL AGENT FUGGIT:  Okay.

21        DAVID BLAIR:  You know.  But yes, I saw they

1    were in a line.

2          SPECIAL AGENT FUGGIT:  And you understood those

3    were law enforcement officers, right?  Not just random

4    people.

5          DAVID BLAIR:  Yeah.  I understood that.

6          SPECIAL AGENT FUGGIT:  Okay.  All right.  So you

7    said you got pushed and then that just kind of maybe

8    triggered you a little bit and --

9          DAVID BLAIR:  Yeah.  And like I said --

10          SPECIAL AGENT FUGGIT:  -- and they were trying

11    to --

12          DAVID BLAIR:  -- the original plan was just to

13    -- it was just to turn around and get arrested and, you

14    know, I got jabbed in the back.  And like I said, the

15    whole -- the whole thing, man, like I said, if I

16    would've gotten help like six months before then

17    (inaudible) needed I wouldn't have been in this

18    situation.

19          SPECIAL AGENT FUGGIT:  Sure.  Things escalated,

20    right?  So you gotta understand that things escalated

21    and you did what you did and obviously you're here

1    talking to me because --

2           DAVID BLAIR:  Absolutely.

3           SPECIAL AGENT FUGGIT:  -- you feel remorse about

4    it.  And --

5           DAVID BLAIR:  Yeah.  I was remorseful --

6           SPECIAL AGENT FUGGIT:  -- take responsibility.

7           DAVID BLAIR:  -- (inaudible).  Yeah.

8           SPECIAL AGENT FUGGIT:  Right.  Take

9    responsibility for your actions.

10          DAVID BLAIR:  Yeah.

11          SPECIAL AGENT FUGGIT:  That's (inaudible) you

12   were remorseful 10 minutes afterwards saying I'm --

13          DAVID BLAIR:  Yeah.  When they led me into the

14   Capitol and I literally can not believe my eyes.  You

15   know, and I told them, you know, I was like, you know, I

16   accept the fact that they hit me in the head.  I mean

17   like this whole thing is insane.  Like they showed me

18   the Capitol.

19          SPECIAL AGENT FUGGIT:  Sure.  The back story

20   from why this happened and --

21          DAVID BLAIR:  Yeah.  And they told me all that.

1            SPECIAL AGENT FUGGIT:  -- so quickly.

2            DAVID BLAIR:  They told me --

3            SPECIAL AGENT FUGGIT:  Make sense to you.

4            DAVID BLAIR:  They told me everything as I was

5     in there with them, what had been happening that day,

6     everything else they, you know, they were joking around

7     with me, they were, you know, like I said I was bleeding

8     literally everywhere and, uh, they poured water on my

9     head and they were like, you know, I tried to get out of

10    going to the hospital, because I'm not a fan of

11    hospitals, especially with the Coronavirus.  But the one

12    on the -- especially on the top of my skull was pretty

13    deep and, uh, they -- yeah, they made me go to the

14    hospital.

15            SPECIAL AGENT FUGGIT:  Right, so --

16            DAVID BLAIR:  They took me through here to the

17    back to an ambulance.

18            SPECIAL AGENT FUGGIT:  Right.  Because you can

19    understand that since so many officers were assaulted

20    that day that as soon as they come across somebody who's

21    somewhat a little bit agitated there's the propensity

1   that they might get assaulted by that person.

2          DAVID BLAIR:  I understand.

3          SPECIAL AGENT FUGGIT:  All right.

4          DAVID BLAIR:  Everything now I understand.

5          SPECIAL AGENT FUGGIT:  Sure.  Sure.

6          DAVID BLAIR:  Like I said.

7          SPECIAL AGENT FUGGIT:  And I was going to -- is

8   that you right there?

9          DAVID BLAIR:  Yes, sir.

10          SPECIAL AGENT FUGGIT:  Okay.  And I'm sure

11   you've seen this before?

12          DAVID BLAIR:  Absolutely.

13          SPECIAL AGENT FUGGIT:  Okay.

14          DAVID BLAIR:  Yeah, man, I mean I was remorseful

15   as soon as -- as soon as -- I was remorseful as soon as

16   I realized that I just pushed an officer.

17          SPECIAL AGENT FUGGIT:  Sure.

18          DAVID BLAIR:  Like I mean and then once -- I

19   became extremely remorseful when I saw what the inside

20   of the Capitol looked like, because then it was very

21   clear they had a rough day.  Like I said, I didn't know

1    how, you know, all the injuries and all this other stuff

2    until I got home.  But, you know, as soon as you see the

3    inside of the Capitol like that, that, you know, they

4    went through hell that day.

5          SPECIAL AGENT FUGGIT:  Sure.

6          DAVID BLAIR:  And that's --

7          SPECIAL AGENT FUGGIT:  So when -- when you

8    pushed the officer, what were you using?  What did you

9    have in your hands there?

10         DAVID BLAIR:  A lacrosse stick, but like I said,

11   I didn't -- it says that, you know, on the report that I

12   attacked people with a lacrosse stick.  I mean you

13   played so I mean like I said, I didn't have my hands

14   wide at all, at least from my -- what I --

15         SPECIAL AGENT FUGGIT:  I've seen the video.

16         DAVID BLAIR:  Okay.  So if I did I apologize

17   but, you know, I thought I pushed him.  You know what I

18   mean?  Just like, you know.

19         SPECIAL AGENT FUGGIT:  So (inaudible) when

20   (inaudible) it doesn't matter if you're cross checking

21   somebody or you're pushing them legally, yes, it's still

1    an assault.

2          DAVID BLAIR:  No, I under -- I'm not trying to

3    --

4          SPECIAL AGENT FUGGIT:  Right, I know.  I know.

5    I know where you are going with it.

6          DAVID BLAIR:  People like --

7          SPECIAL AGENT FUGGIT:  Right, right.  You're not

8    hitting people, right?

9          DAVID BLAIR:  Yeah.  That's -- that was my plan.

10         SPECIAL AGENT FUGGIT:  Okay, I got it.

11         DAVID BLAIR:  No, I understand exactly what I

12   did.

13         SPECIAL AGENT FUGGIT:  Yeah.

14         DAVID BLAIR:  Like I said, and I apologize, but

15   like it, you know, the report made it seem like I was

16   whacking people and all --

17         SPECIAL AGENT FUGGIT:  Sure.  And like I said,

18   I've seen the video.  But would you say it's accurate to

19   say that you maybe cross checked an officer with that

20   lacrosse stick?

21         DAVID BLAIR:  Yeah, I guess.

1          SPECIAL AGENT FUGGIT:  Okay.  And do you what, a

2     Confederate flag tapped to the end of it?

3          DAVID BLAIR:  Yeah, that's --

4          SPECIAL AGENT FUGGIT:  So I'm assuming that was

5     left -- left on the ground there that day, right?  They

6     probably didn't --

7          DAVID BLAIR:  Yeah.  They handcuffed me and then

8     they, uh, yeah, that was that.  Yeah.  That's -- it is

9     what it is, man.  Like I said, it was a rough time for

10    me and --

11         SPECIAL AGENT FUGGIT:  Okay.

12         DAVID BLAIR:  -- like -- I'll put it like this,

13    like my grandmother who helped raise me is eastern

14    European, right?  And so everybody, you know, my family

15    is southern and all of that, so everybody -- it seemed

16    like nobody was offended at all the communist flags and

17    stuff that I had seen flying around the protest anymore,

18    so that's why -- that's why I brought that.  I said, all

19    right, if we're not going to offended by communism in

20    this country anymore, I understand why they're, uh, I

21    actually understand why the -- why all the statutes to

1    the confederacy are coming down.  I understand all of

2    that, and if it helps America heal it's for the better.

3    You know, I understand that.  But for me, for the day

4    that I felt like going to protest, I was like, you know

5    what?  Screw it, I'll take this --

6           SPECIAL AGENT FUGGIT:  Sure.  The flag is not my

7    concern.

8           DAVID BLAIR:  I know.  No, I'm just saying I'm

9    letting you know my thought process.  Like that's what

10   it was.

11          SPECIAL AGENT FUGGIT:  I got ya.  So that day,

12   and I know when we came to your house you had already

13   had everything bagged up that you thought we might be

14   interested in.

15          DAVID BLAIR:  Yeah.

16          SPECIAL AGENT FUGGIT:  So can you just walk me

17   through what was in that bag and what you were wearing

18   that day?

19          DAVID BLAIR:  I was wearing a black Helly Hansen

20   jacket.

21          SPECIAL AGENT FUGGIT:  Uh-huh.

 1          SPECIAL AGENT FUGGIT:  Okay.  Okay.

 2          DAVID BLAIR:  Yeah.  Like I said, it's --

 3          SPECIAL AGENT FUGGIT:  What -- what games were

 4     you playing with him?

 5          DAVID BLAIR:  You know, Call of Duty, stuff like

 6     that.

 7          SPECIAL AGENT FUGGIT:  Man, I tried it, I suck

 8     at that so bad.

 9          DAVID BLAIR:  Me, too, man.  Like I said --

10          SPECIAL AGENT FUGGIT:  I tried and I just

11     couldn't get good at it.

12          DAVID BLAIR:  So like I said, unwind a little

13     bit.  Yeah.  It's some take it pretty seriously.

14          SPECIAL AGENT FUGGIT:  Oh yeah, absolutely.  You

15     can make a lot of money playing video games these days.

16          DAVID BLAIR:  Oh yeah, now that's what I'm

17     saying.

18          SPECIAL AGENT FUGGIT:  It's crazy.

19          DAVID BLAIR:  I remember, yeah, making -- making

20     fun of that thinking there's no way this is going to

21     turn into -- sure enough, they are getting paid as much

1    as athletes.

2              SPECIAL AGENT FUGGIT:  Yeah, it's insane.

3              DAVID BLAIR:  You ought to know, I'll tell you

4    what doesn't get paid, lacrosse.

5              SPECIAL AGENT FUGGIT:  Exactly.  (Inaudible).

6              DAVID BLAIR:  Yeah.

7              SPECIAL AGENT FUGGIT:  (Inaudible).  The only

8    thing you get paid for was a little bit of school.

9              DAVID BLAIR:  That's right.

10             SPECIAL AGENT FUGGIT:  And that was it.

11             DAVID BLAIR:  Yeah.  A little B-2.  You know

12   what I mean?

13             SPECIAL AGENT FUGGIT:  Yeah.  And that's just a

14   --

15             DAVID BLAIR:  Yeah.

16             SPECIAL AGENT FUGGIT:  -- pick up (inaudible)

17   afterwards.

18             DAVID BLAIR:  Exactly.

19             SPECIAL AGENT FUGGIT:  That's really all you can

20   get out of it.

21             DAVID BLAIR:  Yeah.  And that's what I'm hoping

1    to start doing again, man.  So that's probably another

2    reason, like I said, when you played sports your whole

3    life and then it all just ends like that, you know.

4         SPECIAL AGENT FUGGIT:  Yeah, it's tough, man.

5    It's tough.

6         DAVID BLAIR:  That can -- that can be tough,

7    too.

8         SPECIAL AGENT FUGGIT:  Especially and then you

9    get older and --

10        DAVID BLAIR:  I've had a bunch of family stuff

11   happen too, like I said, my mom went through a brutal

12   divorce, I mean everything, you know, you know my dad

13   cheating on her, and he's abusive and it's just, you

14   know, everything combined, and then losing my --

15   (inaudible) the only friends that I had.  It was like

16   that was it, and then my country burning, seeing our

17   flag burn, everything just -- everything combined.

18   Quite literally I was in the darkest point in my life,

19   and that's what I'm going to forever be known for.  You

20   know what I mean?

21        SPECIAL AGENT FUGGIT:  That can be changed, man.

1          DAVID BLAIR:  I know.  I know.  That's what I'm

2    saying.  That's what me and my buddy are trying to do

3    and give perspective.

4          SPECIAL AGENT FUGGIT:  Yeah.

5          DAVID BLAIR:  You know, whether that's needed.

6    But like I said for, you know, and I deserve that,

7    because I was raised better.  That's what I want to make

8    extremely clear.  Like I said, I was -- I was raised

9    right, you know?  The situation I got myself in is on me

10   --

11         SPECIAL AGENT FUGGIT:  Okay.

12         DAVID BLAIR:  -- and not getting myself the

13   mental help.  But quite literally you guys are never

14   going to have to -- have to ever deal with me again

15   that's for sure.

16         SPECIAL AGENT FUGGIT:  Yeah, it sounds like --

17   it sounds like you got the right mindset now to be on

18   the other side of this --

19         DAVID BLAIR:  Yeah.  Absolutely.  Like I said --

20         SPECIAL AGENT FUGGIT:  -- you took

21   responsibility for your actions.

```
1           DAVID BLAIR:  Yeah.  That and I admit I just --
2           SPECIAL AGENT FUGGIT:  Yeah.  And now you're
3    here, you're here taking more responsibility --
4           DAVID BLAIR:  Yeah.  Absolutely.  I've quite
5    literally done everything I feel like --
6           SPECIAL AGENT FUGGIT:  Right.
7           DAVID BLAIR:  -- in my power that I can to try
8    to make this better for myself, other than being able to
9    apologize to that officer.  Like I said, I didn't want
10   to look up stuff about him, just trying to write him a
11   letter and do that, because I -- I thought, shit,
12   they're going to think I'm nuts, you know, probably
13   already do.
14          SPECIAL AGENT FUGGIT:  Like I said, that --
15   that's going to, after all of this is cleared up down
16   the road is -- could be something that you could venture
17   into.
18          DAVID BLAIR:  Yes, sir.
19          SPECIAL AGENT FUGGIT:  But I wouldn't do it --
20          DAVID BLAIR:  No, I'm not going -- I'm not --
21   yeah.  I'm (inaudible) not, so.
```

1          SPECIAL AGENT FUGGIT:  Again, you're doing the

2     right thing and you're going to come out on the other

3     side of this like I hope for you, all right?

4          DAVID BLAIR:  Thank you, sir.  I appreciate it,

5     man.

6          SPECIAL AGENT FUGGIT:  Anything else you want to

7     --

8          DAVID BLAIR:  No.  Like I said, I just, you

9     know, I appreciate you guys and, you know, what you do

10    for our country and I'm sorry for getting wrapped up in

11    this.  That's all I got to say.

12         SPECIAL AGENT FUGGIT:  All right.  All right.

13    Well, we will -- I'm going to go back and put all this

14    stuff together.

15         DAVID BLAIR:  Yes.

16         SPECIAL AGENT FUGGIT:  And then we will

17    transport you over, like I told you a little bit earlier

18    --

19         DAVID BLAIR:  Yeah.

20         SPECIAL AGENT FUGGIT:  -- in the process, we'll

21    transport you over to MPD --

# EXHIBIT 2

 **David New**
Mobile



your sense of smell and taste.
He can smell now but not
taste.

1/6/21 5:14 PM

Parked at PMI parking near L
street

1/6/21 5:23 PM

ok. Are they open late?

1/6/21 6:21 PM

What is happening?

1/9/21 7:55 PM

# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA            :

                                    :

v.                                  :        Case No.: 1:21-cr-00186-CRC

                                    :

DAVID ALLEN BLAIR                   :

                                    :

       Defendant.                    :

**<u>AFFIDAVIT OF ANNE M. MOSER</u>**

Anne M. Moser deposes and states:

1.   I am adult of legal age and a resident of the State of Maryland. I am a licensed private investigator in the State of Maryland.

2.   I have conducted a review of the Metropolitan Police Department body worn camera ("BWC") and YouTube footage of the encounter and arrest of David Alan Blair on the West Lawn of the Capitol on January 6, 2021, at 5:47 pm.

3.   I was able to locate the location of the incident by two trees which appear in the BWC footage and examined known photographs of the Capitol's West Lawn.  I found the two trees easily in the known photographs of the Capitol.  The trees are prominent and distinctive and readily identifiable.  They are located in the Southwestern corner at the 7-8 o'clock position in middle section of an ellipse to the West of the Capitol building. The following still image of BWC footage (taken from officer David Eley's BWC at the 17:47:33 mark) and the known photographs of the West Lawn illustrate the position of the defendant at the time of Blair's encounter with the officers.  The defendant's position is noted by an "X."





4.   I was able to ascertain the approximate distance from the defendant's location at the time of his arrest to the Capitol Building by means of a Wiki-Map of the Capitol and satellite image of the area west of the Capitol.





5.  The Wiki-Map provides a legend in which to determine the distance on the map, based on 100 ft. increments. Based upon the legend, I ascertained that the defendant Blair's location (at the "X") was nearly 700 ft from the Capitol building.



Anne M. Moser
Date: July 6, 2022

## NOTARY ACKNOWLEDGMENT

State of Maryland

County of Montgomery, to wit:


Before me, this 6th day of July, 2022, appeared ANNE M. MOSER, who upon her oath swears that her affidavit is true and correct of her own personal knowledge.

Signature of Notary Public

My Commission Expires: 10|14|24

# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA    :

              :

v.                     :     Case No.: 1:21-cr-00186-CRC

              :

DAVID ALLEN BLAIR        :

              :

    Defendant.        :

**AFFIDAVIT OF ANNE M. MOSER**

Anne M. Moser deposes and states:

1.  I am adult of legal age and a resident of the State of Maryland. I am a licensed private investigator in the State of Maryland.

2.  I have conducted an extensive on-line internet search for photographic and video evidence of the events of January 6th, 2021, at the United States Capitol. I have looked in particular for posted signs, barriers, and or evidence that marks for the public that the West Lawn of the Capitol was restricted grounds as defined by 18 U.S.C. §1752 c)(1)(B). This search included the following social platforms and sources: You Tube, Twitter, https://projects.propublica.org/parler-capitol-videos/, https://github.com/.

3.  I have watched the video recording of the interview of David Alan Blair by Agent Jonathan Fuggitt. Based upon Agent Fuggitt's Complaint filed in this matter, the time of Mr. Blair's encounter with the police and arrest took place at 5:47 p.m. Based upon Mr. Blair's interview with Agent Fuggitt, Mr. Blair entered the West Lawn of the Capitol from First Street, N.W. approximately 10 minutes earlier. Based upon my search, I have found photographic images and video recordings of border of the West Lawn at that approximate time on January 6th. At that location, there is a distinctive

1

a stone wall which is 2-3 feet high and serves as a ledge and the western border of the West Lawn.

4.  My examination of the photographic and video of the western wall of the West Lawn shows that there were no signs, markings or barriers consistent with restricted grounds on the western border of the stone wall.  I also did not see evidence that would have been apparent to any person at Blair's location that he was on restricted grounds.  I have attached the photographs and video recordings I have found which I believe are relevant.

5.  I also reviewed photographs and video of the same area at an earlier point in day.  They show that there were signs posted on the stone wall and elsewhere indicating that the property was closed.  However, after watching hours of video footage, I can say that there were a large number of people at the Capitol and its surrounding grounds, and there was a high probability that the crowds resulted in the signs being trampled on or removed prior to Mr. Blair's entry upon the West Law.

Anne M. Moser
Date: December 22, 2021, 2021

## NOTARY ACKNOWLEDGEMENT

STATE OF MARYLAND
COUNTY OF MONTGOMERY, to wit:

Before me, this 22nd of December, 2021, appeared ANNE M. MOSER who upon her oath swears that her affidavit is true of her own personal knowledge.



Notary Signature

2

# A MM★LAND

AMMUNITION | ARCHERY | COMPETITIVE SHOOTING | CONSERVATION | FIREARMS | GUN GEAR | GUN RIGHTS | SHOOTING INDUSTRY

Home » Gun Rights News

## Minimal Barriers and Timing at the US Capitol, 6 January, 2021

Ammoland Inc. Posted on January 19, 2021 by Dean Weingarten



Widely Spaced Capitol Police. Picture taken about 11:14 a.m. on 6 January, 2021. Courtesy Dean Weingarten



Advertisement

GLOCK 35 YEARS OF PERFECTION
— in the U.S.
35 YEARS IN THE USA
Celebrate With Us Every Month in 2021
Learn More →
GLOCK PERFECTION

## RECENT COMMENTS

**Wild Bill:** Now, THAT is good humor.

**Deplorable Bill:** She almost did everything right. I would not be answering the door @3 AM, or any other time, unarmed. It…

**Cam:** Depends why is doing the grading, I paid for select from classic firearms. They just took the $20 extra and…

**Will:** Cam,now that you mention it I haven't got a call from them begging for money in a long time either.I'm…

**Cam:** I'm a life member of over 20 years, they don't even bother calling to try and get cash from me…

U.S.A. —(AmmoLand.com)- The barriers put up to keep the crowds of protestors away from the Capitol building on 6 January 2021, were minimal and easily overcome. They were primarily psychological. An ordinary 10-year-old child could push their way through them, with minimal effort.

Physical barriers must be backed up by manpower if they are to be effective. This is especially true for such minimalist barriers as were placed between the massive crowds which came to the Capitol on 6 January 2021.

In the photograph, there are three widely spaced Capitol police officers in the broad grounds between the Ulysses S. Grant Memorial and the Capitol. The distance between the two is about 250 yards.

Advertisement



RUGER
10/22® RIFLE





It is a significant distance. Being at the Ulysses S. Grant Memorial does not feel as if you are at the Capitol. You are hundreds of yards away from the Capitol building.



11:20 a.m. 6 January 2021, south end of the west side of the Capitol grounds
Courtesy Dean Weingarten

The first barrier encountered consisted of a line of the freestanding metal fencing pictured above. It is about three feet tall. Most of the individual sections were not connected with each other. A section can easily be lifted with one hand.



EDITOR'S PICK

Ammo InStock: Winchester 5.56mm M855 FMJ Lake City 420Rds Green Tip $334.99 FREES&H — $334.99

Ammo Instock: CCI Blazer 9mm 115 Grain FMJ Ammunition, 50 Rounds for $18.98 — $18.98

Reloaders: Assorted Gun Powders Back InStock ~ These Will Sell Out Fast, $24.99 & Up

Ammo Deals: PMC X-TAC 5.56x45mm M855 Green Tip 62 Grain FMJ 1000 Rounds $538.00 — $538.00

Daily Gun Deals: 10pc MAGPUL 30Rnd PMAG GEN M2 Magazines $94.99 FREE S&H CODE — $94.99

Sig Sauer SOR50001 Romeo5 1X20mm Compact 2MOA Red Dot High-Mount-Only $99.00 FREES&H — $99.00

Advertisement


AMMOLANDTV

Mustang 22 from Rugged ...








Advertisement



Second barrier showing signs and green plastic mesh fencing. 11:15 a.m. 6 January 2021, courtesy Dean Weingarten

Another view of the Capitol from the West, before crowds of protestors, began to arrive. Notice the two Capitol Police on the grounds. The signs saying AREA CLOSED are attached to the second barrier encountered.

## The second barrier consisted of green plastic mesh, attached to steel fence posts with what appeared to be plastic ties.

A few pounds of pressure on the mesh would detach the mesh from the posts and defeat the barrier. There were several of this plastic mesh on steel posts barriers. Once the inhibition of pushing them down was overcome, there were ineffective.



Closeup of the sign, mesh, and tie on a steel fence post. Courtesy Dean Weingarten

At 12:30, most of the protestors at the Capitol were on the east side. By 12:45, protestors coming down the mall and Pennsylvania avenue began to accumulate between the barriers and the Ulysses S. Grant Monument. The Monument had the steel stand-alone barriers surrounding it. The monument has a footprint of about 70 feet by 250 feet. Protestors jostled/moved the steel stand-alone fencing a foot or two, leaving gaps. This destroyed the psychological impact of this barrier. Protestors moved freely in and out of the Ulysses S. Grant Monument.

A significant psychological barrier had been breached. More and more protestors joined the people at the barriers. There seemed an inexhaustible supply of protestors coming from the Ellipse area, down the mall and Pennsylvania Avenue. Hundreds of thousands were coming from the rally at the Ellipse.





12:51 p.m. 6 January, 2021Barrier outside of Ulysses S. Grant memorial, about 250 yards to the Capitol. President Trump is still speaking.

About five minutes later, I heard a shout and saw a person had gone past the plastic mesh barrier on the north part of the west side of the Capitol grounds. He shouted encouragement. He was followed by a couple of dozen others.

The psychological breach of the flimsy barriers was similar to an earthen dam being breached. The trickle of people became a flow. The flow became a flood.

Tens, then hundreds, then thousands flowed toward the west side of the Capitol.







Mass penetration of flimsy barriers at the Capitol's west side, 12:56:13 p.m, 6 January, 2021.

This picture is from early in the process. You can see how ineffectual the plastic mesh was.



The flow increases crossing the mesh barrier. Courtesy Dean Weingarten 6 Jan 2021



This picture was taken three seconds later. The flow of people is increasing.



Mass of people pushing forward across the green mesh fence, near the Grant Memorial, moving toward the Capitol. 6 January, 2021

12:56:31, 18 seconds later. The pressure of the mass of people is turning into a flood moving toward the Capitol. Only a tiny fraction of the hundreds of thousands coming from the Ellipse have reached the barriers at this time.



The flow toward the Capitol increases. This is about 12:56:31, Jan 6, 2021







That small fraction is still hundreds of people, rapidly becoming thousands of people. This picture is five seconds later. The first protestors have not yet reached the Capitol or the scaffolding.



Protestors approach west side of the Capitol at the north end. Courtesy Dean Weingarten

This picture was taken about a minute and a half after the plastic mesh barriers were pushed through. The protestors are getting close to the Capitol but have not reached the scaffolding, which can be seen on the upper right.

Notice the section of stand-alone fencing on the ground in the middle left, and the gaps in a third plastic mesh barrier with the signs on it.





Protestors reach scaffolding at west side of Capitol, 12:58:25 p.m., 6 January, 2021,
courtesy Dean Weingarten

The protestors reach the scaffolding at the Capitol.  It is about
12:58:25 in the afternoon on 6 January 2021.



More Protesters reach the Scaffolding. The crowds there continue to increase. it is
very close to 12:59 p.m., 6 January 2021





More protestors arriving at the scaffolding area 25 seconds later. It is very close to 12:59 pm. The Police Lives Matter flag was prophetic.

President Trump's speech ended about 01:12 p.m., about thirteen minutes later. The protesters were overwhelmingly supportive and protective of the police.

## There were very rare exceptions.

The west side of the Capitol is where the first entry to the Capitol by the protestors appears to have happened. It is said to have happened between about 2 p.m and 2:40 p.m., about an hour or more after the above picture was taken.

---

**About Dean Weingarten:**

Dean Weingarten has been a peace officer, a military officer, was on the University of Wisconsin Pistol Team for four years, and was first certified to teach firearms safety in 1973. He taught the Arizona concealed carry course for fifteen years until the goal of Constitutional Carry was attained. He has degrees in meteorology and mining engineering, and retired from the Department of Defense after a 30 year career in Army Research, Development, Testing, and Evaluation.



**162 COMMENTS**  

 **musicman44mag** ⏱ 8 months ago

We need a count down counter on this site to show how many more days we have until the 2024 elections when we can make America America again. JMO.
I smiling today knowing their is one day less of joe kamalatoe obiden to go.

👍 0 👎

 **Cougan** ⏱ 8 months ago

Since the democrats knew sleepy joe couldn't raise a crowd, they decided that the lack of people showing up could be blamed on the fences (Wall) they constructed

around DC.

👍 2 👎

 **KDad** ⏱ 8 months ago

Scumbag, go somewhere else with your scam BS !!!

👍 0 👎

 **musicman44mag** ⏱ 8 months ago

Wow, the left is really out here yanking the chain today. I guess it is to be expected from a group of dimwhits that have no morals or couth. My commie neighbor across the street, you know, the group that preaches unity that didn't fly his flag for the 4th of July, Veterans Day or presidents day for the last four years is displaying his flag proudly today. I guess today was a day of unity and I missed getting the memo. Maybe because I am not part of the all unclusive unity.

👍 4 👎

 **USMC0351Grunt** ⏱ 8 months ago
💬 Reply to *musicman44mag*

Or is it that you just refuse to fly a rainbow flag?

👍 4 👎

 **musicman44mag** ⏱ 6 months ago
💬 Reply to *USMC0351Grunt*



👍 2 👎

 **AggregatVier** ⏱ 8 months ago

So, the burning of the Reichstag, the Polish insurrectionists crossing the German border, and now the storming of the Capitol? Yeah, completely unrelated. I'm equally sure the months of diligent investigation by the FBI of the summer riots is about to lead to commensurate arrests plus thorough exposés by the reliable and freedom loving American mainstream media.

👍 5 👎

 **USMC0351Grunt** ⏱ 8 months ago
💬 Reply to *AggregatVier*

especially for the federal agents and employees and law enforcement officers that were being torched in their vehicles and federal buildings and assassinated as they sat in their squad cars

👍 2 👎

**KDad** ⏱ 8 months ago

I believe the entire "riot" was a set up by the DemocRATs and Capitol Police in order to damage President Trump. Remember, the "Swamp" is very large and deep too! President Trump had managed to drain but a fraction of the swamp before being defeated in a corrupt and fraudulent election. One thing is certain, the Republican Party turned on the President at every opportunity and in doing so, cut their own throats. Mitch McConnell is RINO SCUM and that fact is being proven every day!





👍 7 👎

**Get Out** 🕐 8 months ago
💬 Reply to *KDad*

Hold on a second while I put on my hip waders because the bovine excrement you're spouting is getting deep.

👍 -6 👎

**Bill** 🕐 8 months ago
💬 Reply to *KDad*

The swamp runs our government entirely. Government by the people is an illusion. They drive the country "wisely" and arrogantly while the common folk lead their insignificant little lives, and they laugh at self-rule. Just try to stop them, ever.

👍 6 👎

**Omni** 🕐 8 months ago
💬 Reply to *KDad*

Imagine if Antifa rioters made these same arguments and scapegoats. Would you believe them? At least they owned it. The cognitive dissonance is real.

👍 -4 👎

**musicman44mag** 🕐 8 months ago
💬 Reply to *KDad*

I agree. There was a video the other day on Ammoland that showed a guy starting the break in to the capitol and he was wearing a maga hat. After he got things fired up and rolling he tucked into a corner and took off his shirt and hat and was ANTIFAG.

👍 3 👎

**Jonesy** 🕐 8 months ago
💬 Reply to *musicman44mag*

I think that "guy" was Sullivan. No bail. No charge.

👍 0 👎

**Charlie Foxtrot** 🕐 8 months ago
💬 Reply to *Jonesy*

Can't have bail without charge! He was charged!

👍 1 👎

**HLB** 🕐 8 months ago

This Country is experiencing systemic failures that span the people here. When that happens, you can expect disorder from many sides. To stop the protests, the good and bad elements of them, you need to fix the cause of the failures.
HLB

👍 2 👎

**Arny** 🕐 8 months ago

An Active Denial system was on the grounds. But yet it was NOT used. Things that make you go hmmm..





👍 2 👎

**Charlie Foxtrot** ⏱ 8 months ago
💬 Reply to *Army*

Cool story, bro!

👍 1 👎

**wil** ⏱ 8 months ago

sooo…you are blaming the boundaries that were clearly marked for the insurrection? does that mean if I put up a no trespassing sign with no physical barriers that its ok to come on my property? I see many EXCUSES for why this insurrectionist mob trespassed and desecrated our nations capital, AND NO ONE TAKING RESPONSIBILITY. the instant anyone crossed a barrier they stopped being protestors and became criminals. what rights does your broken ideology give you that any other protestor last year doesn't have? most of the people last year had a lifetime of actual grievances with the status quo.... Read more »

👍 -16 👎

**Bill** ⏱ 8 months ago
💬 Reply to *wil*

Believe it or not, a cognitive dissonance occurs when the street light is red, yet everyone is crossing the street. It is hard to know what to believe at that point. Like when you think that people should obey little signs, and yet you very evidently stand for leftism and not the Constitution of the United States. We are less confused about you.

👍 5 👎

**wil** ⏱ 8 months ago
💬 Reply to *Bill*

but the system that was setup says the red means stop. that's a fact, what do you base your OPINIONS on?

👍 -7 👎

**RoyD** ⏱ 8 months ago
💬 Reply to *wil*

I cross the street when I decide I need to and it is safe for me to do so. Lights or no lights. YMMV.

👍 2 👎

**wil** ⏱ 8 months ago
💬 Reply to *RoyD*

if you cross on red then you are jaywalking and its a crime.

👍 0 👎

**RoyD** ⏱ 8 months ago
💬 Reply to *wil*

And your point is what?

👍 2 👎






**wil** ⓘ 8 months ago

💬 *Reply to* RoyD

in context of the original article. its a crime and the article was trying to make it like it was the fault of the capital police.

👍 -3 👎

**Get Out** ⓘ 8 months ago

💬 *Reply to* wil

I had hoped that after reading weeks in advance the lead up to the Nov. 6 protest that the Trump supporters would conduct themselves with dignity and demonstrate peacefully. Both BLM and Antifa couldn't without burning, looting and violence. Instead the Trump supporters embarrassed themselves and this country when they upped the ante with violence, looting and insurrection.

👍 -5 👎

**wil** ⓘ 8 months ago

💬 *Reply to* Get Out

I guess you will never know or understand what those blm protest were about. why do you think they were so angry?

👍 -7 👎

**musicman44mag** ⓘ 8 months ago

💬 *Reply to* Get Out

REALLY?

👍 2 👎

**Tionico** ⓘ 8 months ago

💬 *Reply to* wil

quote: "insurrectionist mob trespassed and desecrated our nations capital" " lets take a few of these hot-button words and give them some valid contect, OK? Insurrectionist. REALLY? Tjis was no "insurrection" Word defined.. to be on abut the overthrow of a legitimiat government. These poeple were NOT about the overthrow of the US GOvernment. If anything they were there to protest the attempts of oTHES at the overthrow of legitimitate government, by way of massive election fraud. Details elsewhere, go find thim if you dare. They are out there. Mob large crowd is a mass of people. Mob is a… Read more »

👍 4 👎

**wil** ⓘ 8 months ago

💬 *Reply to* Tionico

taking a shit and smearing it in the halls of congress =DESECRATED! "we hold those truths to be sacred" the word has multiple meanings, one of them, "entitled to reverence or respect", is the constitution worthy of respect or reverence? just because you don't like the outcome of any election doesn't mean you get to attempt an insurrection/coup. why not take a stroll to a nuclear silo somewhere and hop the fence, IF you are not immediately KILLED tell them you are there because those missiles belong to you and you just want to check them out. those hot-button words… Read more »

👍 -8 👎

**wil** ⓘ 8 months ago




vievioc rj49vueh v0,vewoveofcjsow3, vir iww- 9ejvne

👍 -7 👎

**JSNMGC** 🕐 8 months ago
💬 Reply to  wil

wil, The lifetime of actual grievances that are the most legitimate are with the people who perpetuate the dysfunctional micro-culture in high crime urban neighborhoods. That is where the bulk of unnecessary and violent deaths of Blacks occur (at the hands of young, black males). The police reform that is required is for a relatively small number of individual police officers to be held accountable for the horrible decisions they make, for example: Death of Botham Jean, black: off duty LEO Amber Guyger convicted and sent to jail Death of George Floyd, black: Derek Chauvin charged with murder – trial…  Read more »

👍 3 👎

**wil** 🕐 8 months ago
💬 Reply to  JSNMGC

the issue is bigger than just murdering people that are unarmed. why does traffic court have 95% black people vs a random mix of people at the parking authority. ill bet its the same in your city too.
you know what reconstruction was after the civil war, do you also know why it ended? what were the terms and would you say it set up a system still in force today?
there is no correlation between people living in depressed areas killing people and LEO's killing unarmed people.

👍 -4 👎

**JSNMGC** 🕐 8 months ago
💬 Reply to  wil

Sorry, it was a nice day – enjoyed some time outside. I don't know that the 95% statistic is true in places where 13% of the local population is black. If the percentage of Blacks in traffic court is higher than the percentage of Blacks in the local population, it could be that Blacks commit more traffic crimes, more frequently drive on suspended licenses, more frequently fail to renew their license plate stickers, more frequently fail to have required insurance, and more frequently flee police due to open warrants. You keep going back to the Civil War. I had that…  Read more »

👍 2 👎

**RoyD** 🕐 8 months ago
💬 Reply to  JSNMGC

Kind of like why is it that Black youth fail at learning at a far higher rate than their White counterparts even when they have the same amount of money spent on their instruction. One of those things that make you go: Hmmmm….

Most here will not get the last sentence.

👍 5 👎

**JSNMGC** 🕐 8 months ago
💬 Reply to  RoyD



Taxpayers can't fix bad parenting, and a mother and grandmother are
no substitute for a mother and a father.

As was pointed out in the last discussion with wil, if a teacher has to
spend most of their time addressing bad behavior, it leaves very little
time for teaching.

👍 5 👎

**Knute** 🕒 8 months ago
| 💬 *Reply to* *RoyD*

That's early rap music. You can't mean that even crap music is now
too old to remember? Geez, I can't be THAT old… can I? 😊

👍 0 👎

**RoyD** 🕒 8 months ago
| 💬 *Reply to* *Knute*

Arsenio Hall.

👍 0 👎

**Knute** 🕒 8 months ago
| 💬 *Reply to* *RoyD*

Things that make you go: "uhhhhhhuhuhhhh"
https://www.youtube.com/watch?v=zN2nRXYbG58

👍 0 👎

**wil** 🕒 8 months ago
| 💬 *Reply to* *JSNMGC*

i go back to when systemic racism was an absolute fact, not the civil
war particularly. what the british did to the irish has zero bearing on
the topic. many cultures were brutalized by many other cultures. we
are talking about this culture. if some people commit more moving
traffic violations, are you saying they just park really well? (that
answer seems like a cop out). if you believe there is no correlation
then why did you bring it up. i say that because that answer is a
common excuse. isn't it also true that whites are more often
killed… Read more »

👍 -5 👎

**RoyD** 🕒 8 months ago
| 💬 *Reply to* *wil*

There is a saying wil and it goes like this: There are none so ignorant
as those who do not know just how ignorant they are. It is a takeoff of
the old, "None so blind," saying. That pretty much describes you.

👍 6 👎

**wil** 🕒 8 months ago
| 💬 *Reply to* *RoyD*

how about you give me some specifics then, what facts am I ignorant
to?

👍 -5 👎




wil ⓘ 8 months ago
| *Reply to* wil
3.1415926535 8979323846 2643383279 5028841971 6939937510
5820974944 5923078164 0628620899 8628034825 3421170679

👍 -5 👎

musicman44mag ⓘ 8 months ago
| 💬 *Reply to* wil
Your ignorance of facts does not extend beyond yourself.

👍 1 👎

wil ⓘ 8 months ago
| 💬 *Reply to* musicman44mag
are ya sure…im guessing you haven't seen a mirror today!

👍 -3 👎

wil ⓘ 8 months ago
| 💬 *Reply to* RoyD
why did reconstruction end, and what was the purpose in the first
place?
There are none so ignorant as those who do not know just how
ignorant they are.

👍 -6 👎

Knute ⓘ 8 months ago
| 💬 *Reply to* wil
It ended when the North had stolen everything that the South had. Or
at least everything worth stealing.

👍 3 👎

Knute ⓘ 8 months ago
| 💬 *Reply to* RoyD
"He who knows not, and knows not that he knows not,is a fool; shun
him…,"-https://www.goodreads.com/quotes/328538-he-who-knows-
not-and-knows-not-that-he-knows

👍 1 👎

JSNMGC ⓘ 8 months ago
| 💬 *Reply to* wil
wil, I brought up the British/Irish issue because it is a similar issue to
the one we are discussing, but with a different outcome. The issue
facing the Irish who fled to the U.S. largely went away (because they
escaped British oppression), but not completely, because they were
treated badly in the U.S. (not nearly as bad as by the British). A large
percentage had nuclear families, worked hard, and valued education.
They received no special treatment for the wrongs of the past. The
issue facing Blacks largely went away with the end of slavery and the
reforms resulting from… Read more »

👍 2 👎





**wil** 8 months ago

| *Reply to JSNMGC*

https://ucr.fbi.gov/crime-in-the-u.s/2013/crime-in-the-u.s.-2013/offenses-known-to-law-enforcement/expanded-homicide/expanded_homicide_data_table_6_murder_race_and_sex_of_vicitm_by_race_and_sex_of_offender_2013.xls

I go back again, because its what put us where we are today. again, if the civil war/reconstruction leveled the playing field why the need for a civil rights campaign in the 1950's 1960's 1970's 1980's 1990's 2000's 2010's and now 2020's?

is it illogical to assume some people drive really poorly but park really well? AGAIN, why did reconstruction end?

👍 -6 👎

**JSNMGC** 🕐 8 months ago

| 💬 *Reply to wil*

Rate, wil, not absolute numbers – there are more white people than black people. Do the math. Do you really want me to get into the numbers with you? Just like Blacks commit violent crime at a higher rate than Whites, Blacks commit moving violations and the other violations I listed at a higher rate than Whites. Why? Because of low impulse control resulting from growing up in a dysfunctional micro culture. Of course they are capable of not speeding, they are capable of installing a brake light bulb, they are capable of keeping their insurance current, they are capable… Read more »

👍 2 👎

**wil** 🕐 8 months ago

| *Reply to JSNMGC*

WHAT WAS THE PURPOSE OF RECONSTRUCTION? WHAT WERE THE CIRCUMSTANCES OF IT ENDING? WHEN WAS THE FIRST BLACK PERSON ELECTED TO CONGRESS?

you brought up the numbers and they show whites kill whites and blacks kill blacks. why would a black person fear there police and not a white person? there is a video of a cop telling a white woman she has nothing to fear they only kill black people. sure that's one cop but why did reconstruction end? feel free to google it because at this point im guessing you just don't know.

👍 -5 👎


**JSNMGC** 🕐 8 months ago

| 💬 *Reply to wil*

The numbers indicate blacks commit violent crimes at a much higher rate than whites.

Why are you such an apologist? They don't fear police – they just decide they don't have to follow the rules. They can be as bad as they wanna be. They don't give a shit about brake bulbs, valid driver's licenses, insurance, or license plate stickers. Their fathers never told them they have to follow any rules whatsoever.

Reconstruction ending because Southern Democrats confounded and outlasted the Northerners that were in favor of reconstruction is

irrelevant.

🖉 *Last edited 8 months ago by JSNMGC*

👍 2 👎

**wil** 🕓 8 months ago
| 💬 *Reply to JSNMGC*

I don't care about the numbers, you brought it up. murder rates have nothing to do with systemic racism (other than living in poverty). I think you are speculating based on some really odd stereotypes. as stupid as this point is it kills your point. have you ever actually driven in "the hood" and see a $40k-$50k car parked outside of a $50k-$80k house? a friend of mine says she's goes to pick up rent and her tenant is outside cleaning their car but when she went in the house the bathroom was disgusting. point being cars are thought highly… **Read more »**

👍 -6 👎

**JSNMGC** 🕓 8 months ago
| 💬 *Reply to wil*

You should care about the numbers – they quantify the problem. It's not due to poverty, it's due to a dysfunctional micro-culture resulting in low impulse control. Investments are not being made in high crime neighborhoods because wealthy people that say the same thing as you, know the businesses will fail (because of the dysfunctional micro-culture) and that will destroy the narrative – and we can't have that. Perpetuating victimhood mentality only ensures the problem will never be resolved. If Blacks stop clinging to the past and take advantage of the special, systemic, discriminatory policies that work to their advantage,… **Read more »**

👍 3 👎

**wil** 🕓 8 months ago
| 💬 *Reply to JSNMGC*

read the link about reconstruction, and its end.

👍 -5 👎

**JSNMGC** 🕓 8 months ago
| 💬 *Reply to wil*

wil,
Read everything I have written in this thread and the other discussion we had. The problems are self-imposed. Falsely attributing them to racism is perpetuating the problem while a tiny minority gain both power and wealth. They depend on the problems.

👍 1 👎

**wil** 🕓 8 months ago
| 💬 *Reply to JSNMGC*

can't anyone say that about their opinions, you can't even answer the question about why reconstruction ended. what in your mind makes your VIEWS facts? in order for there to be knowledge you have to deal with facts not conjecture.





ill give you a hint: it started with a disputed election.

when were the first blacks elected to congress?

why did reconstruction end?

I think you won't answer because if you said it you would realize your hypothesis about "micro-culture" and poor communities would be proven wrong. we all need to face facts if we want a better society.

👍 -4 👎

**JSNMGC** ⏱ 8 months ago

| ↩ Reply to wil

wil,

Make your own argument.

👍 1 👎

**wil** ⏱ 8 months ago

| ↩ Reply to JSNMGC

what gives you the impression I haven't been?

👍 -4 👎

**JSNMGC** ⏱ 8 months ago

| ↩ Reply to wil

I answered your question yesterday about reconstruction. Southern Democrats wanted to end reconstruction and worked a number of agendas to get it done. The Compromise of 1877 put a nail in it and opened the road for racist Democrats to continue their racist ways. The argument you haven't made is why that is relevant and why you think that is the problem in 2021. The racism of low expectations is alive and well today and the people who profit off of the misery in the high crime neighborhoods fight hard to keep things the way they are. One of their… Read more »

👍 1 👎

**wil** ⏱ 8 months ago

| ↩ Reply to JSNMGC

"The racism of low expectations is alive and well today and the people who profit off of the misery in the high crime neighborhoods fight hard to keep things the way they are."

your words prove the hypocrisy. who controls the system, if not the wealthy powerful people?

👍 -5 👎

**Finnky** ⏱ 8 months ago

| ↩ Reply to wil

@wil – Mostly "the people" drive the system. Your post above is a great example of "the racism of low expectations." You are saying that the people in those high crime neighborhoods cannot fix their own problems themselves. In reality outside forces, those wealthy powerful people your reference, are pretty much powerless to change such a neighborhood. Yes "wealthy and powerful people" can help – but changes need to be driven by those who live there and who suffer most under current conditions. Get programs going in any one of







those neighborhoods, then apply to relevant charitable foundations or get... Read more »

👍 0 👎



**wil** 🕐 8 months ago
💬 Reply to *Finnky*

well if those were my words I might agree, but they weren't, they belong to JSNMGC. please tell HIM!

👍 -3 👎

**JSNMGC** 🕐 8 months ago
💬 Reply to *wil*

wil, We are going around in circles. You keep flinging things against the wall and hoping they stick. I stay with my original point: the problem in the neighborhoods we are discussing is a dysfunctional micro-culture that has to be changed from within and there has been no improvement. No one with influence in that community (like Obama) is willing to help send the message that they need to improve their culture. In fact, people (like Al Sharpton and Jesse Jackson) make a lot of money off the status quo. The problem is not wealthy, powerful people who control the... Read more »

👍 1 👎



**wil** 🕐 8 months ago
💬 Reply to *JSNMGC*

one of the first comments I made to you was "if you raise a pig in mud, it will be comfortable living in mud. put that pig in a house and it will not want got go back to the mud" now that won't apply to every household but if people don't see anything better what is there to strive for, especially if the system is against them. not once have I differed from that. I've pointed out the hypocrisy of your argument several times and you failed to address any of that. like others with your beliefs you just... Read more »

👍 -3 👎

**JSNMGC** 🕐 8 months ago
💬 Reply to *wil*

I have addressed your points.

Their own dysfunctional culture (the one you acknowledge) is against them. There is nothing in the "system" that is preventing them from changing that culture.

For 55+ years the "system" has discriminated against non-Blacks in order to assist Blacks.

👍 2 👎



**wil** 🕐 8 months ago
💬 Reply to *JSNMGC*

oh great, that offsets the 400+ years of an oppressed people. and what was the purpose of reconstruction again, and why did it end?

👍 -4 👎



**JSNMGC** 🕐 8 months ago

| 💬 *Reply to* *wil*

Be more like the Irish and remember it but don't let it consume you. I'd rather not pay any more than I already have for what some black slave traders and white slave buyers did a long time ago.

👍 0 👎

**wil** 🕐 8 months ago

| 💬 *Reply to* *JSNMGC*

I grew up poor, went into the military, came out went to work, started my own company, took the profits from that and bought real estate. now I physically work when I want for the most part and collect rent checks for a living. I am not consumed by that past at all. not everyone can be me tho'…lol

👍 -1 👎

**RoyD** 🕐 8 months ago

| 💬 *Reply to* *wil*

So what you are saying is that you are a slum lord?

👍 0 👎

**wil** 🕐 8 months ago

| 💬 *Reply to* *RoyD*

conjecture is not the basis for facts…you need facts buddy…like your outdated ideology, learn the facts

👍 -2 👎

**musicman44mag** 🕐 8 months ago

| 💬 *Reply to* *JSNMGC*

Amen, I am witness to that and have been subjected to that all my life regarding employment and education.

👍 0 👎

**RoyD** 🕐 8 months ago

| 💬 *Reply to* *JSNMGC*

One of the primary drivers in the culture of Blacks today being what it is was the dissolution of the intact Black family by the Democrats in 1964. Because the father was no longer needed he was discarded by the mothers as the family was penalized if the father was in the house. With no fathers to provide what fathers do the result was written in blood. Good luck getting a Democrat to admit it. Ah yes, the welfare state.

👍 2 👎

**RoyD** 🕐 8 months ago

| 💬 *Reply to* *RoyD*

JSNMGC, I see you said the same thing basically a couple hours ago. I missed that post.

👍 1 👎

**JSNMGC** 🕐 8 months ago






Reply to RoyD

No problem. If repeating a big lie is effective, maybe repeating the truth can be effective. Obama was perfectly positioned to make a difference in the quality of life in the south and west sides of Chicago. He's considered black, he lived there for awhile, he has an above average IQ, he is able to connect with that community at a personal level, and he was President of the United States. Instead, he sold out and gave speeches at the private conferences of bulge-bracket banks for $200,000+ an hour so he can afford mansions in D.C., Martha's Vineyard, and Hawaii…. Read more »

👍 2 👎

○ wil  ⏱ 8 months ago
Reply to JSNMGC

so how can Obama make this change you speak of when you also say the government can't make the change and it has to come from within (they want to live that way and have poor impulse control and so on)?
the problem with your ideology is it requires a lot of hypocrisy.

👍 -4 👎


JSNMGC  ⏱ 8 months ago
Reply to wil

He could have helped make the change not as the government, but as an individual who has influence in the community. That is coming from within – a black man who lived in the community who has influence to encourage people in that community to improve their own culture. I'm not suggesting he, as the POTUS, should have given more taxpayer money, I'm suggesting he could have shown some leadership while he was POTUS. I'm also suggesting that after he left office he could have been a key influencer to encourage the community to change from within. He didn't do… Read more »

👍 2 👎

○ wil  ⏱ 8 months ago
Reply to JSNMGC

you can't see the hypocrisy of your ideology? do you know where he got his start politically?

👍 -2 👎


JSNMGC  ⏱ 8 months ago
Reply to wil

"Community Organizer" – until he got political power, then he walked away from them.

Even as community organizer, he did not encourage self-reliance. He did not encourage fathers in the households. He did not encourage self discipline and restraint – to control impulses that result in imprisonment.

He was only a slightly better version of other race industrialists like Al Sharpton.

👍 3 👎





**wil** 8 months ago
💬 *Reply to* *JSNMGC*

do you think crime is a result of only bad impulse control? if someone was well educated made good money would then say gotta steal or whatever just cause the opportunity presented itself (Bernie Madoff not black)? are white collar crimes the result of poor impulse control? are there any socio-economic factors involved? do any people in poor underserved neighborhoods get up and go to work everyday for less money doing the same thing as other people?

👍 -2 👎

**JSNMGC** 🕐 8 months ago
💬 *Reply to* **wil**

There are many neighborhoods across the U.S. where there is significant poverty and high rates of firearm ownership where people do not routinely shoot one another. The rate of murder and non-negligent homicide in the Garfield Park and Englewood neighborhoods of Chicago are more than 150 times that of the other neighborhoods I'm referencing. That is a staggering difference.

We have covered this before.

Why do you think people in high crime neighborhoods are helpless to improve their culture?

👍 2 👎

**wil** 🕐 8 months ago
💬 *Reply to* *JSNMGC*

because a lot of people don't recognize "their" culture is really OUR culture!

it was set up that way in…do you know? 1877 with the compromise!

👍 -3 👎

**JSNMGC** 🕐 8 months ago
💬 *Reply to* **wil**

"There you go again," with the 1800s. Why do you have such a low opinion about the ability of people in high crime neighborhoods to just decide they are not going to continue to create numerous children with numerous women and then not be a father to any of those children? Why do you believe "the system" controls their ability to make other improvements to the micro-culture within those neighborhoods? We have been discussing the micro-culture within high crime neighborhoods that is dysfunctional and is the cause of their problems. That micro-culture is vastly different than the micro-culture in other… Read more »

👍 2 👎

**wil** 🕐 8 months ago
💬 *Reply to* *JSNMGC*

opportunity!

👍 -4 👎

**wil** 🕐 8 months ago







Reply to *JSNMGC*

true! and it worked on you…lol. light snack for ya!

👍 -2 👎

**JSNMGC** 🕐 8 months ago

Reply to *JSNMGC*

Will,

When will you attempt to delete your emotional post? Tomorrow, next week? Remember this one:

Will (1/15/21):

*"The last thing Texas needs is traitor scum Lapierre and his handpicked corrupt and complicit BOD to locate here!!! Just when I thought it couldn't get any worse now this! Parasite Lapierre will find out that misappropriation of funds and and being a traitor to the constitution (2A) is really frowned on and prosecuted in Texas! Gov.Abbott stop this move!!!!"*

👍 2 👎

**JSNMGC** 🕐 8 months ago

Reply to *JSNMGC*

I understand exactly what wil is doing and I understand exactly what I am doing.

What's funny is, wil understands the same things – it's you who is missing the point.

👍 3 👎

**JSNMGC** 🕐 8 months ago

Reply to *JSNMGC*

Will,

I don't agree with wil on what is preventing a positive change in the dysfunctional micro-culture in high crime neighborhoods that causes so much unnecessary loss of life and poverty, but he is able to carry on a conversation about an important topic.

This is a discussion board and the topic being discussed is a major component of race relations, the justification for more gun control, and the justification for yet more wealth redistribution and an even larger, more intrusive government.

👍 1 👎

**Finnky** 🕐 8 months ago

Reply to *JSNMGC*

@JSNMGC – You forgot to list one thing Obama continues to do to help blacks who feel powerless to improve their lot in life. As you said, they see him as one of them – but also someone who made it "the white man's world". The fact he went so far should be an inspiration for others to try to improve their lives and those of their family. At this point solutions will need to be multigenerational. It is quite difficult for an adult to make up for deficiencies in their primary and secondary educations. It is not nearly as… Read more »

👍 0 👎





**RoyD** ⏱ 8 months ago

⤷ 🗨 *Reply to* *Finky*

The thing is that Obama "made it in the white man's world" because he was just another leftist flim flam man.

👍 0 👎

**RoyD** ⏱ 8 months ago

⤷ 🗨 *Reply to* *JSNMGC*

One reason for Obama not engaging in that activity is that he didn't want to take the beat down he would have received from the "hood" and all those whose best interest require that the "hood" continues to exist. Oh, that's right he is one of those who is best served by the "hood" existing.

👍 2 👎

**wil** ⏱ 8 months ago

⤷ 🗨 *Reply to* *RoyD*

https://history.house.gov/Exhibitions-and-Publications/BAIC/Historical-Essays/Keeping-the-Faith/Party-Realignment–New-Deal/

👍 -2 👎

**musicman44mag** ⏱ 8 months ago

⤷ 🗨 *Reply to* *RoyD*

You nailed it but lets not forget, white people and other races have done the same thing.

👍 0 👎

**wil** ⏱ 8 months ago

⤷ 🗨 *Reply to* *JSNMGC*

I forgot to ask if racism is systemic?

👍 -4 👎

**JSNMGC** ⏱ 8 months ago

⤷ 🗨 *Reply to* *wil*

The only broad based racist comments I hear are from black Americans, Chinese, and Japanese.

👍 5 👎

**wil** ⏱ 8 months ago

⤷ 🗨 *Reply to* *JSNMGC*

is it racist when trump said people don't have a right to protest during the national anthem?

👍 -2 👎

**RoyD** ⏱ 8 months ago

⤷ 🗨 *Reply to* *wil*

LOL!

👍 1 👎





**JSNMGC** 🕐 8 months ago
💬 *Reply to* *wil*

He didn't say they don't have the right – he said the NFL (a non-government entity) should make a rule that kneeling should not be allowed during the national anthem. He didn't send the BATFE into the stadium to drag away kneelers, shoot their dogs, and incarcerate them. He didn't fine the NFL for not making such a rule.

No – it's not racist to express his opinion that the NFL should make a rule that players of all races should not be allowed to kneel during the national anthem. It's pandering to populism. He did that a lot.

👍 3 👎

**wil** 🕐 8 months ago
💬 *Reply to* *JSNMGC*

so the president has in this case HAD, no influence on how people think?and you do know he said that at a podium with the seal of the President of the United States, the head of the system, right?

👍 -2 👎

**JSNMGC** 🕐 8 months ago
💬 *Reply to* *wil*

wil, when you say everything is racist, you lose your audience.

The NFL told the President to piss off and that was the end of it.

👍 3 👎

**wil** 🕐 8 months ago
💬 *Reply to* *JSNMGC*

I asked you if it was racist. there are still plenty of people who will regurgitate his words when the law says he had every right to kneel. he could have pulled the flag out and burned it for that matter.

👍 -3 👎

**JSNMGC** 🕐 8 months ago
💬 *Reply to* *wil*

I answered your question "no."

All the Black and White people who kneeled can continue kneel without any threat of government intervention. Trump did not say they don't have the right to kneel.

All the Black and White people who want to burn the flag can continue to do so without any threat of government intervention.

Obama offended a lot of people with his words – the media did not foment a frenzy that people were no longer allowed to "cling" to their religion or firearms. The people who were offended just continued to follow their beliefs.

👍 4 👎

**wil** 🕐 8 months ago
💬 *Reply to* *JSNMGC*



what gun laws did Obama enact to take any guns away from you?
what inflammatory statement(s) did he make?
you asked earlier why black leaders don't step up, check this out!

https://www.splcenter.org/what-we-do/civil-rights-memorial/civil-rights-martyrs

👍  -4  👎

**JSNMGC**  🕐 8 months ago
💬 Reply to  wil

I didn't say he passed any laws to take away firearms. I can carry in Yellowstone because of Obama. I said the media did not foment a frenzy based on Obama's comments that offended people, for example: "it's not surprising then they get bitter, they cling to guns or religion or antipathy to people who aren't like them or anti-immigrant sentiment or anti-trade sentiment as a way to explain their frustrations." "if you've got a business, you didn't build that." Some people were offended by those comments and the media didn't foment a frenzy over the words – they put… **Read more »**

✎ *Last edited 8 months ago by JSNMGC*

👍  1  👎

**wil**  🕐 8 months ago
💬 Reply to  *JSNMGC*

seriously! that's the best offensive stuff you got? on a scale of 1-10 how does "grab them by the pussy" stack up to that? "get those sons o' bitches off the field"? "good people on both sides" in reference to nazi's? if anyone was offended they are absolutely too sensitive.

👍  -3  👎

**JSNMGC**  🕐 8 months ago
💬 Reply to  wil

Lots of sensitive, emotional people out there – some of them are empowered by the media and misquote what people said in order to make the comment that offended them seem worse.

There are millions of people who are offended by the truth, because it shows they are victims of nothing more than their own decisions. They are so offended they lash out by calling people they disagree with racists in an attempt to censor discussion.

👍  3  👎

**wil**  🕐 8 months ago
💬 Reply to  *JSNMGC*

or they end up as an insurrectionist mob storming the capital!

👍  -5  👎

**JSNMGC**  🕐 8 months ago
💬 Reply to  wil

Emotions may have been what caused people to make bad decisions that day. Just because provocateurs manipulated them does not





relieve them of their personal responsibility to refrain from illegally entering a government building.

👍 3 👎

**wil** 🕐 8 months ago
💬 *Reply to JSNMGC*

why can't you say the same thing about the summer protest?

👍 -4 👎

**JSNMGC** 🕐 8 months ago
💬 *Reply to wil*

I can. The differences are the scale of violence and destruction and the degree of manipulation by provocateurs.

We don't yet know who murdered Brian Sicknick.

👍 2 👎

**wil** 🕐 8 months ago
💬 *Reply to JSNMGC*

well consider the issue from their perspective. I've seen videos of cops asking perfectly innocent people why they are upset that they have been pulled over and have their car searched. if only certain neighbors that look like you had the cops come and tell them we are here to search your house for guns so we can confiscate them. while other neighbors could keep theirs, would that make you angry, would you object in anyway or just comply and give them up?

👍 -3 👎

**RoyD** 🕐 8 months ago
💬 *Reply to wil*

wil, I guess you have never said anything "off color" to another guy while talking "man to man?" Oh, that's right, sorry, I forgot.

👍 2 👎

**wil** 🕐 8 months ago
💬 *Reply to RoyD*

maybe that's how you talk to your man while you are spooning after gettin it in (that means having sex), but my mother taught me to respect women. im guessing you are the little spoon.

📝 *Last edited 8 months ago by wil*

👍 -2 👎

**RoyD** 🕐 8 months ago
💬 *Reply to wil*

Come on, little wil, surely you can do better than that. They say to write about that which you know. At least you followed that advice.

👍 2 👎

**wil** 🕐 8 months ago
💬 *Reply to RoyD*





you win!

🖋 Last edited 8 months ago by wil

👍 0 👎

**wil** ⏱ 8 months ago
💬 Reply to JSNMGC

oh and the bigger question you chose to ignore about the link...what say you to that?

👍 -4 👎

**JSNMGC** ⏱ 8 months ago
💬 Reply to wil

I'm convinced you are capable of making a lucid, intelligent, well though-out argument. Please make your argument.

👍 -2 👎

**wil** ⏱ 8 months ago
💬 Reply to JSNMGC

its systemic. how many of the people that assassinated those other people were brought to trial and convicted?

👍 -2 👎

**JSNMGC** ⏱ 8 months ago
💬 Reply to wil

The references are difficult to follow due to the number of comments and the structure of the software.

Who assassinated whom?

I'm all for holding individual police officers accountable for making horrible decisions. You never indicated if you watched the Shaver video or if you are familiar with the reckless shooting of the newspaper delivery ladies.

The vast majority of people killed by police were killed because they were fighting, refusing to drop a weapon, or fleeing when the police had a reasonable belief they would harm others.

👍 2 👎

**wil** ⏱ 8 months ago
💬 Reply to JSNMGC

yeah this thread is getting kinda long. its a list of civil rights leaders (all races) that were killed since the 50's

👍 -3 👎

**wil** ⏱ 8 months ago
💬 Reply to JSNMGC

and I really want to spend a month or so in Yellowstone, that place looks amazing!

👍 -2 👎






JSNMGC · 8 months ago

Reply to **wil**

You should. It's one of the most beautiful places in the country. Most visitors never get more then 100 yards from the main road.

👍 1 👎

**wil** · 8 months ago

Reply to **JSNMGC**

yeah, I want topo map seclusion, where I don't even see any signs of humans.

👍 -2 👎

**musicman44mag** · 8 months ago

Reply to **wil**

I will take the typical demonrat answer for five dollars on this one. WHO CARES!!!!

👍 0 👎

**wil** · 8 months ago

Reply to **musicman44mag**

well apparently, I do. but no one asked you did they?

👍 -2 👎

**musicman44mag** · 8 months ago

Reply to **wil**

Nope it's not racist, it's un American and doesn't show or support the unity you and the lying president proclaim you are in favor of.

👍 2 👎

**wil** · 8 months ago

Reply to **musicman44mag**

I don't need to be your friend, but at the same time I don't want you to kill me because you don't like people that think like I do.

👍 -3 👎

**Finnky** · 8 months ago

Reply to **JSNMGC**

@JSNMGC – You've got broader experience than I. Mostly I hear black Americans whining how racist whites are. Sometimes I hear blacks complain how illegal (Hispanic) immigrants are able to make a better life for themselves – clue – most of those immigrants gave up much coming here, work incredibly hard, work to learn saleable skills and will take pretty much any work offered. Those Hispanic immigrants really do face legally-enforced systemic discrimination barriers.

Not supporting illegal immigration or forgiving the lawlessness, but frankly I think it might benefit society more to deport people like you than economically disadvantaged Hispanics.

👍 2 👎





JSNMGC  8 months ago

Reply to Finnky

Finnky,

Why do you think people like me should be deported?

👍 2 👎

wil  8 months ago

Reply to JSNMGC

you shouldn't be deported at all, you have a right to think how you want. your rights, however, don't trump another persons right to exist.

👍 -2 👎

JSNMGC  8 months ago

Reply to Finnky

Finnky,

You never explained your comment. When you wrote "people like you," were you referring to me?

👍 1 👎

Finnky  8 months ago

Reply to wil

@wil – Looping back to your comment that "there is no correlation between people living in depressed areas killing unarmed people." I would argue that there is a strong correlation. Cops are individual human beings with normal drives and desires. One of the strongest human desires is the desire to survive. When working in an area where shootings between residents are more frequent – cops are rationally going to conclude that they are at higher risk there. Given the risk they will be on edge, more likely to perceive a weapon (actually present or not), and quicker to shoot in... Read more »

👍 1 👎

wil  8 months ago

Reply to Finnky

very simple video game called hogans alley, pop-up targets that turn progressively faster. even simpler rules, shoot the criminal you advance, shoot a civilian game over. the higher levels get pretty intense (yeah I get that death is not an option playing a game). im trying to say regardless of fear you don't shoot unless you see a weapon. if you're that afraid find another job police work isn't for just anyone. kid killed in washington jumping his grandmothers fence by a cop who literally was in cover. his life wasn't in jeopardy even if the guy was shooting at... Read more »

👍 -2 👎

RoyD  8 months ago

Reply to wil

wil, have you ever watched the movie "Magnum Force"?

👍 3 👎

wil  8 months ago




no, had to work this weekend. is that the one you sent me the link for?

👍 -2 👎

**RoyD** ⏱ 8 months ago
| 💬 Reply to *wil*

I don't know what link you are talking about. Your answer gives me a better understanding of your demographic.

👍 2 👎

**wil** ⏱ 8 months ago
| 💬 Reply to *RoyD*

conjecture is not the basis for fact!

👍 -2 👎

**RoyD** ⏱ 8 months ago
| 💬 Reply to *wil*

I would say, wil, be careful your simpleton is peeking out; but, you put it on full display for the whole world to see. I must say that is a bold strategy.

👍 2 👎

**wil** ⏱ 8 months ago
| 💬 Reply to *RoyD*

one thing I will guarantee you sir, is I am no simpleton! but, one of the signs during any debate when you know the other person knows their argument has no validity is when that person makes personal attacks instead of addressing the issue.

👍 0 👎

**RoyD** ⏱ 8 months ago
| 💬 Reply to *wil*

Ok, if you say so. What are these personal attacks of which you speak? If you are talking about me referring to you as a simpleton that is my evaluation of you given your writing. If you wish for a less demeaning evaluation you could always do better by expressing some logic and knowledge instead of the drivel you have given us so far. But that is up to you.

👍 2 👎

**wil** ⏱ 8 months ago
| 💬 Reply to *RoyD*

There is a saying wil and it goes like this: There are none so ignorant as those who do not know just how ignorant they are. It is a takeoff of the old, "None so blind", saying. That pretty much describes you.

here's another, apparently you forgot this one. I even showed you how you could have made it less about me and more general in my reply. but again people that know their argument aren't valid tend to enjoy the privilege of hypocrisy and selective memory.

see how I didn't make that about you personally!



👍 -1 👎

**Knute** ⏱ 8 months ago
💬 *Reply to* *wil*

You quoted what he said without context, and then attacked it! How is that NOT "Making it personal"?

👍 0 👎

**wil** ⏱ 8 months ago
💬 *Reply to* Knute

because he knew the context of his words and he was with whom I was speaking, that's how!

👍 -2 👎

**RoyD** ⏱ 8 months ago
💬 *Reply to* *wil*

Thing is, wil, I have always been known as someone who calls a spade a spade.

👍 1 👎

**wil** ⏱ 8 months ago
💬 *Reply to* RoyD

well form a cohesive, logical argument and present it. calling people names isn't that hard and requires no great intellect.

👍 -1 👎

**RoyD** ⏱ 8 months ago
💬 *Reply to* *wil*

wil, if I said that you were a disappointment would that be calling you a name. If so, most likely it is a name you have heard many, many, times in your life.

👍 1 👎

**wil** ⏱ 8 months ago
💬 *Reply to* RoyD

actually I apologize for getting down on your level. I will ignore future post from you unless they are formatted in a respectful way.

👍 -1 👎

**RoyD** ⏱ 8 months ago
💬 *Reply to* *wil*

Well thank you, Little wil, that is mighty big of you. Probably best you stay on the porch.

👍 1 👎

**wil** ⏱ 8 months ago
💬 *Reply to* RoyD

oh im not going anywhere, just won't be responding to you unless you can put an actual conversation together. again, sorry I let myself behave like you did!





👎 -2

**Finnky** 🕓 8 months ago

💬 Reply to *wil*

@wil – I was simply saying there is a correlation. To a small extent I agree – but over time stress of living in a violent society and facing frequent threats changes anyone's personality and reactions. Firing cops who become sensitized or paranoid in such an environment – will result in no police in those areas. They already have a tough enough time finding people with skills and personality, willing to do that work. Their continue to be serious (fatal) police errors, but on the whole I believe they drastically improve situation in those locals. As @JSMNGC previously stated, black-on-black... Read more »

👍 -1 👎

**wil** 🕓 8 months ago

💬 Reply to *Finnky*

should a person that is afraid of heights be a suspension bridge painter? you can be trained to minimize fear but you can't eliminate it entirely. so a person that comes in with a disproportionate amount of fear needs to find work elsewhere.

👍 -1 👎

**RoyD** 🕓 8 months ago

💬 Reply to *wil*

Sort of like the security person who killed Ashli Babbitt?

👍 1 👎

**wil** 🕓 8 months ago

💬 Reply to *JSMNGC*

hey i'de really like to know your opinion here. no one seems to have an answer when ask people with similar views as you.

👍 -1 👎

**wil** 🕓 8 months ago

💬 Reply to *wil*

if they were muslims do you think more of them would have been killed? systemic racism!

👍 -1 👎

**RoyD** 🕓 8 months ago

💬 Reply to *wil*

wil; In regards to entering property marked with "no trespassing" signs (even ones which say "deadly force authorized") you seem to have a very shallow understanding of the law. You can fix that if you want to.

👍 1 👎

**wil** 🕓 8 months ago

💬 Reply to *RoyD*

I don't understand what you are saying here.

👍 -1 👎







**RoyD** 🕔 8 months ago
💬 Reply to *wil*

And that, wil, is my point exactly.

👍 1 👎



**wil** 🕔 8 months ago
💬 Reply to *RoyD*

cmon man lets keep it respectful, im not your enemy.we're just chatting. my understanding of no trespassing is just that "do not enter" I don't think civilians can kill for a misdemeanor. maybe if you were trespassing at a nuclear silo.

👍 -2 👎



**wil** 🕔 8 months ago
💬 Reply to *RoyD*

maybe!

👍 -2 👎

**RoyD** 🕔 8 months ago
💬 Reply to *RoyD*

Oldvet, you say that and then there are posters like "Dee" who try real hard to act like they know more than they do and are smarter than they are. He may be one of those. Something with which to while away the time. Nothing more.

👍 2 👎



**wil** 🕔 8 months ago
💬 Reply to *RoyD*

if that's a reference to me, I make no claims about my intellect, and actually im not that educated. I will say I dont think im stupid. it would be nice if we didn't want to kill each other because I like chocolate ice cream and you like another flavor. lifes too short already!

👍 -1 👎

---

**More Articles From Ammoland:**



You Won't Believe How Biden is Weaponizing the IRS Against Gun Owners



How did these hunters survive deadly grizzly bear attack



Woman Shoots Armed Intruder who Claimed to be Police



Judge Denies Officer Qualified Immunity After Arrest of Lawful Gun Carrier





Home Page | Recent Posts

Advertise     Contact     Drop a Tip     Disclaimer     Privacy Policy     Submit News     Subscribe     All Contributors

Copyright 2021 AmmoLand.com Shooting Sports News| Sitemap | Μολὼν λαβέ



STOP THE STEAL

3:13pm





3:36pm



3:39pm





3:40pm



2021-01-06 17:55:13 -0500
AXON BODY 3 X6039BHM7

**West Lawn No Fencing or Signage**
**Kevin Peralta Body Worn Camera**



**Signage and Fencing Down**

**Barrier Down**



Cutting
Tool



**Removing Fence Post**





One Capitol Police Officer

Two Capitol Police Officers

Widely Spaced Capitol Police. Picture taken about 11:14 a.m. on 6 January, 2021.
Courtesy Dean Weingarten



11:20 a.m. 6 January 2021, south end of the west side of the Capitol grounds
Courtesy Dean Weingarten

Mass penetration of flimsy barriers at the Capitol's west side, 12:56:13 p.m, 6 January, 2021.



The flow toward the Capitol increases. This is about 12:56:31, Jan 6, 2021





Protestors reach scaffolding at west side of Capitol, 12:58:25 p.m., 6 January, 2021,





# EXHIBIT 5

**These exhibits are on a CD. However, due to supply shortage and unavailability of CD-ROMs, the CD containing these exhibits will be hand-delivered to the Court and mailed to all counsel of record on July 8, 2022.**

# EXHIBIT 6



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**METROPOLITAN POLICE DEPARTMENT**

AUSA Kendra Briggs
Fraud and Public Corruption Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C., 20001

Dear Attorney Briggs,

Your attention is invited to the attached preliminary investigative report
(IS# 21-000063), submitted by Agent Christopher Tilley of the Internal Affairs
Division (IAD).

The report details events surrounding a use of force (baton head strikes) by
Officer Kevin Peralta of the Sixth District.

Further, the report includes all of the physical and testimonial evidence gathered
to this point in the investigation.

Should you require any additional information, please feel free to contact Agent
Christopher Tilley, on (202) 727-9447.

Sincerely,

John Knutsen
Inspector
Internal Affairs Division




**METROPOLITAN POLICE DEPARTMENT**
Internal Affairs Bureau
**Internal Affairs Division**

## MEMORANDUM

**TO:**         Assistant Chief of Police
               Internal Affairs Bureau

**THRU:**       Inspector
               Internal Affairs Division

**THRU:**       Captain
               Internal Affairs Division

**THRU:**       Lieutenant
               Internal Affairs Division

**DATE:**       January 21, 2021

**SUBJECT:**    Presentment Report Concerning the Use of Force (Baton Strikes) by
                Officer Kevin Peralta (Baton Strikes), Officer Claudy Toussaint (Baton
                Strikes), Officer Aaron Smith (Baton Strikes), Officer Kenan Thomas-
                Bartley (Baton Strikes/Takedown), Officer Bijon Hiligh (Takedown) and
                Officer Austin Smith (Takedown) of the Sixth District. **IS #21-000063, IAB
                #X-B-21-004.**

### CHRONOLOGICAL NARRATIVE SECTION

On January 6, 2020, the "Stop the Steal" and "Save America March" protests took place
in the District of Columbia, the capital of the United States. President Donald J. Trump
gave a speech on the Ellipse just south of the White House that incited many thousands
protesters to march on the United States Capitol Building, in which the United States
Congress was in the process of certifying the Electoral College vote for President Elect
Joe Biden to be inaugurated as the 46th President of the United States on January 20,
2021.

Protesters clashed with Metropolitan Police Department (MPD) Civil Disturbance Units
(CDU) at the United States Capitol, forcing their way past police lines, barriers and
breaking windows to enter the building. Several law enforcement officers were injured
during the course of the riotous events that led to the siege and eventual breach of the
United States Capitol. Once significant law enforcement resources were called to the
scene from the surrounding region and jurisdictions to bring order to the chaos that the
protesters created at the United States Capitol, MPD CDU platoons began pushing the

protesters away from the United States Capitol as Mayor Muriel Bowser's city-wide curfew of 1800 hours approached.

On January 6, 2020, approximately 1750 hours, members of the Sixth District CDU 63 were in line formation at the United States Capitol Building Lower West Terrace door and began pushing the group of hundreds of remaining protesters away from the United States Capitol Building, towards First Street, Northeast. Members were equipped with Body Worn Cameras (BWC), had donned protective riot gear that included ballistic helmets, gloves and CDU riot batons. **(Attachment 1)**

The CDU line provided several loud verbal commands of "Move back! Move back! Move back!" to the crowd of protesters, and utilized mechanical force with CDU batons to push protesters back and towards First Street, Northeast. As the CDU line came to rest half way to First Street, Northeast, to reform and reorganize the line that was spread out too far over the lawn terrace, Mr. David Blair attempted to incite the crowd of protesters. He pleaded for the crowd to "Hell no, quit backing up! Quit backing up! Stop being scared! Quit backing up! I'm telling ya, quit backing up! We're Americans!" as he waved his confederate flag and implored the crowd to resist and fight the CDU platoon efforts to push them back.

Officer Kevin Peralta, assigned to CDU 63 squad 3, utilized mechanical force with his CDU riot baton to push back Mr. Blair, who was not complying with the commands to move back. Mr. Blair was equipped with a helmet and a lacrosse stick/pole that had a confederate flag affixed to the end of it. Mr. Blair responded to the mechanical force and struck Officer Peralta in the chest with the pole.

Officer Claudy Toussaint, assigned to CDU 63 squad 2, reacted and delivered eight (8) CDU riot baton strikes to Mr. Blair's arms, torso and legs. Officer Toussaint struck Mr. Blair multiple times to stop his assaultive behavior. Officer Kenan Thomas-Bartley, assigned to CDU 63 squad 4, utilized the end of his CDU riot baton and delivered at least two (2) strikes.

Officer Aaron Smith, assigned to CDU 63 squad 3, moved around behind Mr. Blair and delivered 2 CDU riot baton strikes to the back of his legs. In the midst of the other CDU 63 member's uses of force, Officer Peralta reengaged with Mr. Blair and delivered three (3) CDU riot baton strikes to Mr. Blair's head and an additional two (2) strikes to his back as Mr. Blair lowered his head and was taken to the ground.

Officers Thomas-Bartley and Bijon Hiligh[1], assigned to CDU 63 squad 4, then conducted a tactical team takedown to get Mr. Blair to the ground. As Mr. Blair continued to struggle with Officers Thomas-Bartley and Hiligh, Officer Aaron Smith delivered two (2) strikes with his CDU riot baton to Mr. Blair's legs.

---

[1] Officer Hiligh did not active his BWC during the use of force incident. A separate administrative misconduct investigation will be conducted.

2

Officer Austin Smith, assigned to CDU squad 4, then handcuffed Mr. Blair without further incident. A head injury, consisting of a laceration that was actively bleeding, was immediately apparent on Mr. Blair after he was apprehended. He responded, "Bleeding pretty good out of my head, boys. Cracked me in the head about four times pretty damn well."

In total Mr. Blair was struck approximately 12 times by CDU baton strikes during the use of force incident.

Mr. Blair was then escorted back to the United States Capitol where United States Capitol Police officers took him into custody and placed him under arrest. Mr. Blair was transported by Prince George's County Ambulance 829 to George Washington University Hospital to receive treatment for the injuries he sustained during the use of force incident.

Mr. Blair was placed under arrest for Assault on a Police Officer (APO) and Central Complaint Numbers (CCN) 21-002719 were generated for the offense. United States Capitol Police processed Mr. Blair's arrest at their headquarters after he was released from the hospital at approximately 0100 hours. **(Attachment 2)**

The Joint Operations Command Center closeout report listed 68 total adult arrests on the date of the incident, which included curfew violators of the Mayor's order. Six (6) firearms were recovered, approximately 60 pieces of police property either lost, stolen or damaged, 56 MPD members reporting injuries and 180 use of force incidents as a result of the protests and subsequent riotous activities. **(Attachment 3)**

Incident Summary numbers 21-000063 were generated to investigate the member's CDU baton strikes uses of force with Mr. Blair. **(Attachment 4)**

Assistant United States Attorney (AUSA) Kendra Briggs of the United States Attorney's Office (USAO) was notified of the use of force incident via Departmental e-mail on January 7, 2021. **(Attachment 5)**

## LEAD INVESTIGATOR

Agent Christopher Tilley of the IAD was assigned as the lead IAD investigator and conducted a preliminary investigation under the direction of Lieutenant Joseph Cullen of the IAD.

United States Capitol Police Officer Alexandra Sims (#7271) processed Mr. Blair's arrest for APO.[2]

---

[2] The USAO papered the APO charge against Mr. Blair on January 7, 2021. Case #2021 CMD 000211.

3

## MEMBER(S) INVOLVED

**Officer Claudy Toussaint**           *(Declined to provide a statement)*
*Badge:*                               5858
*CAD:*                                 11862
*Height:*                              5 feet 11 inches
*Weight:*                              208 pounds
*Duty & Uniform Status*:               On Duty, in Full Uniform
*Personal:*                            African American Male (32 years old)
*Assignment:*                          Sixth District
*Appointed to MPD:*                    December 26, 2018 (2 year member)
*ASP Equipped:*                        Yes
*CDU Baton Equipped:*                  Yes
*OC Spray Equipped:*                   Yes
*Soft Body Armor Equipped:*            Yes
*BWC Equipped:*                        Yes/Activated
*FOP Involvement:*                     None
*Legal Representation:*                None
*Intoxication:*                        None
*Current Duty Status*:                 Full Duty

**Officer Kevin Peralta**              *(Declined to provide a statement)*
*Badge:*                               5768
*CAD:*                                 11724
*Height:*                              5 feet 11 inches
*Weight:*                              220 pounds
*Duty & Uniform Status:*               On Duty, in Full Uniform
*Personal:*                            Hispanic Male (27 years old)
*Assignment:*                          Sixth District
*Appointed to MPD:*                    August 20, 2018 (2 year member)
*ASP Equipped:*                        Yes
*CDU Baton Equipped:*                  Yes
*OC Spray Equipped:*                   Yes
*Soft Body Armor Equipped:*            Yes
*BWC Equipped:*                        Yes/Activated
*FOP Involvement:*                     None
*Legal Representation:*                None
*Intoxication:*                        None
*Current Duty Status:*                 Full Duty

**Officer Aaron Smith**                *(Declined to provide a statement)*
*Badge:*                               4079
*CAD:*                                 9549
*Height:*                              5 feet 9 inches

| | |
|---|---|
| *Weight:* | 145 pounds |
| *Duty & Uniform Status:* | On Duty, in Full Uniform |
| *Personal:* | African American Male (34 years old) |
| *Assignment:* | Sixth District |
| *Appointed to MPD:* | June 18, 2012 (8 year member) |
| *ASP Equipped:* | Yes |
| *CDU Baton Equipped:* | Yes |
| *OC Spray Equipped:* | Yes |
| *Soft Body Armor Equipped:* | Yes |
| *BWC Equipped:* | Yes/Activated |
| *FOP Involvement:* | None |
| *Legal Representation:* | None |
| *Intoxication:* | None |
| *Current Duty Status:* | Full Duty |

| | |
|---|---|
| **Officer Kenan Thomas-Bartley** | *(Declined to provide a statement)* |
| *Badge:* | 5630 |
| *CAD:* | 11515 |
| *Height:* | 5 feet 11 inches |
| *Weight:* | 160 pounds |
| *Duty & Uniform Status:* | On Duty, in Full Uniform |
| *Personal:* | African American Male (30 years old) |
| *Assignment:* | Sixth District |
| *Appointed to MPD:* | February 20, 2018 (2 year member) |
| *ASP Equipped:* | Yes |
| *CDU Baton Equipped:* | Yes |
| *OC Spray Equipped:* | Yes |
| *Soft Body Armor Equipped:* | Yes |
| *BWC Equipped:* | Yes/Activated |
| *FOP Involvement:* | None |
| *Legal Representation:* | None |
| *Intoxication:* | None |
| *Current Duty Status:* | Full Duty |

| | |
|---|---|
| **Officer Bijon Hiligh** | *(Declined to provide a statement)* |
| *Badge:* | 5842 |
| *CAD:* | 11416 |
| *Height:* | 5 feet 9 inches |
| *Weight:* | 185 pounds |
| *Duty & Uniform Status:* | On Duty, in Full Uniform |
| *Personal:* | Caucasian Male (25 years old) |
| *Assignment:* | Sixth District |
| *Appointed to MPD:* | November 13, 2017 (3 year member) |
| *ASP Equipped:* | Yes |

| | |
|---|---|
| *CDU Baton Equipped:* | Yes |
| *OC Spray Equipped:* | Yes |
| *Soft Body Armor Equipped:* | Yes |
| *BWC Equipped:* | Yes/Not Activated |
| *FOP Involvement:* | None |
| *Legal Representation:* | None |
| *Intoxication:* | None |
| *Current Duty Status:* | Full Duty |

## INVOLVED MEMBERS STATEMENTS

The involved officers declined to provide an audio-recorded statement to Agent Tilley of the IAD until the issuance of Reverse Garrity or a Letter of Declination from the USAO.

## SUBJECT OF THE FORCE

**David Alan Blair**

| | |
|---|---|
| *Race:* | Caucasian |
| *Sex:* | Male |
| *Height:* | 6 feet 1 inches |
| *Weight:* | 165 pounds |
| *Address:* | 2195 Sugarloaf Parkview Lane |
| | Clarksburg, Maryland 20871 |
| *Phone:* | (202) 607-7210 |
| *Date of Birth:* | August 4, 1994 (26 years old) |

*Violations that led to Police Contact:*

Felony Riot                                     § 22-1322

*Violations During Police Contact:*

Assault on a Police Officer                     § 22-405B

*Outstanding Warrants:*

None

## DESCRIPTION OF INJURIES

Mr. Blair suffered a laceration to the top of his head and a minor laceration to the left of his head (above his left ear) during the use of force incident. The lacerations caused bleeding down his facial area in the aftermath of the incident.

Mr. Blair did not report any other injuries as a result of the use of force incident. He was transported to George Washington University Hospital by Prince Georges County Ambulance #829. He was treated and released after receiving nine (9) staples and seven (7) stitches to his head and a concussion diagnosis.

Officer Toussaint suffered pain to his right wrist from being struck by the lacrosse stick/pole that Mr. Blair was wielding during the incident. He reported to the Police and Fire Clinic (PFC) for treatment on January 6, 2021. **(Attachment 6)**

## SUBJECT OF THE FORCE'S STATEMENT

**David Blair**                                    **2195 Sugarloaf Parkview Ln**
                                                   **Clarksburg, Maryland**

On January 6, 2021, Mr. David Blair provided an audio-recorded statement to Agent Tilley of the IAD. The statement was provided at George Washington University Hospital, and the following is a brief synopsis of Mr. Blair's statement:[3] **(Attachment 7)**

Mr. Blair stated that outside of the United States Capitol Building police lines "they were backing people up, I didn't want to back up, and I got cracked in the head good about three or four times."

Mr. Blair stated that the police line was equipped with riot batons, and that was what he was struck in the head with. Mr. Blair stated he may have been struck in the head more than three (3) or four (4) times. He recalled three (3) or four (4) "good rings, for sure." Mr. Blair stated "the first one was a hard strike to the head, I know that for sure. A good strike to the head, that's for sure."

Mr. Blair stated that officers on the police line then took him to the ground and handcuffed him.

Mr. Blair suffered two (2) lacerations to his head, one (1) on the crown of his head and the other on the left side of his head.

## WITNESS CANVASS

Due to the heightened circumstances of an ongoing riot and insurrection of the United States Capitol that had occurred on the date of the incident, along with the numerous uses of forces that had also occurred on the date of the incident, conducting a proper witness canvass would have created a safety hazard for officials of CDU 63 and no witnesses were identified or interviewed as a part of the preliminary investigation.

---

[3] Mr. Blair declined to authorize the release of his medical records on the date of the incident, but indicated he may grant the release in the future after seeking legal advice on the matter.

During the course of the investigation, if any witnesses are identified through Body Worn Camera videos, a social media video canvass or through the joint use of force investigations by the IAD, those individuals will be sought out to request an interview as a part of this investigation.

## CIVILIAN WITNESS STATEMENTS

None

## POLICE WITNESS STATEMENTS

None

## PHYSICAL EVIDENCE SECTION

**Description of the Scene:**

This incident occurred at the address 1 First Street, Northeast, zip code 20543, adjacent to the Lower West Terrace door of the United States Capitol Building.

The use of force occurred in the expansive grass area between the United States Capitol Building and First Street, Northeast.

The time of the incident produced no natural light conditions; however, the surrounding streets and United States Capitol building produced some artificial lighting.

The temperature was 43 degrees at the time of the incident, and the skies were mostly cloudy.

**Evidence Recovered / Processed:**

Photographs of Mr. Blair were documented by the IAD and Sergeant Fabian Ferrera of CDU 63. **(Attachment 8)**

**Involved Vehicles:**

None

**Property Damage:**

There was no property damage as a result of the use of force incident.

## DIGITAL/ELECTRONIC EVIDENCE

**Body Worn Camera Review:**

The Body Worn Camera (BWC) videos taken by the members who were on the scene of this incident were reviewed, and a synopsis of these reviews are listed as follows:[4] **(Attachment 9)**

Officer Claudy Toussaint captured one (1) BWC video related to this incident:

*Officer Toussaint's BWC video began at 1731 hours and was 25 minutes and 55 seconds in length.*

**15:53** Officer Toussaint, along with the CDU 63 line, began pushing the crowd of protesters back from the United States Capitol. Officer Toussaint utilized mechanical force with his CDU riot baton to push protesters back that were not complying with loud verbal commands of "Move back! Move back! Move back!"

**17:37** The CDU 63 line briefly paused to reform and strengthen their line.

**17:45** Mr. Blair was observed walking up and down the line of protesters and yelling, "Hell no, quit backing up! Quit backing up! Stop being scared! Quit backing up!" Mr. Blair was wearing a helmet and carrying a lacrosse stick/pole with a confederate flag affixed to it.

**17:58** Mr. Blair crossed again in front of Officer Toussaint, and can be heard stating, "I'm telling ya, quit backing up! We're Americans!" The CDU 63 line proceeded with advancing forward to push the crowd of protesters away from the United States Capitol Building.

**18:05** Mr. Blair confronted Officer Peralta, and stated, "What's up bitch!" Mr. Blair assaulted Officer Peralta with his lacrosse stick/pole. Officer Toussaint immediately responded to assist Officer Peralta. Officer Toussaint delivered eight (8) CDU riot baton strikes to Mr. Blair. Mr. Blair was then taken to the ground and into custody.

Officer Kevin Peralta captured one (1) BWC video related to this incident:

*Officer Peralta's BWC video began at 1746 hours and was 13 minutes and 58 seconds in length.*

**01:02** Officer Toussaint, along with the CDU 63 line, began pushing the crowd of protesters back from the United States Capitol. Officer Toussaint utilized

---

[4] The noted times indicate the counter time and not actual time.

mechanical force with his CDU riot baton to push protesters back that were not complying with loud verbal commands of "Move back! Move back! Move back!"

**02:51** Mr. Blair was observed walking up and down the line of protesters and yelling, "Hell no, quit backing up! Quit backing up! Stop being scared! Quit backing up!" Mr. Blair was wearing a helmet and carrying a lacrosse stick/pole with a confederate flag affixed to it.

**03:02** Mr. Blair crossed again in front of Officer Peralta, and can be heard stating, "I'm telling ya, quit backing up! We're Americans!" The CDU 63 line proceeded with advancing forward to push the crowd of protesters away from the United States Capitol Building.

**03:05** The CDU 63 police line began advancing forward.

**03:08** Officer Peralta utilized mechanical force to push Mr. Blair back, and he responded by facing Officer Peralta and stating, "What's up, mother fucker? What's up? What's up, bitch? What's up? What's up?"

**03:13** Mr. Blair assaulted Officer Peralta by striking him with a lacrosse stick/pole.

**03:16** Officer Toussaint began delivering strikes to Mr. Blair with his CDU riot baton.

**03:19** Officer Peralta delivered strikes to Mr. Blair with his CDU riot baton. Mr. Blair responded, "Get the fuck off" before audibly voicing pain.

**03:24** Mr. Blair was taken to the ground and Officer Peralta stayed on the CDU 63 line.

Officer Aaron Smith captured one (1) BWC video related to this incident:

*Officer Smith's BWC video began at 1731 hours and was 23 minutes & 27 seconds in length.*

**16:43** Officer Smith had formed a police line formation along with CDU63 in the area of 1 First Street, Northeast, near the lower west terrace door of the United States Capitol Building, with the intent of dispersing a large crowd of protestors, who had occupied the grounds. Loud verbal commands of "move back" were given to the protestors by Officer Smith, while he simultaneously utilized his CDU riot baton in a port arms push position to control the crowd.

**17:46** Mr. Blair could be seen carrying a red and blue confederate flag. He began to aggressively scream at the crowd or protestors, while pacing back and forth "Quit backing up, quit backing up, stop being scared, "Quit backing up we're Americans, let's go."

had occupied the grounds. Loud verbal commands of "move back" were given to the protestors by Officer Smith, while he simultaneously utilized his CDU riot baton in a port arms push position to control the crowd.

**17:46** Mr. Blair could be seen carrying a red and blue confederate flag. He began to aggressively scream at the crowd or protestors, while pacing back and forth "Quit backing up, quit backing up, stop being scared, "Quit backing up we're Americans, let's go."

**18:02** Officer Thomas-Bartley along with CDU 63 police line began to push the crowd forward, while giving loud verbal commands to "move back" and utilizing their CDU riot batons as mechanical force.

**18:05** An apparent head strike to Mr. Blair from Officer Peralta was observed.

**18:11** Mr. Blair refused to listen to the officers commands to move back, and continued to remain in place as the CDU line approached him.

**18:12** Mr. Blair became assaultive towards the officers and began to use his flag as a weapon to swing and push the officers.

**18:17** Officer Smith delivered two (2) strikes with his CDU riot baton to the back of Mr. Blair's legs as he was engaged with Officers Toussaint and Peralta.

**18:20** A tactical takedown of Mr. Blair was conducted by Officer Hiligh and Officer Thomas-Bartley.

**18:23** Immediately following the takedown, Officer Smith administered two strikes with the tip of his baton to Mr. Blair's legs in order to stop his assaultive behavior towards the officers.

**18:30** Mr. Blair was placed in handcuffs and arrested without further incident.

**18:54** Mr. Blair stated "Bleeding out of my head pretty good, boys." Blood was visible on his head and facial area. Mr. Blair added, "Cracked me in the head about four times pretty damn well."

Officer Keenan Thomas-Bartley captured 1 BWC (1) video related to this incident:

*Officer Thomas-Bartley's BWC video was 14 minutes & 53 seconds in length.*

**06:40** Officer Thomas-Bartley had formed a police line formation along with CDU 63 in the area of 1 First Street, Northeast, near the lower west terrace door of the United States Capitol Building, with the intent of dispersing a large crowd of

**07:57** Officer Thomas-Bartley along with CDU 63 police line began to push the crowd forward, while giving loud verbal commands to "move back" and utilizing their batons in a port arms push position.

**07:57** Mr. Blair resisted the officers commands to move back and became assaultive towards Officer Thomas-Bartley and Officer Bijon Hiligh. Mr. Blair began to use his flag as a weapon to swing and push the officers, while screaming at them "what's up bitch, what's up bitch."

**08:07** A tactical takedown was then conducted by Officer Thomas-Bartley and Officer Hiligh of Mr. Blair in order to stop Mr. Blair's assaultive behavior towards the officers.

**08:11** After Mr. Blair was taken to the ground, Officer Thomas-Bartley conducted two (2) strikes with the tip of his baton to Mr. Blair's midsection of his body.

**08:35** Mr. Blair was placed in handcuffs and arrested without further incident.

### *Closed Circuit Television (CCTV)*

The open grassy area where the use of force incident occurred was a significant distance from the United States Capitol building and any other structures (light poles, traffic cameras) that any potential CCTV camera in the area would not have captured the use of force incident. However, Agent Tilley will canvass the area and obtain any potential CCTV footage and ensure the video is preserved for this investigation.

### *Social Media Video*

A social media canvass of the social media platform Twitter revealed a posted video that captured the use of force incident. The video was shared on the Twitter "Night Shift" page by the Twitter handle @SpearsH7750, but was originally posted by the Twitter handle @4TheCulture on January 6, 2021. The video was 00:51 seconds in length and the following is a brief synopsis of that video: **(Attachment 10)**

**00:02** Mr. Blair appeared facing the crowd of protesters imploring them to fight back and resist the police line's efforts. He was holding a pole with a confederate flag affixed to it.

**00:06** Officer Peralta utilized mechanical force with his CDU riot baton to push Mr. Blair away from the advancing police line. Mr. Blair immediately turned and faced the police line.

**00:08** Mr. Blair assaulted three (3) MPD members on the CDU line, including Officer Peralta, by extending the pole that he was wielding and slamming it across the officer's chest area.

**00:10** Mr. Blair began backing away from the line as Officer Toussaint approached him with his CDU riot baton raised in the air. Another officer was attempting to remove the pole from Mr. Blair's possession.

**00:11** Officer Toussaint delivered a strike to Mr. Blair's left shoulder area with the tip of his CDU riot baton. He continued to deliver strikes with his CDU riot baton to Mr. Blair's torso and legs.

**00:15** Officer Peralta reengaged with Mr. Blair and delivered three (3) strikes to his head with his CDU riot baton. Mr. Blair began lowering his head, and two (2) additional strikes from his CDU riot baton were delivered by Officer Peralta.

**00:18** Officer Aaron Smith moved behind Mr. Blair and delivered two (2) strikes with his CDU riot baton to Mr. Blair's legs.

**00:21** A tactical takedown got Mr. Blair to the ground as the CDU 63 line formed around the members handcuffing Mr. Blair. OC spray was deployed by the CDU 63 line to disperse the protesters rapidly approaching Mr. Blair's position as he was handcuffed by Officer Austin Smith.

**9-1-1 Calls for Police Service:**

None

## RECOMMENDATION

It is recommended that this report and the related attachments be forwarded to the United States Attorney's Office (USAO) for prosecutorial review related to the use of force against Mr. David Blair on January 6, 2020.

Christopher M. Tilley
Sergeant/Agent
Internal Affairs Division

13

## **ATTACHMENTS**

1. Civil Disturbance Unit 63 Roll Call
2. Cobalt Report CCN 21-002719
3. Joint Operations Command Center Closeout Report
4. Incident Summary #21-000063
5. United States Attorney's Office Notification
6. PD Form 42 Officer Claudy Toussaint
7. PD Form 854 Statement of Mr. David Blair
8. Photographs of Mr. Blair
9. PD Form 854 BWC Synopsis
10. Twitter Social Media Video

**ATTACHMENT #1**

| Sixth District CDU | | 1. Incident Name Mandatory CDU First Amendment | | 2. Date Prepared 1/6/2021 | 3. Time Prepared 1230 hours |
|---|---|---|---|---|---|
| 4. Unit Name/Designators **CDU 63** | | 5. Unit Leader (Name and Position) Lieutenant Justin Roth | | 6. Operational Period 1/6/2021 1300-until | |

| 7. Personnel Roster Assigned | | | | | |
|---|---|---|---|---|---|
| **Name (Doe, John)** | **Rank** | **Badge** | **CAD** | **Post** | **Assigment (Squad)** |
| **Nicolau, Narcisa** | **Sgt.** | **S0967** | **9992** | **Supervision/Relief** | **CDU 63-1 (6310)** |
| Williams, Andre | Ofc. | 2149 | 12032 | | CDU 6311 |
| Roach, Jacky | Ofc. | 5771 | 11727 | | CDU 6312 |
| Gonzalez, Juan | Ofc. | 5641 | 11552 | | CDU 6313 |
| Manzan, Louis | Ofc. | 5697 | 11632 | | CDU 6314 |
| Weber, Kyle | Ofc. | 5339 | 11184 | | CDU 6315 |
| Powell, Diovanni | Ofc. | 5213 | 12017 | | CDU 6316 |
| D'Avignon, Marc | Ofc | 3060 | 8277 | | |
| Sterling, Jason | Ofc. | 5837 | 11839 | | CDU 6317 |
| **Danho, Elias** | **Sgt.** | **S0666** | **8278** | **Supervision/Relief** | **CDU 63-2 (6320)** |
| Hawkins, Kendall | Ofc. | 3190 | 10582 | | CDU 6321 |
| Beel, Michael | Ofc. | 5560 | 11971 | | CDU 6322 |
| Cano, Matthew | Ofc. | 5830 | 11826 | | CDU 6323 |
| Murphy, Robert | Ofc. | 5324 | 11179 | | CDU 6324 |
| French, Ian | Ofc. | 5221 | 11121 | | CDU 6325 |
| Toussaint, Claudy | Ofc. | 5858 | 11862 | | CDU 6326 |
| Morris, Lila | Ofc. | 5869 | 11876 | | CDU 6327 |
| **Ferrera, Fabian** | **Sgt.** | **S0748** | **6946** | **Supervision/Relief** | **CDU 63-3 (6330)** |
| Eley, David | Ofc. | 3615 | 9978 | | CDU 6331 |
| Peralta, Kevin | Ofc. | 5768 | 11724 | | CDU 6332 |
| Smith, Aaron | Ofc. | 4079 | 9549 | | CDU 6333 |
| Krumnow, Angelica | Ofc. | 5847 | 11855 | | CDU6334 |
| Laielli, Max | Ofc. | 5848 | 11838 | | CDU 6335 |
| Craig, Terrance | Ofc. | 2823 | 9431 | | CDU 6336 |
| Cephus, Erica | Ofc. | 4425 | 10773 | | CDU 6337 |
| **Huff, Isaac** | **Sgt.** | **S0672** | **9694** | **Supervision/Relief** | **CDU 63-4 (6340)** |
| Smith, Austin | Ofc. | 5895 | 11987 | | CDU 6341 |
| Livezy, Chad | Ofc. | 5165 | 11094 | | CDU 6342 |
| Militar, Josemaria | Ofc. | 5451 | 12127 | | CDU 6343 |
| Thompson, Kyia | Ofc. | 4768 | 10204 | | CDU 6344 |
| Thomas-Bartely, Kenan | Ofc. | 5630 | 11515 | | CDU 6345 |
| Valentin-Aponte, Karen | Ofc. | 5050 | 10944 | | CDU 6346 |
| Hiligh, Bijon | Ofc. | 5842 | 11416 | | CDU 6347 |

9. Prepared by Lieutenant Roth, Justin

10. TOD Information:

Take homes: Sgt. Nicolau, Ofc. Hawkins, Ofc. Craig, Ofc. Powell

**ATTACHMENT #2**

CCN #21002719  –  Arrest Packets – 522100422                                        Metropolitan Police Department

## Arrest #522100422 – D-1 David Alan Blair

## CAUTIONS:

| ARRESTING OFFICER | ARREST DATE/TIME | ARRESTING ORGANIZATION | |
|---|---|---|---|
| Alexandria Sims (#07271) | Jan 06, 2021 17:50 | US Capitol Police | |
| ASSISTING OFFICERS (ASSIST TYPE) | | | |

| ADVISED OF RIGHTS (OFFICER, DATE/TIME, PLACE) | PHONE CALL MADE / NUMBER CALLED | SPECIAL OPERATIONS |
|---|---|---|
| Alexandria Sims (#07271), Jan 07, 2021 03:08, 119 D. Street N.E. | ☑ YES ☐ NO  (240) 422-0979 | |

## DEFENDANT

| NAME (LAST, FIRST MIDDLE) | | | TRUE NAME | |
|---|---|---|---|---|
| Blair, David Alan | | | DAVID ALAN BLAIR | |
| NICKNAMES | | DATE OF BIRTH / AGE RANGE | PDID # | SSN # |
| | | Aug 04, 1994 | DC750504 | 220415403 |
| SEX | RACE / ETHNICITY | PHONE | EMAIL | |
| Male | White Not Hispanic Or Latino | (202) 607-7210 (Mobile Phone) | | |

HOME ADDRESS (INCLUDE ROOM/APT #)
2195 SUGARLOAF PARKVIEW LANE, CLARKSBURG, MD 20871

| DEFENDANT ARMED W/ | | | MILITARY SERVICE (BRANCH, START-END) | | |
|---|---|---|---|---|---|
| | | | | | |
| DEFENDANT IS A JUVENILE / YOUTH DIVISION # | NEEDS INTERPRETER / LANGUAGES SPOKEN | | HEIGHT | WEIGHT | EYES |
| ☐ YES ☑ NO | ☐ YES ☑ NO | | 6 ft 1 in | 165 lbs | Blue |
| CODEFENDANTS | | | HAIR | | SKIN TONE |
| | | | Blond, Unknown, Unknown | | Fair |
| DEFENDANT'S REMARKS | | | CLOTHING (HAT, JACKET, PANTS, COAT/SUIT, SHIRT/BLOUSE, SKIRT/DRESS) | | |
| | | | Hat/headwear: N/A, Jacket/coat/sweater: Black, Pants/dress/skirt: Grey | | |

WALES / NCIC CHECK #

## ARREST LOCATION

ADDRESS (INCLUDE ROOM/APT #)
UNITED STATES SUPREME COURT, 1 1ST STREET NE, WASHINGTON, DC 20543  **Type:** Government/ Public Building  **Public/Private:** Public  **PSA:** 102
**District:** First District  **Description:** Lower West Terrace Door

| POSITION (BEHIND, FRONT, INSIDE, SIDE, ETC.) | DESCRIPTION OF ARREST LOCATION |
|---|---|
| | Lower West Terrace Door |

## CHARGES

| COURT DATE / TIME & ROOM NUMBER | ARREST TYPE | NOI# | | TITLE 16 |
|---|---|---|---|---|
| Jan 07, 2021 07:08 / C-10 | Custodial | | | ☐ YES ☐ NO |
| LOCKUP # | LOCKUP LOCATION | | LOCKUP DATE | |
| 61 | US CAPITAL POLICE | | Jan 07, 2021 | |
| CHARGE-1 | | | | CCN # |
| Assault On A Police Officer (simple Assault) (22DC405B) | | | | 21002719 |
| DISPOSITION | DISPOSITION DATE | RECEIPT # | AMOUNT PAID ($) | |
| ☐ CITATION ☐ BOND ☐ COLLATERAL ☐ LOCKUP ☐ POST & FORFEIT | Jan 07, 2021 07:08 | | | |
| | JUVENILE DISPOSITION | JUVENILE DISPOSITION DATE | | |

## STATEMENT OF FACTS

CCN #21002719  –  Arrest Packets - 522100422                                   Metropolitan Police Department

On Wednesday, January 6, 2021, at approximately 1750HRS MPD Sergeant FERRERA, F. (S. 748), MPD Ofc. HILIGH, B. (5842), MPD Ofc. BARTLEY, K. (5630 ), MPD Ofc. TOUSSAINT (5858), and MPD Ofc. SMITH, A (4079) were deployed to 1 1st Street NE, to the Lower West Terrace door in response to Civil Disobedience. While in the process of holding a police line at the threshold of the Lower West Terrace Door of the United States Capitol Building, MPD Ofc. TOUSSAINT (5858), MPD Ofc. SMITH, A (4079) were pushing back the line of protestors when suspect (BLAIR, David) was seen with a "lacrosse type stick hitting officers" (MPD Sergeant FERRERA, F. (S. 748)). According to MPD Sergeant FERRERA, F. (S. 748), Suspect (BLAIR, David) admitted to "having a pole-type object in his hand while on the line". When faced with the suspect (BLAIR, David), MPD Ofc. TOUSSAINT (5858), MPD Ofc. SMITH, A (4079) began striking with batons. MPD Ofc. TOUSSAINT (5858), MPD Ofc. SMITH, A (4079) say suspect (BLAIR, David) was never hit in the head. Once to the ground, MPD Ofc. HILIGH, B. (5842), MPD Ofc. BARTLEY, K. (5630) took the suspect (BLAIR, David) to the ground to conduct a proper handcuff and arrest procedure. During the event, Suspect (BLAIR, David) sustained injury to the head and was requested medical attention. Capitol Police Ofc. SIMS, A. (7271) and CP Officer PANTOS, S. (7269) were called to take the arrest. Ofc. SIMS, A. (7271) is the arresting officer. While waiting medical arrival, Suspect (BLAIR, David) was then asked by MPD Sergeant FERRERA, F. (S. 748) to recount the events. Suspect (BLAIR, David) noted, "[I was] Being an idiot, pumped up and didn't move back. Accept everything. I'm sorry, I got hit four times, I had a knife in my bag because I was scared of ANTIFA jumping me on the way back." Suspect (BLAIR, David) was transported to GW Hospital by Prince George's County Ambulance 829. Suspect (BLAIR, David ) received medical attention and was released the morning of Thursday, January 7, 2021 at approximately 0100HOURS.

## PROPERTY & ITEMS

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Alexandria Sims (#07271)   01/07/2021 (e-signature) | JOSEPH PITTS (#05694)   01/07/2021 (e-signature) |
| PRINT NAME | PRINT NAME |
| Alexandria Sims (#07271) | JOSEPH PITTS (#05694) |

CCN #21002719  –  Arrest Packets - 522100422                                        Metropolitan Police Department

## CCN #21002719 – OFFENSE REPORT ARREST TYPE

| REPORT DATE / TIME | DISTRICT / PSA | EVENT START DATE / TIME - EVENT END DATE / TIME | INCIDENT STATISTICS |
|---|---|---|---|
| Jan 07, 2021 02:34 | First District / 102 | Jan 06, 2021 17:45 - Jan 06, 2021 17:50 | |

| RESPONDING OFFICER | WEATHER |
|---|---|
| Alexandria Sims (#07271) – US Capitol Police | |

| ASSISTING OFFICER (ASSIST TYPE) |
|---|
| Stephanie Pantos (#07267) (Assisting Officer) |

| TELETYPE DATE / TIME | TELETYPE # | PERSON NOTIFIED AT TELETYPE | | SHOTS FIRED | SHOTS EFFECT |
|---|---|---|---|---|---|
| | | | | ☐ YES ■ NO | ☐ YES ■ NO |

| WAS A STOP INVOLVED? | STOP START DATE/TIME - STOP END DATE/TIME | REASON FOR THE STOP |
|---|---|---|
| ■ YES ☐ NO | Jan 06, 2021 17:45 - Jan 06, 2021 17:50 | Individual's actions |

## REPORTING PERSON

| NAME (LAST, FIRST MIDDLE) | | DOB / ESTIMATED AGE RANGE | |
|---|---|---|---|
| R-1 Blair, David Alan | | Aug 04, 1994 | |

| SEX | RACE / ETHNICITY | PHONE | EMAIL |
|---|---|---|---|
| Male | White / Not Hispanic Or Latino | (202) 607-7210 (Mobile Phone) | |

| HOME ADDRESS |
|---|
| 2195 SUGARLOAF PARKVIEW LANE, CLARKSBURG, MD 20871 |

## OFFENSE #1 – 21002719

| OFFENSE | OFFENSE COMPLETION |
|---|---|
| Assault On A Police Officer (simple Assault) (22DC405B) | ■ COMPLETED  ☐ ATTEMPTED |

| OFFENSE CASE STATUS |
|---|
| Cleared By Arrest (Jan 07, 2021) |

| OFFENSE LOCATION |
|---|
| UNITED STATES SUPREME COURT, 1 1ST STREET NE, WASHINGTON, DC 20543  **Type:** Government/ Public Building  **Public/Private:** Public  **PSA:** 102  **District:** First District  **Description:** Lower West Terrace Door |

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| Government/ Public Building | Behind |

| LOCATION DESCRIPTION |
|---|
| Lower West Terrace Door |

| AGGRAVATED ASSAULT FACTORS/HOMICIDE FACTORS | OFFENSE PROPERTIES |
|---|---|
| | |
| HATE BIAS/MOTIVIATION | Victim is Officer ( Toussaint, Officer ) |
| | Victim is Officer ( Smith, Officer ) |
| WEAPON/FORCE INVOLVED | GANG INFORMATION |
| Hit During Act | None/unknown, |
| CRIMINAL ACTIVITIES | MODUS OPERANDI |

| FORCED ENTRY | # OF PREMISES | SECURITY SYSTEM | CARGO THEFT |
|---|---|---|---|
| ☐ YES ☐ NO | | | ☐ YES ■ NO |

| NEGLIGENT MANSLAUGHTER CIRCUMSTANCE | BUILDING INHABITED (ARSON) |
|---|---|
| | |

## SUSPECTS

| SUSPECT NAME-1 (LAST, FIRST MIDDLE) | | | DOB / ESTIMATED AGE RANGE | SEARCH WAS PERFORMED | STATEMENT TAKEN |
|---|---|---|---|---|---|
| S-1 Blair, David Alan | | | Aug 04, 1994 | ☐ YES ■ NO | ☐ YES ■ NO |

| WAS THIS PERSON STOPPED | HOURS STOPPED | MINUTES STOPPED | PERSON SEARCHED AS A RESULT OF THE STOP (PRIOR TO ARREST) | PERSON'S PROPERTY SEARCHED AS A RESULT OF THE STOP ( PRIOR TO ARREST) |
|---|---|---|---|---|
| ■ YES ☐ NO | 0 | 5 | ☐ YES ☐ NO | ■ YES ☐ NO |

| SEX | RACE / ETHNICITY | HEIGHT | WEIGHT | EYES |
|---|---|---|---|---|
| Male | White / Not Hispanic Or Latino | 6 ft 1 in | 165 lbs | Blue |

| CLOTHING (HAT, JACKET, PANTS, COAT/SUIT, SHIRT/BLOUSE, SKIRT/DRESS) | HAIR | SKIN TONE |
|---|---|---|
| Hat/headwear: N/A, Jacket/coat/sweater: Black, Pants/dress/skirt: Grey | Blond, Unknown, Unknown | Fair |

CCN #21002719  –  Arrest Packets - 522100422                                        Metropolitan Police Department

|  | SUSPECTED OF |  |
| --- | --- | --- |
|  | ☐ CONSUMING ALCOHOL   ☐ USING DRUGS | |
| DESCRIPTION/IDENTIFYING MARKS | TICKET # / FINE AMOUNT | VENDOR # |

## VICTIMS

| VICTIM NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE | SEARCH WAS PERFORMED | STATEMENT TAKEN | |
| --- | --- | --- | --- | --- |
| V-1 Toussaint, Officer | | ☐ YES ■ NO | ☐ YES ■ NO | |
| SEX | RACE / ETHNICITY | PHONE | EMAIL | DATE DECLARED |
| Male | Black / Not Hispanic Or Latino | | | |
| HOME ADDRESS | | | | |
| SIXTH DISTRICT POLICE STATION, 5002 HAYES STREET NE, WASHINGTON, DC 20019  **Type:** Government/ Public Building  **Public/Private:** Public  **PSA:** 608  **District:** Sixth District | | | | |

| VICTIM NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE | SEARCH WAS PERFORMED | STATEMENT TAKEN | |
| --- | --- | --- | --- | --- |
| V-2 Hiligh, Bijon | | ☐ YES ■ NO | ☐ YES ■ NO | |
| SEX | RACE / ETHNICITY | PHONE | EMAIL | DATE DECLARED |
| Male | Black / Not Hispanic Or Latino | | | |
| HOME ADDRESS | | | | |

| VICTIM NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE | SEARCH WAS PERFORMED | STATEMENT TAKEN | |
| --- | --- | --- | --- | --- |
| V-3 Bartley, OFC K | | ☐ YES ■ NO | ☐ YES ■ NO | |
| SEX | RACE / ETHNICITY | PHONE | EMAIL | DATE DECLARED |
| Male | Unknown / Unknown | | | |
| HOME ADDRESS | | | | |

| VICTIM NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE | SEARCH WAS PERFORMED | STATEMENT TAKEN | |
| --- | --- | --- | --- | --- |
| V-4 Smith, Officer | | ☐ YES ■ NO | ☐ YES ■ NO | |
| SEX | RACE / ETHNICITY | PHONE | EMAIL | DATE DECLARED |
| Male | Black / Not Hispanic Or Latino | (202) 698-0880 (Home Phone) | | |
| HOME ADDRESS | | | | |

## WITNESSES

## PROPERTY & ITEMS

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
| --- | --- |
| Alexandria Sims (#07271)    01/07/2021 (e-signature) | JOSEPH PITTS (#05694)    01/07/2021 (e-signature) |
| PRINT NAME | PRINT NAME |
| Alexandria Sims (#07271) | JOSEPH PITTS (#05694) |

CCN #21002719  –  Arrest Packets - 522100422                                    Metropolitan Police Department

## Law Enforcement Officers Killed & Assaulted (LEOKA) Addendum

| CCN # | |
|---|---|
| 21002719 | |

| VICTIM NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH / AGE RANGE | OTHER JURISDICTION ORI # |
|---|---|---|
| V-1 Toussaint, Officer | 2 - 102 yrs old | |

| LEOKA ACTIVITY | LEOKA ASSIGNMENT |
|---|---|
| Civil Disorder (riot, Mass Disobedience) | Other (assisted) - Law Enforcement Officers Serving In Other Capacities ( foot Patrol, Off Duty, Etc.) |

| VICTIM NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH / AGE RANGE | OTHER JURISDICTION ORI # |
|---|---|---|
| V-4 Smith, Officer | 1 - 101 yrs old | |

| LEOKA ACTIVITY | LEOKA ASSIGNMENT |
|---|---|
| Civil Disorder (riot, Mass Disobedience) | One-officer Vehicle (assisted) - Uniformed Law Enforcement Officers |

CCN #21002719  –  Arrest Packets - 522100422                                    Metropolitan Police Department

## Offense #1 Searches – S-1 David Alan Blair

| CCN # | NAME (LAST, FIRST MIDDLE) | DATE OF BIRTH |
|---|---|---|
| 21002719 | Blair, David Alan | Aug 04, 1994 |

LOCATION OF STOP

UNITED STATES SUPREME COURT, 1 1ST STREET NE, WASHINGTON, DC 20543  **Type:** Government/ Public Building  **Public/Private:** Public  **PSA:** 102
**District:** First District

## PERSON SEARCHES

TYPE OF SEARCH
Probable Cause

REASON FOR THIS SEARCH
Individual's actions,

PROPERTY SEIZED
None,

## PERSON'S PROPERTY SEARCHES

TYPE OF SEARCH
Probable Cause

REASON FOR THIS SEARCH
Individual's actions,

OBJECT SEARCHED
Bag,

PROPERTY SEIZED
None,

CCN #21002719 – Arrest Packets - 522100422                                      Metropolitan Police Department

## CCN #21002719 – PUBLIC NARRATIVE

On 01/06/2021, at approximately 1750HRS, S1 was arrested for APO doing a civil disobediancy event at 1 1st Street N.E. S1 hit Ofc 1. with a stick like object crossing a police line. RO was assigned the arrest.

## CCN #21002719 – INTERNAL NARRATIVE

On Wednesday, January 6, 2021, at approximately 1750HRS MPD Sergeant FERRERA, F. (S. 748), MPD Ofc. HILIGH, B. (5842), MPD Ofc. BARTLEY, K. (5630 ), MPD Ofc. TOUSSAINT (5858), and MPD Ofc. SMITH, A (4079) were deployed to 1 1st Street NE, to the Lower West Terrace door in response to Civil Disobediance. While in the process of holding a police line at the threshold of the Lower West Terrace Door of the United States Capitol Building, MPD Ofc. TOUSSAINT (5858), MPD Ofc. SMITH, A (4079) were pushing back the line of protestors when suspect (BLAIR, David) was seen with a "lacrosse type stick hitting officers" (MPD Sergeant FERRERA, F. (S. 748)). According to MPD Sergeant FERRERA, F. (S. 748), Suspect (BLAIR, David) admitted to "having a pole-type object in his hand while on the line". When faced with the suspect (BLAIR, David), MPD Ofc. TOUSSAINT (5858), MPD Ofc. SMITH, A (4079) began striking with batons. MPD Ofc. TOUSSAINT (5858), MPD Ofc. SMITH, A (4079) say suspect (BLAIR, David) was never hit in the head. Once to the ground, MPD Ofc. HILIGH, B. (5842), MPD Ofc. BARTLEY, K. (5630) took the suspect (BLAIR, David) to the ground to conduct a proper handcuff and arrest procedure. During the event, Suspect (BLAIR, David) sustained injury to the head and was requested medical attention. Capitol Police Ofc. SIMS, A. (7271) and CP Officer PANTOS, S. (7269) were called to take the arrest. Ofc. SIMS, A. (7271) is the arresting officer. While waiting medical arrival, Suspect (BLAIR, David) was then asked by MPD Sergeant FERRERA, F. (S. 748) to recount the events. Suspect (BLAIR, David) noted, "[I was] Being an idiot, pumped up and didn't move back. Accept everything. I'm sorry, I got hit four times, I had a knife in my bag because I was scared of ANTIFA jumping me on the way back." Suspect (BLAIR, David) was transported to GW Hospital by Prince George's County Ambulance 829. Suspect (BLAIR, David ) received medical attention and was released the morning of Thursday, January 7, 2021 at approximately 0100HOURS.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Alexandria Sims (#07271)   01/07/2021 (e-signature) | JOSEPH PITTS (#05694)   01/07/2021 (e-signature) |
| PRINT NAME | PRINT NAME |
| Alexandria Sims (#07271) | JOSEPH PITTS (#05694) |

## APPROVAL HISTORY

Report Submitted by PAUL MUSTERER (#05107)
Jan 07, 2021 04:14

Report Completed by PATRICK CERESA JR (#05444)
Jan 07, 2021 04:18

Report Staff Review Rejected by JAMIE TEEL (#05754)
Jan 07, 2021 08:27

Report Returned to Draft by MICHAEL LUKASZEWICZ (#05724)
Jan 07, 2021 08:30

statement of facts
Report Submitted by MICHAEL LUKASZEWICZ (#05724)
Jan 07, 2021 09:33

Report Completed by JOSEPH PITTS (#05694)
Jan 07, 2021 09:01

CCN #21002719  —  Arrest Packets - 522100422                          Metropolitan Police Department

## CCN #21002719 Report Attachments

| FILE NAME | UPLOAD DATE/TIME | UPLOADED BY |
| --- | --- | --- |
| BLAIR_NOTES.docx | Jan 07, 2021 03:57 | PAUL MUSTERER (#05107) |

## Office of Unified Communications Derived CAD Data

| CCN # | EVENT DATE |
|---|---|
| 21002719 | 01/06/2021 19:27 |

| EVENT TYPE |
|---|
| MISCELLANEOUS |

| AGENCY NAME | RESPONDING OFFICER |
|---|---|
| US Capitol Police | US CAPITOL POLICE POLICE |

| EVENT LOCATION |
|---|
| 1 1ST ST NW | WASHINGTON, DC |

## Officer Officer Toussaint



**Officer Toussaint**

TRUE NAME

DATE OF BIRTH / AGE RANGE      PDID # / FBI #            CAUTIONS
2 - 102 yrs old

### PROFILE INFO

| BIRTH INFO | | EMAIL | |
|---|---|---|---|
| SEX | Male | PHONES | |
| RACE / ETHNICITY | Black / Not Hispanic Or Latino | ADDRESS (HOME) | SIXTH DISTRICT POLICE STATION, 5002 HAYES STREET NE, WASHINGTON, DC 20019 |
| MAIDEN NAME | | | PSA: 608 |
| NEEDS INTERPRETER | | | District: Sixth District |
| LANGUAGES SPOKEN | | | Public |
| MARITAL STATUS | | | Government/ Public Building |
| SSN # | | ADDRESS (WORK) | |
| DRIVER'S LICENSE | | EMERGENCY CONTACT | |
| HEIGHT | | RESIDENT OF JURIS | |
| WEIGHT | | MILITARY SERVICES | |
| SKIN TONE | | EMPLOYMENT | |
| EYES | | CLOTHING | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

CCN #21002719  –  Arrest Packets - 522100422                                    Metropolitan Police Department

## Officer Bijon Hiligh



**Bijon Hiligh**

TRUE NAME

DATE OF BIRTH / AGE RANGE          PDID # / FBI #                    CAUTIONS
2 - 101 yrs old

## PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH INFO | | EMAIL | |
| SEX | Male | PHONES | |
| RACE / ETHNICITY | Black / Not Hispanic Or Latino | ADDRESS (HOME) | |
| MAIDEN NAME | | ADDRESS (WORK) | SIXTH DISTRICT POLICE STATION, 5002 HAYES STREET NE, WASHINGTON, DC 20019 |
| NEEDS INTERPRETER | | | PSA: 608 |
| LANGUAGES SPOKEN | | | District: Sixth District |
| MARITAL STATUS | | | Public |
| SSN # | | | Government/ Public Building |
| DRIVER'S LICENSE | 11416 | EMERGENCY CONTACT | |
| HEIGHT | | RESIDENT OF JURIS | |
| WEIGHT | | MILITARY SERVICES | |
| SKIN TONE | | EMPLOYMENT | |
| EYES | | CLOTHING | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

CCN #21002719  –  Arrest Packets - 522100422                         Metropolitan Police Department

## OFC K Bartley



**OFC K Bartley**

TRUE NAME

DATE OF BIRTH / AGE RANGE        PDID # / FBI #              CAUTIONS
**11 - 101 yrs old**

## PROFILE INFO

| BIRTH INFO | | EMAIL | |
|---|---|---|---|
| SEX | Male | PHONES | |
| RACE / ETHNICITY | Unknown / Unknown | ADDRESS (HOME) | |
| MAIDEN NAME | | ADDRESS (WORK) | SIXTH DISTRICT POLICE STATION, 5002 HAYES STREET NE, WASHINGTON, DC 20019 |
| NEEDS INTERPRETER | | | PSA: 608 |
| LANGUAGES SPOKEN | | | District: Sixth District |
| MARITAL STATUS | | | Public |
| SSN # | | | Government/ Public Building |
| DRIVER'S LICENSE | | EMERGENCY CONTACT | |
| HEIGHT | | RESIDENT OF JURIS | |
| WEIGHT | | MILITARY SERVICES | |
| SKIN TONE | | EMPLOYMENT | |
| EYES | | CLOTHING | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

CCN #21002719  –  Arrest Packets – 522100422

Metropolitan Police Department

## Officer Smith



**Officer Smith**

TRUE NAME

DATE OF BIRTH / AGE RANGE    PDID # / FBI #              CAUTIONS
1 - 101 yrs old

## PROFILE INFO

| BIRTH INFO | | EMAIL | |
|---|---|---|---|
| SEX | Male | PHONES | (202) 698-0880 (Home Phone) |
| RACE / ETHNICITY | Black / Not Hispanic Or Latino | ADDRESS (HOME) | |
| MAIDEN NAME | | ADDRESS (WORK) | SIXTH DISTRICT POLICE STATION, 5002 HAYES STREET NE, WASHINGTON, DC 20019 |
| NEEDS INTERPRETER | | | PSA: 608 |
| LANGUAGES SPOKEN | | | District: Sixth District |
| MARITAL STATUS | | | Public |
| SSN # | | | Government/ Public Building |
| DRIVER'S LICENSE | | EMERGENCY CONTACT | |
| HEIGHT | | RESIDENT OF JURIS | |
| WEIGHT | | MILITARY SERVICES | |
| SKIN TONE | | EMPLOYMENT | |
| EYES | | CLOTHING | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

Metropolitan Police Department

## David Alan Blair



**David Alan Blair**

TRUE NAME
**DAVID ALAN BLAIR**
DATE OF BIRTH / AGE RANGE          PDID # / FBI #                         CAUTIONS
**Aug 04, 1994**                   **DC750504**

## PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH INFO | Aug 04, 1994 | EMAIL | |
| SEX | Male | PHONES | (202) 607-7210 (Mobile Phone) |
| RACE / ETHNICITY | White / Not Hispanic Or Latino | ADDRESS (HOME) | 2195 SUGARLOAF PARKVIEW LANE, CLARKSBURG, MD 20871 |
| MAIDEN NAME | | ADDRESS (WORK) | |
| NEEDS INTERPRETER | | EMERGENCY CONTACT | Gayle Blair (Mother) |
| LANGUAGES SPOKEN | | | +12404220979 |
| MARITAL STATUS | | | 2195 Sugarloaf Parkview Lane, Clarksburg, MD |
| SSN # | 220415403 | RESIDENT OF JURIS | |
| DRIVER'S LICENSE | B460135040610 Maryland Any Regular Or Standard Driver's License Issued For The Operation Of Automobiles And Light Trucks By States That Separate These Vehicles From Class "c". Other Class Designation Codes Such As "d", "r" And Others May Be Used By States To Indicate A Regular D Current/ Valid | MILITARY SERVICES | |
| | | EMPLOYMENT | |
| | | CLOTHING | Hat/headwear: N/A, Jacket/coat/sweater: Black, Pants/dress/skirt: Grey |
| HEIGHT | 6 ft 1 in | | |
| WEIGHT | 165 lbs | | |
| SKIN TONE | Fair | | |
| EYES | Blue | | |
| HAIR | Blond, Unknown, Unknown | | |
| FACIAL HAIR | Beard, Slight | | |
| VISION | Normal | | |
| BUILD | Thin | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

CCN #21002719  –  Arrest Packets - 522100422                                    Metropolitan Police Department

## CCN #21002719 – Report History

AUTHORS

PAUL MUSTERER (#05107), PATRICK CERESA JR (#05444), MICHAEL LUKASZEWICZ (#05724)

 **JOSEPH PITTS (#05694)** changed **Offense: Assault On A Police Officer (simple Assault)**
Jan 07, 2021 09:01

CLOSURE STATUS CHANGE DATE       Jan 07, 2021 04:18    Jan 07, 2021 09:01

✓ APPROVED by **JOSEPH PITTS (#05694)**
Jan 07, 2021 09:01

(P) **MICHAEL LUKASZEWICZ (#05724)** submitted the report for approval
Jan 07, 2021 08:33

REASON FOR CHANGE      statement of facts

**MICHAEL LUKASZEWICZ (#05724)** changed the link between **David Alan Blair** and **m1.jpg**
Jan 07, 2021 08:31

IMPORTANCE OF ATTACHMENT
                        HIGH

**MICHAEL LUKASZEWICZ (#05724)** changed **Arrest # 522100422**
Jan 07, 2021 08:31

ARREST NARRATIVE
                On ~~01/06/~~ Wednesday, January 6, 2021, at approximately 1750HRS MPD Sergeant FERRERA ,
~~53~~ F. ~~was~~ (S. ~~arrested~~ 748), ~~for~~ MPD ~~APO~~ Ofc. HILIGH, ~~a~~ B. ~~civil~~ (5842), ~~disobedience~~ MPD ~~event~~ Ofc. ~~at~~
BARTLEY, K. (5630), MPD Ofc. TOUSSAINT (5858), and MPD Ofc. SMITH, A (4079) were deployed to 1 1st Street ~~N~~
NE, to the Lower West Terrace door in response to Civil Disobedience . ~~S~~ While in the process of holding a police
line at the threshold of the Lower West Terrace Door of the United States Capitol Building, MPD Ofc . ~~53~~
TOUSSAINT ~~his~~ (5858), MPD Ofc ~~3~~ . SMITH, A (4079) were pushing back the line of protestors when suspect (
BLAIR, David) was seen with a "lacrosse type stick ~~like~~ hitting ~~object~~ officers" ~~crossing~~ (MPD Sergeant FERRERA,
F. (S. 748)). According to MPD Sergeant FERRERA, F. (S. 748), Suspect (BLAIR, David) admitted to "having a ~~police~~
pole-type object in his hand while on the line ". When faced with the suspect (BLAIR, David), MPD Ofc . ~~RO~~
TOUSSAINT (5858), MPD Ofc. SMITH, A (4079) began striking with batons. MPD Ofc. TOUSSAINT (5858), MPD Ofc.
SMITH, A (4079) say suspect (BLAIR, David) was ~~assigned~~ never hit in the head. Once to the ground, MPD Ofc.
HILIGH, B. (5842), MPD Ofc. BARTLEY, K. (5630) took the suspect (BLAIR, David) to the ground to conduct a proper
handcuff and arrest procedure . During the event, Suspect (BLAIR, David) sustained injury to the head and was
requested medical attention. Capitol Police Ofc. SIMS, A. (7271) and CP Officer PANTOS, S. (7269) were called to
take the arrest. Ofc. SIMS, A. (7271) is the arresting officer. While waiting medical arrival, Suspect (BLAIR, David)
was then asked by MPD Sergeant FERRERA, F. (S. 748) to recount the events. Suspect (BLAIR, David) noted, "[I was]
Being an idiot, pumped up and didn't move back. Accept everything. I'm sorry, I got hit four times, I had a knife in
my bag because I was scared of ANTIFA jumping me on the way back." Suspect (BLAIR, David) was transported to
GW Hospital by Prince George's County Ambulance 829. Suspect (BLAIR, David) received medical attention and
was released the morning of Thursday, January 7, 2021 at approximately 0100HOURS.

(D) **MICHAEL LUKASZEWICZ (#05724)** returned report to draft mode
Jan 07, 2021 08:30

(!) **JAMIE TEEL (#05754)** rejected the report from staff review;
Jan 07, 2021 08:27

REASON FOR CHANGE      corrections needed

CCN #21002719 -- Arrest Packets - 522100422                                    Metropolitan Police Department

**LAYARD BANKS (#BAN010)** changed the link between **Offense: Assault On A Police Officer (simple Assault)** and **Arrest # 522100422**
Jan 07, 2021 07:09

DISPOSITION DATE          Jan 07, 2021 07:08

ARREST DISPOSITION        Lockup

**LAYARD BANKS (#BAN010)** changed **Arrest # 522100422**
Jan 07, 2021 07:09

LOCKUP LOCATION           US CAPITAL POLICE

LOCKUP NUMBER             61

DATE AND TIME OF CCB IN    Jan 07, 2021 07:09

**Interface User (#INTERFACE)** added **m1.jpg** to **David Alan Blair** as a(n) **Mugshot**
Jan 07, 2021 04:22

APPROVED by **PATRICK CERESA JR (#05444)**
Jan 07, 2021 04:18

**PATRICK CERESA JR (#05444)** changed **Offense: Assault On A Police Officer (simple Assault)**
Jan 07, 2021 04:18

OFFENSE STATUS            Cleared By Arrest

CLOSURE STATUS CHANGE DATE    Jan 07, 2021 04:18

**PATRICK CERESA JR (#05444)** changed **Arrest # 522100422**
Jan 07, 2021 04:13

ARREST NARRATIVE          On 01/06/2021, at approximately 1750HRS, S1 was arrested for AOP APO doing a civil

disobediance event at 1 1st Street N.E. S1 hit Ofc 1. with a stick like object crossing a police line. RO was assigned

the arrest.

**PAUL MUSTERER (#05107)** submitted the report for approval
Jan 07, 2021 04:14

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## UNITED STATES
## VS
## BLAIR, DAVID ALAN
CCN #: **21002719**
Arrest Number: **522100422**

The event occurred on **01/06/2021** at approximately **17:45** at **UNITED STATES SUPREME COURT, 1 1ST STREET NE, WASHINGTON, DC 20543**

On Wednesday, January 6, 2021, at approximately 1750HRS MPD Sergeant FERRERA, F. (S. 748), MPD Ofc. HILIGH, B. (5842), MPD Ofc. BARTLEY, K. (5630), MPD Ofc. TOUSSAINT (5858), and MPD Ofc. SMITH, A ( 4079) were deployed to 1 1st Street NE, to the Lower West Terrace door in response to Civil Disobedience. While in the process of holding a police line at the threshold of the Lower West Terrace Door of the United States Capitol Building, MPD Ofc. TOUSSAINT (5858), MPD Ofc. SMITH, A (4079) were pushing back the line of protestors when suspect (BLAIR, David) was seen with a "lacrosse type stick hitting officers" (MPD Sergeant FERRERA, F. (S. 748)). According to MPD Sergeant FERRERA, F. (S. 748), Suspect (BLAIR, David) admitted to "having a pole-type object in his hand while on the line". When faced with the suspect (BLAIR, David), MPD Ofc. TOUSSAINT (5858), MPD Ofc. SMITH, A (4079) began striking with batons. MPD Ofc. TOUSSAINT (5858), MPD Ofc. SMITH, A (4079) say suspect (BLAIR, David) was never hit in the head. Once to the ground, MPD Ofc. HILIGH, B. (5842), MPD Ofc. BARTLEY, K. (5630) took the suspect (BLAIR, David) to the ground to conduct a proper handcuff and arrest procedure. During the event, Suspect (BLAIR, David) sustained injury to the head and was requested medical attention. Capitol Police Ofc. SIMS, A. (7271) and CP Officer PANTOS, S. (7269) were called to take the arrest. Ofc. SIMS, A. (7271) is the arresting officer. While waiting medical arrival, Suspect (BLAIR, David) was then asked by MPD Sergeant FERRERA, F. (S. 748) to recount the events. Suspect (BLAIR, David) noted, "[I was] Being an idiot, pumped up and didn't move back. Accept everything. I'm sorry, I got hit four times, I had a knife in my bag because I was scared of ANTIFA jumping me on the way back." Suspect (BLAIR, David) was transported to GW Hospital by Prince George's County Ambulance 829. Suspect (BLAIR, David) received medical attention and was released the morning of Thursday, January 7, 2021 at approximately 0100HOURS.

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this **01/07/2021**

| | |
|---|---|
| **SIMS, ALEXANDRIA / 7271 / 07271 (01/07/2021) E-SIGNATURE** | **PITTS, JOSEPH / 05694 (01/07/2021) E-SIGNATURE** |
| Police Officer / Badge# / CAD# | Unit      Witness / Deputy Clerk |

| | |
|---|---|
| **SIMS, ALEXANDRIA / 7271 / 07271** | **PITTS, JOSEPH / 05694** |
| Printed Name of Member / Badge# / CAD# | Printed Name of Witness / Deputy Clerk |

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405

**ATTACHMENT #3**

Good morning Chief,

The JOCC was deactivated at 0600 hours.

There were <u>sixty-eight</u> **(68)** adult arrests (60 males and 8 females) reported, **forty-one (41)** occurred on US Capitol Grounds:

1)  1020 hours | CPWL / Large Capacity Feeding Device / Unregistered Ammunition – 1025 Vermont Avenue NW – **Ms. Logan Reed Grimes (AKA James Connely)** of **Cadillac, MI** was arrested by members of GRU after a citizen reported that she had seen individuals putting weapons into a vehicle trunk. This report resulted in an investigation and a positive indication by a firearms K-9. Recovered was a **Taurus 9mm pistol, a 12-round magazine, and 25 rounds of 9mm ammunition**. CCN: 21-002459

2 - 3) 1109 hours | CPWL / Large Capacity Feeding Device / Unregistered Ammunition – 550 12th Street SW – GRU arrest after being stopped by Federal Protective Services while entering a parking garage, and subsequently admitting to the possession of a firearm. CCN: 21-002485
    **2) Mr. Julian Charles Snell of Chesapeake, VA**
    Recovered was a **Czech Republic .45 caliber pistol with a 10-round magazine and 10 rounds of .45 caliber ammunition**.

    **3) Mr. Timothy Ray Wolfe Jr. of Chesapeake, VA** GRU arrest after being stopped by Federal Protective Services while entering a parking garage, and subsequently admitting to the possession of a firearm. Recovered was a **Glock 9mm pistol with a 12-round magazine and 12 rounds of 9mm ammunition**.

4)  1925 hours | CPWL / Possessing a Firearm on Capitol Grounds / Curfew Violation / Unregistered Firearm / Unregistered Ammunition – 1st Street NE (Capitol Visitor Center) – **Mr. Christopher Michael Alberts of Pykesville, MD** was arrested by members of GRU after a CDU officer enforcing the Mayor's curfew observed a firearm on Mr. Alberts' hip. Recovered was a **Taurus 9mm pistol with two (2) 12-round magazines and 25 rounds of 9mm ammunition**. CCN: 21-002723

5)  2243 hours | Curfew Violation / PPW(a) – 1331 Pennsylvania Avenue NW – **Mr. James Sinclair of Bensalem, PA** was arrested for violating the Mayor's curfew and was found to be in possession of a pair of metal knuckles. CCN: 21-001508

6-11) 1915 hours | Curfew Violation / Unlawful Entry on Federal Ground – Peace Monument Circle NW (US Capitol Grounds West Side) –was arrested for violating the Mayor's curfew and unlawful presence on Federal grounds. CCN: 21-001504
    **6) Ms. Stacy Ebanks of Hanover, MD**
    **7) Ms. Yevgemya Ivanonma Malimon of Portland, OR**
    **8) Ms. Victoria Anne Bergeson of Groton, CT**
    **9) Ms. Kristina V Malimon of Portland, OR**
    **10) Ms. Tara Coleman of Lancaster, PA**
    **11) Ms. Marsha Michelle Murphy of Tucson, AZ**

**12)** 1945 hours | Curfew Violation / PPW(b) – 1201 Pennsylvania Avenue NW – **Mr. Stanley Kenneth Williams of Englewood, CO** was arrested for violating the Mayor's curfew and was found to be in possession of a blackjack-like weapon. CCN: 21-002779

**13-22)** 1915 hours | Curfew Violation / Unlawful Entry on Federal Ground – Peace Monument Circle NW (US Capitol Grounds West Side) –arrested for violating the Mayor's curfew and unlawful presence on Federal grounds. CCN: 21-001503
   **13) Mr. Anthony Thomas Tammaro of Sabersville, PA**
   **14) Mr. Yuji Hiraiwa of Unknown City, WY**
   **15) Mr. Esyedepa Aesfyza of No Fixed Address**
   **16) Mr. Nazeer Ahmad Qaim of Washington, DC**
   **17) Mr. Joshua Knowles of Gilbert, AZ**
   **18) Mr. David Lester Ross of Pittsfield, MA**
   **19) Mr. Daniel Clavijo of Alexandria, VA**
   **20) Mr. David Ray Fitzgerald of Roselle, IL**
   **21) Mr. William Arthur Leany of Rushville, NY**
   **22) Mr. Jere Dement Brower of Sanford, NC**

**23-31)** 1915 hours | Curfew Violation / Unlawful Entry on Federal Ground – Peace Monument Circle NW (US Capitol Grounds West Side) – arrested for violating the Mayor's curfew and unlawful presence on Federal grounds. CCN: 21-001507
   **23) Mr. Lance Edward Grames of Sarfield, NC**
   **24) Mr. Jonathan David Doll of No Fixed Address**
   **25) Mr. Ryan Chapman Mason of Norberg, MD**
   **26) Mr. Earl Atwell Glosser of Mattews, NC**
   **27) Mr. Mauricio Mendez of Groton, CT**
   **28) Mr. John Russell Parker of Monroe, MI**
   **29) Mr. Michael Jerrett Amos of Naples, FL**
   **30) Mr. Chris Stanton Georgia of Alpharetta, GA**
   **31) Mr. Andrew Baul Johnson of Tampa, FL**

**32-41)** 2101 hours | Curfew Violation – 1400 New York Avenue NW – arrested for violating the Mayor's curfew. CCN: 21-002742.
   **32) Mr. Ethan Aaron Bray of Bluesprings, MS**
   **33) Mr. Michael Allen Jones of Charlotte, NC**
   **34) Mr. Douglas Robert Black of Redlion, PA**
   **35) Mr. Thomas Haines of York, PA**
   **36) Mr. Patrick Kruzinski of Redlion, PA**
   **37) Mr. Toney Sheldon Bray of Bluesprings, MS**
   **38) Mr. Matthew David Bair of Dover, PA**
   **39) Mr. Eric Martin Black of York, PA**
   **40) Mr. Jonathan Samuel McKinley of Rear Marietta, PA.**
   **41) Mr. Thomas Taylor Kawaihae of Pylesville, MD**

**42-50)** 2101 hours | Curfew Violation – 1400 New York Ave NW – arrested for violating the Mayor's Curfew. CCN: 21001517
   **42) Mr. Tim Ray Scarboro of Monroe, NC**
   **43) Mr. Ryan Michael Williams of Columbus, MI**

44) **Mr. Sean Hunter Bare of Quarry, Ville, PA**
45) **Mr. David Lindsey Booth of Redline, PA**
46) **Mr. Lane Mathew Quinn of Mechanicsville, PA**
47) **Mr. Dakoda Fissdo Westfall of Peach Bottom, PA**
48) **Mr. Jay Robert Thaxton of Concord, NC**
49) **Mr. James Gordon Smawley of Charlotte, NC**
50) **Mr. Philip Lynn Mulhollen of Dover, PA**

51) 2105 hours | Possession of Unregistered Firearm / Possession of Unregistered Ammunition – 800 Independence Avenue SW – **Mr. Christian Lee Hanshaw of Hurricane, WV** was arrested by a 1D patrol member after he admitted to a Metro Transit Officer that he had a firearm inside his vehicle. **Recovered was a SCCU 9mm pistol with an unknown capacity magazine and 132 rounds of 9mm ammunition.** CCN 21-002780

52-53) 2115 hours | Curfew Violation – 900 10th Street NW – arrested for violating the Mayor's curfew. CCN: 21-001518
    52) **Mr. Mark Thomas Dickerson of No Fixed Address**
    53) **Mr. Thomas Smith of No Fixed Address**

54-56) 2120 hours | Curfew Violation – 1001 14th Street NW – arrested for violating the Mayor's curfew. CCN: 21-001509
    54) **Mr. Rodney David Taylor of Brandon, OR**
    55) **Mr. Joshua Lloyd Pruitt of Silver Spring, MD – ALSO CHARGED UNDER CCN 21-002836**
    56) **Mr. Teag Allan Drabik of Elma, NY**

57-58) 2120 hours | Peace Monument Circle NW (US Capitol Grounds West Side) – arrested for violating the Mayor's curfew. CCN: 21-001510
    57) **Mr. Alexander Samuel Kimmich of House Springs, MD**
    58) **Mr. Daniel De Cleene of Richland Center, WI**

59-60) 2120 hours | Peace Monument Circle NW (US Capitol Grounds West Side) – arrested for violating the Mayor's curfew. CCN: 21-002747
    59) **Mr. Shawn Aaron Floyd of Redford, MI**
    60) **Mr. Matthew Joel Staley of Commerce Township, MI**

61) 0030 hours | Curfew Violation – Peace Monument Circle NW (US Capitol Grounds West Side) – **Mr. Gary Phaneuf of Road Island, NY** was arrested for violating the Mayor's curfew. CCN: 21-001511

62) 0040 hours | Curfew Violation – Peace Monument Circle NW (US Capitol Grounds West Side) – **Mr. Micah Angello Femia of Grand Rapids, MI** was arrested for violating the Mayor's curfew. CCN: 21-001512.

63) 0115 hours | Curfew Violation – 627 H Street NW – **Ms. Julia Katherine Titus of San Leandro, CA** was arrested for violating the Mayor's curfew. CCN: 21-002862

64-66) 0156 hours | Curfew Violation – 700 Pennsylvania Avenue NW – arrested for violating the Mayor's curfew. CCN: 21-002869
    64) **Mr. Timothy Austfjord of Caviler, ND**

65) **Ms. Athena Powell-Bey of No Fixed Address**
66) **Mr. Bernard Leon Gayles of No Fixed Address**

67) 0236 hours | Curfew Violation – 100 Maryland Avenue SW (US Capitol Grounds) – **Mr. Frank Garland of Havre de Grace, MD** (JUVENILE) was arrested for violating the Mayor's curfew. CCN: 21-002875

68) 0249 hours | Curfew Violation – 100 Maryland Avenue SW (US Capitol Grounds) – **Mr. Tyler Frederick Sofia of Havre de Grace, MD** was arrested for violating the Mayor's curfew. CCN: 21-002874

69) Not related to last night's downtown activity, however the defendant was charged with unrest related activity from June 24, 2020 with CCN 20-099-549. The RASB unrest arrest count will be 69, however the JOCC arrest count will be 68. **Ms. Jessica Leigh Reinke of Silver Spring, MD,** was charged with urinating in public, drinking in public, and public intoxication for the June offenses.

## Arrestee breakdown:
## DC: 1 / MD: 8 / VA: 3 / PA: 14 / MI: 6 / OR: 3 / CT: 2 / AZ: 2 / CO: 1 / WY: 1 / MA: 1 / IL: 1 / NY: 3 / NC: 7 / WV: 1 / ND: 1 / MS: 2 / FL: 2 / GA: 1 / WI: 1 / CA: 1 / No Fixed: 6

## Weapon recovery breakdown: Firearms: 6 /
1) **Taurus 9mm pistol, a 12-round magazine, and 25 rounds of 9mm ammunition** (CCN: 21-002-459 – Def. Grimes AKA Connely)
2) **Czech Republic .45 caliber pistol with a 10-round magazine and 10 rounds of .45 caliber ammunition** (CCN: 21-002-485 – Def. Snell)
3) **Glock 9mm pistol with a 12-round magazine and 12 rounds of 9mm ammunition** (CCN: 21-002-485 – Def. Wolfe)
4) **Taurus 9mm pistol with two (2) 12-round magazines and 25 rounds of 9mm ammunition** (CCN: 21-002-723 – Def. Alberts)
5) **SCCU 9mm pistol with an unknown capacity magazine and 132 rounds of 9mm ammunition** (CCN: 21-002-780 – Def. Hanshaw)
6) **FNH 9mm pistol with a 17-round capacity magazine and 17 rounds of 9mm ammunition (found by citizen).**

There were approximately **sixty (60)** pieces of equipment reported lost, stolen, or damaged:

Lost Stolen, or Damaged Property included:
CDU Batons:  18
Gas masks: 2
ASP Batons: 5
Radio: 2
BWC: 5
Badges: 4
OC spray: 5

Glock magazines: 2
CDU helmets: 8 and 2 visors
MPD phones: 3
Flashlights: 2
Laser glasses: 4
One MPD vehicle sustained scratches on the rear quarter panel.

Approximate list of lost, stolen, or damaged property:

- CAD 10289 reports a lost MPD CDU baton.
- CAD 10317 reports a lost radio, BWC, gas mask, asp, and CDU baton.
- CAD 7700 reports lost Badge (#2333), CDU baton, and CDU gloves.
- CAD 9596 reports lost Asp holder, OC holder, OC spray, and pouch.
- CAD 9220 reports lost MPD CDU baton.
- CAD 10555 reports lost helmet, 17 round magazine, arm protectors.
- CAD 7284 reports a lost flashlight.
- CAD 10223 reports a lost CDU baton.
- CAD 10547 reports a lost CDU baton and helmet.
- CAD 10401 reports lost CDU pads, handcuffs, and CDU gloves.
- CAD 9761 reports a lost gas mask.
- CAD 10113 report lost CDU baton.
- CAD 11354 reports lost CDU baton.
- CAD 10942 reports a lost helmet.
- CAD 11874 reports a lost magazine, flashlight, CDU baton, and CDU helmet.
- CAD 7464 reports lost OC spray, CDU baton, pads, and helmet.
- CAD 10880 reports a broken MPD cell phone.
- CAD 10194 reports a lost Asp, CDU baton, and CDU helmet.
- CAD 8612 reports a lost MPD phone and BWC.
- CAD 6712 reports a lost BWC.
- CAD 11861 reports a lost CDU baton and OC spray.
- CAD 11475 lost their BWC during riotous events.
- CAD 11331 lost their BWC during riotous events.
- CAD Unknown reports losing their badge during the riotous events.
- CAD 9560 reports losing helmet visor.
- CAD 9398 reports losing helmet visor.
- CAD 14067 reports losing helmet visor.
- CAD 11274 reports losing helmet.
- CAD 10281 reports losing CDU baton.
- CAD 10444 reports losing radio.
- CAD 10192 reports losing CDU Baton.
- CAD 10416 reports losing OC spray, gloves and helmet.
- CAD 10044 reports losing BWC, Cell phone, and CDU Baton.
- CAD 9715 reports losing CDU Baton
- CAD 10332 reports losing asp baton.
- CAD 9812 reports losing nametag
- CAD 10311 reports losing gloves, asp baton, laser glasses and OC Spray.
- CAD 9502 reports losing CDU Baton.

- CAD 4395 reports scratches to the left fender, right rear door and quarter panel of a Dodge Charger with DC Tags DC10722.
- Badge 6348 reports losing their badge
- CAD 10988 reports losing Badge 2775
- CAD 10550 reported a stolen magazine
- CAD 9867 reported a stolen magazine
- CAD 9874 reported stolen laser glasses
- CAD 10003 reported a stolen BWC
- CAD 11086 reported a stolen BWC
- CAD 6523 reported a stolen ASP baton

There were approximately **fifty-six (56)** MPD members with reported injuries:

Injuries included complaints of pain, OC exposure, a broken nose, and a concussion.

Eighteen members were treated at the hospital, one member (Ofc Fanone of 1d) remains admitted due to serious injuries.

1) CAD 6845 reports severe injuries after being beaten up, trampled, and robbed. Admitted to WHC.
2) CAD 11640 reports pain and swelling to left knee after being struck with an unknown object and trampled by protestors. Transported to GWU. CCN 21-002555
3) CAD 11973 reports pain to the left knee after falling at the Capitol. Responding to PFC. CCN 21-002730
4) CAD 9656 reports contusions to the head inside the Capitol building.
5) CAD 10945 reports a broken nose and broken teeth.
6) CAD 11973 reports injury to the knee. Responding to the PFC.
7) CAD 8739 reports he was hit in the head and neck with a metal pole. Responding to the PFC.
8) CAD 11675 reports pain to the right leg at 1st & D Streets NE.
9) CAD 9210 reports a hyperextended knee. Responding to the PFC.
10) CAD 9580 reports injury to the right ankle. Responding to the PFC.
11) CAD 11658 reports a laceration to the head and OC spray exposure. Transported to WHC.
12) CAD 9495 reports injury to the left knee. Transported to WHC.
13) CAD 10645 reports cuts to the right hand. Transported to Howard.
14) CAD 11401 reports OC spray exposure. Transported to WHC.
15) CAD 9640 reports pain to the right shoulder. Transported to WHC.
16) CAD 11640 reports pain to the body after being trampled.
17) CAD 1855 reports that he was hit in the right arm with a pipe.
18) CAD 10706 reports that she was struck in the head.
19) CAD 11200 reports cuts to the left eye.
20) CAD 4180 reports an injury to the right thigh. Transported to WHC.
21) CAD 7464 reports a compound fracture to the right pointer. Transported to WHC.
22) CAD 10555 reports head pain.
23) CAD 7284 reports pain to the head, neck, and left arm.
24) CAD 9761 reports head pain.
25) CAD 10223 reports back pain.
26) CAD 9837 reports back pain.
27) CAD 8241 reports head pain.
28) CAD 11354 reports pain to the head.

29) CAD 10214 reports pain to the right foot.
30) CAD 11879 reports pain to the left knee.
31) CAD 10880 reports pain to the head and left shoulder.
32) CAD 11268 reports pain to the left shoulder and head.
33) CAD 6732 reports a laceration to the pinky finger.
34) CAD 10317 reports swelling to the left hand. CCN 20-002555.
35) CAD 7700 reports pain to the back and burning eyes.
36) CAD 7357 reports a sprained left ankle after falling down the Capitol stairs. Transported to WHC. CCN 20-002377
37) CAD 10945 reports laceration to the nose and swelling to the face after being struck with a metal pole. Transported to WHC. CCN 21-002377.
38) CAD 9656 reports a laceration above the left eye and swelling after being speared with the end of a flag pole. Transported to WHC. CCN 21-002377
39) CAD 9929 reports pain and swelling to the right hand after being struck with an unknown object. Will respond to the PFC. CCN 20-002377
40) CAD 11834 reports pain and swelling to both hands and the neck after being struck with a wooden stick and a speaker. Will respond to the PFC. CCN 20-002377
41) CAD 11658 reports a laceration to the head after being struck with a metal pole. Transported to WHC. CCN 20-002377
42) CAD 12094 reports a concussion after being struck in the head with a metal baseball bat. Will respond to the PFC. CCN 21-002377
43) CAD 8984 reports spraint and swelling to the right foot and ankle. Transported Medstar.
44) CAD 10706 sustained a laceration to the face and eye during riotous events at the capitol building located at First St SE. Officer was treated at the hospital.
45) CAD 8821 sustained injury to the back during riotous events at the capitol building located at First St SE. Officer was treated at the PFC.
46) CAD 8571 sustained injury to the back during riotous events at the capitol building located at First St SE. Officer was treated at the PFC
47) CAD 5926 sustained injury to the left leg and has trouble breathing during riotous events at the capitol building located at First St SE. Officer was treated at the hospital.
48) CAD 8821 sustained a head injury and reports trouble breathing during riotous events at the capitol building located at First St SE. Officer was treated at the hospital.
49) CAD 11979 sustained a injury to the bottom of his foot during riotous events at the capitol building located at First St SE. Officer was treated at the PFC.
50) CAD 11862 reports pain to the right wrist after being struck by a bat. Will respond to the PFC.
51) CAD 10582 reports a swollen right ankle after being struck by an unknown object. Will respond to the PFC.
52) CAD 9418 reports pain to the right shoulder. Responding to PFC.
53) CAD 10645 reported a laceration to the finger, treated at Howard Hospital.
54) CAD 9495 reported and abrasion to the left knee, treated at MedSTAR.
55) CAD 9640 reported pain to the right shoulder, treated at Georgetown Hospital.

Approximately **one-hundred and eighty (180)** members reported use of force incidents:

The use of force reported during this incident included multiple OC spray deployments, along with hand thrown sting-ball and OC sting-ball grenades. Dozens of 40mm exact impact, baton, stinger, Ska rounds fired. Mechanical force with shields and riot batons. Several takedowns and hand controls. About 2 dozen baton strikes.

NOTE: Multiple CS gas (teargas) deployments occurred inside the Capitol, as well as outside the building.

Approximate List of Use of Force:

SOD K9 – CAD 9122 – reported OC deployment during the push on the Capitol terrace.
CDU 42 – CAD 10942 – baton strike, Mark 46 deployment.
CDU 42 – CAD 12124 – straight strike, baton strike
CDU 42 – CAD 10555 – baton straight strike, shield strike
CDU 42 – CAD 11354 – straight strike, baton strikes, OC spray, takedown
CDU 42 – CAD 7700 – straight strike, baton strike
CDU 42 – CAD 6732 – OC spray deployment
CDU 42 – CAD 10401 – baton strikes
CDU 42 – CAD 9837 – OC spray, straight strikes, takedowns.
CDU 42 – CAD 10594 – straight strikes, stomp kick, baton strikes.
CDU 42 – CAD 11268 – baton strike.
CDU 42 – CAD 9596 – takedown, OC spray, asp strike, ECD deployment.
CDU 42 – CAD 7284 – baton strike, takedown.
CDU 42 – CAD 10223 – straight strike, baton strike, OC deployment
CDU 42 – CAD 10214 – straight strike, baton strike.
CDU 42 – CAD 9761 – baton strike, straight strike, stomp kicks.
CDU 42 – CAD 10608 – baton strike, takedown.
CDU 42 – CAD 8612 – baton strike
CDU 42 – CAD 8241 – straight strike, baton strike
CDU 42 – CAD 10317 – straight strike, baton strike
CDU 42 – CAD 11861 – baton strikes
CDU 42 – CAD 10880 – straight strike, takedown
CDU 42 – CAD 11879 – baton strikes, straight strikes
CDU 42 – CAD 7464 – OC spray, straight strikes, baton strikes, knee strikes
CDU 42 – CAD 11757 – baton and straight strikes
CDU 42 – CAD 8886 – OC spray and baton strikes
CDU 42 – CAD 10547 – baton strikes
CDU 42 – CAD 10113 – OC spray
CDU 12 – CAD 9502 -- reported OC deployment and baton strikes
CDU 12 – CAD 10311 -- reported baton pushes
CDU 12 – CAD 8571 -- reported baton pushes
CDU 12 – CAD 117911 – reported OC deployment and baton pushes
CDU 12 – CAD 10281 -- reported OC deployment and baton pushes
CDU 12 – CAD 11274 -- reported baton strikes and pushes
CDU 12 – CAD 5744 -- reported baton strikes
CDU 12 – CAD 5652 -- reported baton strikes
CDU 12 – CAD 10580 -- reported baton strikes
CDU 12 – CAD 8821 – reported OC deployment and baton strikes
CDU 12 – CAD 102029 -- reported baton strikes
CDU 12 – CAD 10192-- reported baton strikes
CDU 12 – CAD 9066 -- reported baton strikes
CDU 12 – CAD 9024 -- reported baton strikes

CDU 12 – CAD 5656 -- reported straight strikes
CDU 12 – CAD 10213 -- reported OC deployment and baton strikes
CDU 12 – CAD 10361 -- reported baton strikes
CDU 12 – CAD 10605 -- reported baton strikes
CDU 12 – CAD 10286-- reported baton strikes and straight strikes
CDU 12 – CAD 10467 – reported OC deployment and baton strikes
CDU 12 – CAD 9560 -- reported OC deployment and baton strikes
CDU 12 – CAD 10375 -- reported baton strikes, straight strikes, and kicks
CDU 14 – CAD 9289 – asp strikes
DSO – CAD 9062 – 6 ECD deployments, 20 stingballs, 40mm, OC, asp
SOD K9 – CAD 9122 -- MK-9 OC Deployment
CDU 14 – CAD 9725 – OC Deployment
CDU 14 – CAD 11265 – OC Deployment
CDU 14 – CAD 11132 – OC Deployment
SOD Events – CAD 10415 – OC Deployment
SOD Events – CAD 6198 – ASP & OC Spray
SOD Events – CAD 4220 – OC Spray
SOD Events – CAD 8558 – OC Spray
SOD Events – CAD 2369 – OC Spray
CDU 51 – CAD 7131 – OC Spray, Pushing with baton, straight strikes
CDU 51 – CAD 11936 – OC Spray, pushing with hands, straight strikes
CDU 51 – CAD 11566 – tactical takedown, pushing with hands
CDU 51 – CAD 12195 – pushing with hands and baton, straight strikes
CDU 51 – CAD 11530 – pushing with hands
CDU 51 – CAD 10988 – pushing with hands, fists, and elbow strikes
CDU 51 – CAD 12289 – pushing with baton
CDU 51 – CAD 12249 – pushing with hands, straight strikes
CDU 52 – CAD 10600 – OC Spray, pushing
CDU 52 – CAD 11466 – OC Spray
CDU 52 – CAD 9731 – OC Spray
CDU 52 – CAD 9633 – OC Spray
CDU 71 – CAD 10074 – baton
CDU 71 – CAD 10234 – baton, OC Spray
CDU 71 – CAD 11913 – shield push
CDU 71 – CAD 10597 – OC spray, pushing
CDU 71 – CAD 11645 – takedown, baton strikes
CDU 71 – CAD 10209 – baton
CDU 71 – CAD 11487 – baton
CDU 71 – CAD 11554 – baton strikes, pushing
CDU 71 – CAD 9644 – baton
CDU 71 – CAD 11599 – baton
CDU 71 – CAD 11351 – baton, 4 OC deployments
CDU 71 – CAD 11644 – baton
CDU 71 – CAD 9464 – baton
CDU 71 – CAD 11748 – baton
CDU 71 – CAD 11972 – baton, OC deployment
CDU 71 – CAD 11696 – baton
CDU 71 – CAD 6792 – pushing

CDU 71 – CAD 11500 – baton
CDU 71 – CAD 12049 – baton
CDU 71 – CAD 11640 – baton, straight strike
CDU 71 – CAD 11904 – OC Spray
CDU 71 – CAD 11900 – OC spray / takedown
CDU 71 – CAD 11859 – baton
CDU 71 – CAD 11660 – baton
CDU 71 – CAD 11181 -- baton
CDU 71 – CAD 10817 -- baton
CDU 71 – CAD 11528 -- baton
CDU 71 – CAD 11835 -- baton
CDU 71 – CAD 12012 -- baton
DSO – CAD 8328-  Stingball/OC Blast/OC/Mechanical
DSO – CAD 4568 - OC/Stingball/Handthrown CS/Mechanical
DSO – CAD 9062- ECD/OC/40 mm/Handthrown/Mechanical/Hand Strikes
DSO – CAD 2481- OC/40 mm Baton, Impact, Stinger/Mechanical/Stingball
DSO – CAD 6049- OC/Stingball/Mechanical/Hand Strikes
DSO – CAD 4146- OC
DSO – CAD 4163- OC/CS/Mechanical
DSO – CAD 4680- 40 mm Stinger/OC Skat/OC/Mechanical
DSO – CAD 9539- OC Blast Ball/40 mm Stinger/Mechanical
DSO – CAD 5961- OC/OC Skat/Mechanical
DSO – CAD 11388- Mechanical Force
DSO – CAD 4180- OC
DSO – CAD 7011 - Stingballs/Mechanical
DSO – CAD 9165 - 40 mm stinger,skat,aerial/Mechanical, Hand Strikes
DSO – CAD 10191 - OC/Mechanical
DSO – CAD 8740 - OC/Mechanical
ERT – CAD 7137 – multiple 40mm extended impact rounds, and OC spray
ERT – CAD 5313 – OC spray
ERT – CAD 9067 – OC Spray
ERT – CAD 6737 – 2x 40mm impact rounds
ERT – CAD 8137 – 2x 40mm impact rounds, 1 sting ball thrown
ERT – CAD 2369 – Multiple OC Sprays
ERT – CAD 8156 – Multiple OC sprays
ERT – CAD 8279 – Multiple OC sprays
ERT – CAD 7293 – 2 OC sprays
ERT – CAD 6375 – OC Spray
ERT – CAD 2620 – 2 sting balls thrown
ERT – CAD 4149 – OC spray
CDU 63 – CAD 11515 – OC Spray, takedown
CDU 63 – CAD 11987 – Takedown
CDU 63 – CAD 9549 Baton strikes
CDU 63 – CAD 11632 – OC Spray
CDU 63 – CAD 12017 – Baton straight strike
CDU 63 – CAD 11094 – Baton strikes
CDU 63 – CAD 11876 – OC Spray, baton strikes
CDU 63 – CAD 11826 – Baton strikes

CDU 63 – CAD 10944 – Baton strikes
CDU 63 – CAD 12127 – OC Spray, shield strikes
CDU 63 – CAD 11552 – OC Spray, baton strikes
CDU 63 – CAD 11839 – OC Spray
CDU 63 – CAD 11724 – OC Spray, baton strikes
CDU 63 – CAD 11727 – OC Spray
CDU 63 – CAD 11416 – Takedown
CDU 63 – CAD 11862 – Baton strikes
CDU 63 – CAD 12032 – OC Spray
CDU 63 – CAD 10582 – OC Spray
CDU 63 – CAD 11179 – OC Spray, Baton strikes
CDU 63 – CAD 11971 – OC Spray
CDU 63 – CAD 9694 – OC Spray
SOD – CRU 50 – CAD 4164 – Multiple 40mm impact rounds, along with hand thrown stingballs and OC stingballs
CID – 1D1 – CAD 8574 – Riot baton mechanical force and hand controls.


**Below is a rough timeline of the unrest, skirmishes, and notable activity:**
1305 – Capitol Police reports duplicate bomb devices at DNC headquarters.
1312 – Capitol Police and MPD deployed munitions OC.
1315 – Two MPD Tasers were deployed.
1316 – One injured Officer.
1318 – Multiple Capitol Police injuries.
1332 – OC deployed.
1334 – Sting ball thrown with no effect.
1325 – 4 more sting balls thrown with effects with effects.
1344 – Projectiles, fireworks, and OC continued to be deployed from the crowd towards Officers.
1348 – FEMS support for multiple injuries.
1349 – Riot declared. CCN: 21-002-555
1350 – Breach in Capitol building on upper level.
1401 – Group begins to scale the scaffold.
1405 – Capitol Police detonated two devices on South Side. Authorized CS Gas. (No injury)
1413 – North side of capitol is breached.
1417 – Senate floor is locked down.
1418 – Multiple injuries to Officers.
1419 – Smoke seen coming from the inside of the Capitol.
1422 – Smoke was cleared.
1424 – Shots fired from first floor of Capitol. (False)
1427 -- 10-33 called for the West side of the Capitol.
1434 – Vehicle with wires protruding from it stopped.
1433 – Group is using fire extinguishers on Officers.
1435 – CS Gas used again on third floor.
1443 – Shots fired on second floor.
1453 – Capitol Police confirm one shot. FEMS attempting to extract.
1500 – OC deployment on 2nd floor.
1509 – Need outside agency assistance. PG, and VA.
1517 – Crowd is armed with poles and fire extinguishers.

1536 – Protestors are taking bleachers apart and using them as weapons.
1551 – Multiple agencies on way to provide assistance.
1557 – Officers injured.
1603 – Drone observed over Capitol Building.
1623 – Pushing crowds out of the Capitol building.
1629 – Officer unconscious inside the Capitol West Terrace, CPR in progress.
1639 -- Sting balls deployed.
1717 – Lasers being used on Officers and Falcon.
1728 – Group is being pushed away from Capitol.
1731 – CS Gas deployed as well OC deployment.
1738 – Multiple OC munitions deployed on Capitol grounds.
1742 – DHS informed of a suspicious package at 1300 Pennsylvania Ave NW.
1754 -- Another suspicious packages reported 1200 Pennsylvania Ave NW. Cleared by DHS (no hazardous material)
1759 -- Group is throwing projectiles at the line.
1809 – Curfew is now in effect
1811 – National Guard arrives.
1920 – Execute arrest for Curfew Violation.

**ATTACHMENT #4**

# METROPOLITAN POLICE DEPARTMENT

UN-938 Rev. 5/07



## Incident Summary Sheet

| IS Number: | 21000063 |
| --- | --- |

| Location of Incident: | 1 1ST STREET NE WASHINGTON  20543 | |
| --- | --- | --- |

| Type of Incident: | Date of Incident: | Time of Incident: |
| --- | --- | --- |
| Use of Force. | 01/06/2021 | 17:50 |

| OPR Member Notified of Incident: | Date Notified: | Time Notified: |
| --- | --- | --- |
| Eames,Michael-6425 | 01/06/2021 | 19:00 |

| Unit Official Notifying OPR: | Incident Element: | Phone Number: |
| --- | --- | --- |
| Roth,Justin-8892 | 1D | 202-841-9109 |

| MPD Supervisor First Receiving Incident: | Date Notified: | Time Notified: |
| --- | --- | --- |
| Roth Justin-8892 | 01/06/2021 | 18:05 |

| Allegation (s): | FIT Member Notified About Use of Force?If 'yes' Member name | |
| --- | --- | --- |
| Tactical Takedown - Non Injury - RIF, ASP Strike. | | |

| Member(s) Arrested? | Date MPD was made aware of Incident/Anchor Date : |
| --- | --- |
| No | 01/07/2021 |

| SYNOPSIS: | During Civil Disturbance Unit (CDU) Activities on the Lower West Terrace door of the United States Capitol, CDU 63 created a line formation and began moving protesters away from the U.S. Capitol, towards First Street, NW. Officer Kevin Peralta of the Sixth District utilized mechanical force to push the subject of the force, Mr. David Blair, toward First Street. Mr. Blair responded by utilizing a pole/lacrosse stick with a confederate flag attached to it to assault Officer Peralta by pushing him in the chest with the pole.

Officer Claudy Toussaint reacted and began deploying CDU several baton strikes to Mr. Blair's lower extremities, to include his arms, body and legs to stop his assaultive behavior. Officer Aaron Smith positioned himself behind Mr. Blair, who was still actively resisting, and deployed 2-3 CDU baton strikes to Mr. Blair's legs. Officer Peralta utilized his CDU baton and struck Mr. Blair 2-3 times. Officer Kenan Thomas Bartely utilized the tip of his CDU baton to strike Mr. Blair 2-3 times.

Mr. Blair then was taken to the ground by Officers Thomas-Bartely and Officer Austin Smith, who then handcuffed Mr. Blair. Mr. Blair was placed under arrest by U.S. Capitol Police for Assault on a Police Officer (APO). He suffered a gash on the top of his head that he alleged was being struck in the head by CDU batons 3-4 times during the incident. He was transported to George Washington University Hospital. |
| --- | --- |

# METROPOLITAN POLICE DEPARTMENT



UN-938 Rev. 5/07

## Incident Summary Sheet

| Member: | Hiligh, Bijon-11416 | | | | |
|---|---|---|---|---|---|
| **Rank:** | Officer | **Element:** | Patrol Services South / 6D-Sixth District / PSA 603 / Not Selected/Applicable / | | |
| **Badge Number:** | 5842 | **Race:** | Black/African American | **Ethnicity:** | **Sex:** Male |
| **Assignment:** | Patrol Services South / 6D-Sixth District / PSA 603 / Not Selected/Applicable / | | **Supervisor:** Scott Schmoeller-9548 | | |
| **Partner at Time of Incident:** | | | | **Revoked?** 2293 | |
| **Allegation(s):** Tactical Takedown - Non Injury - RIF | | | | | |
| **Member Arrested?** | No | | **Charge(s):** | | |
| **Complainant(s):** | David Blair/ | | | | |
| **UFIR Required:** | | | **Did Member Decline to Complete UFIR?** | | |
| **Reverse-Garrity Issued?** | | | | | |

| Member: | Thomas-Bartley, Kenan-11515 | | | | |
|---|---|---|---|---|---|
| **Rank:** | Officer | **Element:** | Patrol Services South / 6D-Sixth District / PSA 604 / Not Selected/Applicable / | | |
| **Badge Number:** | 5630 | **Race:** | Black/African American | **Ethnicity:** | **Sex:** Male |
| **Assignment:** | Patrol Services South / 6D-Sixth District / PSA 604 / Not Selected/Applicable / | | **Supervisor:** Isaac Huff-9694 | | |
| **Partner at Time of Incident:** | | | | **Revoked?** | |
| **Allegation(s):** Tactical Takedown - Non Injury - RIF, ASP Strike | | | | | |
| **Member Arrested?** | No | | **Charge(s):** | | |
| **Complainant(s):** | David Blair/ | | | | |
| **UFIR Required:** | Yes | | **Did Member Decline to Complete UFIR?** | | |
| **Reverse-Garrity Issued?** | | | | | |

| Member: | Toussaint, Claudy-11862 | | | | |
|---|---|---|---|---|---|
| **Rank:** | Officer | **Element:** | Patrol Services South / 6D-Sixth District / PSA 607 / Not Selected/Applicable / | | |
| **Badge Number:** | 5858 | **Race:** | Black/African American | **Ethnicity:** | **Sex:** Male |
| **Assignment:** | Patrol Services South / 6D-Sixth District / PSA 607 / Not Selected/Applicable / | | **Supervisor:** Clifton Murphy-6770 | | |
| **Partner at Time of Incident:** | | | | **Revoked?** 2293 | |
| **Allegation(s):** ASP Strike | | | | | |
| **Member Arrested?** | No | | **Charge(s):** | | |
| **Complainant(s):** | David Blair/ | | | | |
| **UFIR Required:** | Yes | | **Did Member Decline to Complete UFIR?** | | |
| **Reverse-Garrity Issued?** | | | | | |

| Member: | Peralta, Kevin-11724 |
|---|---|

UN-938 Rev. 5/07

# METROPOLITAN POLICE DEPARTMENT

## Incident Summary Sheet

| Rank: | Officer | Element: | Patrol Services South / 6D-Sixth District / PSA 608 / Not Selected/Applicable / | | |
|---|---|---|---|---|---|
| Badge Number: | 5768 | Race: | Hispanic | Ethnicity: | Sex: Male |
| Assignment: | Patrol Services South / 6D-Sixth District / PSA 608 / Not Selected/Applicable / | | Supervisor: Quenterra Carey-10360 | | |
| Partner at Time of Incident: | | | | Revoked? 2293 | |
| Allegation(s):  ASP Strike | | | | | |
| Member Arrested? | | No | Charge(s): | | |
| Complainant(s): | | David Blair/ | | | |
| UFIR Required: | Yes | | Did Member Decline to Complete UFIR? | | |
| Reverse-Garrity Issued? | | | | | |

| Member: | Smith, Aaron-9549 | | | | |
|---|---|---|---|---|---|
| Rank: | Officer | Element: | Patrol Services South / 6D-Sixth District / PSA 604 / Not Selected/Applicable / | | |
| Badge Number: | 4079 | Race: | Black/African American | Ethnicity: | Sex: Male |
| Assignment: | Patrol Services South / 6D-Sixth District / PSA 604 / Not Selected/Applicable / | | Supervisor: Isaac Huff-9694 | | |
| Partner at Time of Incident: | | | | Revoked? | |
| Allegation(s):  ASP Strike | | | | | |
| Member Arrested? | | No | Charge(s): | | |
| Complainant(s): | | David Blair/ | | | |
| UFIR Required: | Yes | | Did Member Decline to Complete UFIR? | | |
| Reverse-Garrity Issued? | | | | | |

| Complainant: | David Blair | | | |
|---|---|---|---|---|
| Address: | 2195 Sugarloaf Parkview Lane Clarksburg Maryland-20871 | | | |
| Race: | White/Caucasian | Ethnicity: | Not of Hispanic Origin | |
| Sex: | Male | Email Address: | | |
| Work: | | Home: | (202)-687-7210 | |
| Other: | | Fax: | | |
| Complainant Arrested? | | | | |
| Charge(s): | | | | |

| Instructions: | On ALL Use of Force Incidents, direct the member to complete a Use of Force Incident Report (UFIR). Have the member FAX a copy of the UFIR to FIT 202-576-7514 prior to being relieved from duty. If the member does not want to fill out a UFIR, direct the notifying official to immediately contact a FIT official, who will approve or deny the issuance of Reverse-Garrity. | | | |
|---|---|---|---|---|
| IS Created By: | Tilley Christopher-8354 | IS Created By Rank: | Sergeant | Date: 01/07/2021 |

**ATTACHMENT #5**

**Tilley, Christopher (MPD)**

| | |
|---|---|
| **From:** | Tilley, Christopher (MPD) |
| **Sent:** | Thursday, January 7, 2021 1:16 PM |
| **To:** | 'kendra.briggs@usdoj.gov' |
| **Cc:** | Adminbox, IAD (MPD); Knutsen, John (MPD); Cullen, Joseph (MPD); Gelsomino, Jennifer (MPD) |
| **Subject:** | Notification IS #21-000063 |
| | |
| **Importance:** | High |

Good afternoon Kendra,

Notification for IS #21-000063; serious use of force (CDU baton strikes to the head)

During Civil Disturbance Unit (CDU) Activities on the Lower West Terrace door of the United States Capitol, CDU 63 created a line formation and began moving protesters away from the U.S. Capitol, towards First Street, NW. Officer Kevin Peralta of the Sixth District utilized mechanical force to push the subject of the force, Mr. David Blair, toward First Street. Mr. Blair responded by utilizing a pole/lacrosse stick with a confederate flag attached to it to assault Officer Peralta by pushing him in the chest with the pole.

Officer Claudy Toussaint reacted and began deploying CDU several baton strikes to Mr. Blair's lower extremities, to include his arms, body and legs to stop his assaultive behavior. Officer Aaron Smith positioned himself behind Mr. Blair, who was still actively resisting, and deployed 2-3 CDU baton strikes to Mr. Blair's legs. Officer Peralta utilized his CDU baton and struck Mr. Blair 2-3 times. Officer Kenan Thomas Bartely utilized the tip of his CDU baton to strike Mr. Blair 2-3 times.

Mr. Blair then was taken to the ground by Officers Thomas-Bartely and Officer Austin Smith, who then handcuffed Mr. Blair. Mr. Blair was placed under arrest by U.S. Capitol Police for Assault on a Police Officer (APO). He suffered a gash on the top of his head that he alleged was being struck in the head by CDU batons 3-4 times during the incident. He was transported to George Washington University Hospital where he was treated and released.

CCN 21-002719.

| | |
|---|---|
| Toussaint, Claudy (11862) | CDU baton strikes |
| Peralta, Kevin (11724) | CDU baton strikes |
| Smith, Aaaron (9549) | CDU baton strikes |
| Thomas-Bartley, Kenan (11515) | CDU baton strikes/Takedown |
| Hiligh, Bijon (11416) | Takedown |

Christopher M. Tilley
Sergeant/Agent
Metropolitan Police Department
Internal Affairs Division
64 New York Avenue, Northeast
Washington, DC 20002
(202) 727-9447 – Desk
(202) 407-2858 - Cell

**ATTACHMENT #6**

PD Form 42 Rev. 9/2019 Automated 3/95

| INJURY – ON DUTY ☑ | METROPOLITAN POLICE DEPARTMENT Washington, D.C. | TYPE OF REPORT | CCN NO. 21-002377 |
|---|---|---|---|
| INJURY – OFF DUTY ☐ | | ORIGINAL ☑ | |
| ILLNESS – ON DUTY ONLY ☐ | INJURY OR ILLNESS REPORT | SUPPLEMENTARY ☐ DATE OF ORIG RPT 01/06/20 | DATE REPORT PREPARED 01/06/2021 |

| NAME OF MEMBER (Last, First, MI) Toussaint, Claudy | RANK Officer | CAD 11862 | BADGE 5858 | ELEMENT 6D | CURRENT ASSIGNMENT CDU63 |
|---|---|---|---|---|---|

| NATURE OF INJURY / ILLNESS: (List your injuries-specifying areas on body. In case of illness, list symptoms.) Right wrist discomfort. | DATE / TIME OF INJURY / ILLNESS 01/06/2021/ 1900 |
|---|---|
| | DATE LAST WORKED 01/06/2021 |

| CAUSE: (List the known or suspected cause of your injury or illness.) Unknown white adult male struck the listed Officer with a bat to the right wrist. | TOUR / DAYS OFF 1300-2100/ MTW |
|---|---|
| | SICK LEAVE BALANCE 178 8H |

**STATEMENT OF FACTS:** (Describe the nature and circumstances of your injury/illness. Describe the area(s) of the body affected. Specify when and how the injury occurred, and include names and contact information of any witnesses to the injury/illness.)

On January 06, 2021, Officer Toussaint was assigned to CDU 63 and the listed CDU platoon was assisting U.S. capitol police inside the capitol building. At approximately 1700 hours, The Officer was struck with a bat in the right wrist by an unknown white adult male while standing in front of a CDU line.

| NAME OF DUTY OFFICIAL NOTIFIED Sergeant Huff | DATE & TIME 01/06/2021 & | HOSPITAL / URGENT CARE TREATMENT Yes ☐  No ☑ | NAME OF HOSPITAL / URGENT CARE |
|---|---|---|---|
| WATCH COMMANDER NOTIFIED (On Duty Injury/Illness Only) | DATE & TIME | WORKING OUTSIDE EMPLOYMENT AT TIME OF THE INCIDENT Yes ☐  No ☐ | |

| SIGNATURE OF MEMBER OR OFFICIAL PREPARING REPORT IF MEMBER IS UNABLE | SIGNATURE OF COMMANDING OFFICER | DATE 1-7-21 |
|---|---|---|

| > MEMBER ONLY < | > MEDICAL SERVICES DIVISION USE ONLY < |
|---|---|
| VOLUNTARY WAIVER FOR NON-POD INJURY / ILLNESS ☐ I AM NOT REQUESTING A PERFORMANCE OF DUTY DETERMINATION FOR THIS INJURY/ ILLNESS. I ELECT TO USE MY OWN SICK LEAVE FOR ANY TIME OFF. SIGNATURE OF MEMBER | PERFORMANCE OF DUTY ☐   NON-POD ☐ |
| | APPROVED BY          CAD          DATE |

**NOTE:** PD Form 42 shall be submitted to MSD within 24 hours from the occurrence or detection of any on-duty illness or injury. The official's certification of this report shall be completed by the end of the tour. Reports of off-duty injuries shall be certified within 24 hours of the report.

## CONTINUATION – Statement of Facts

## OFFICIAL'S CERTIFICATION

COMMENTS:     (Have member identify his complaints and describe the injury and factors such as condition of clothing, etc. Indicate if there is no interview all witnesses).

The circumstances surrounding the injury to Officer Claudy Toussaint were investigated by Sergeant Ernest D. Grant of the Sixth District. The investigation revealed the following:

On January 6th, 2021, Officer Toussaint was working the evening tour of duty, in full uniform, with CDU 63 platoon. At approximately 1700 hours, Officer Toussaint was assisting his platoon with securing the United States Capitol Building from being over-run by violent protesters. As Officer Toussaint was assisting with holding violent protesters at bay, he was struck by a bat, in his right wrist, by an unknown suspect.

Officer Toussaint began to experience pain in his right wrist after being struck. Officer Toussaint informed Sergeant Derrick Washington of the injury. Sergeant Washington directed Officer Toussaint to respond to the Medical Services Division for treatment.

After reviewing the above facts and with no evidence to refute the report of injury, it has been determined that the injury occurred as reported. Accordingly, it is recommended that this report of injury be forwarded to the Director of the Medical Services Division for review and final determination.

| SIGNATURE OF CERTIFYING OFFICIAL | DATE AND TIME OF CERTIFICATION |
|---|---|
|  | 1/6/21 |

## REMARKS (Board of Surgeons Only)

**ATTACHMENT #7**

# METROPOLITAN POLICE DEPARTMENT

*WASHINGTON, D.C.*
*Internal Affairs Division*
*REPORT OF INVESTIGATION*

P.D. 854 REV. 01/94

| FILE TITLE | DATE OF OCCURRENCE | |
|---|---|---|
| Mr. David Blair Statement | **January 6, 2021** | |

| TYPE OF CASE | | I.A.D. FILE NO. |
|---|---|---|
| **Use of Force (CDU riot baton strike to head)** | 21-000063 | TBD |

**NARRATIVE:** *Case synopsis*

On January 6, 2021, Mr. David Blair provided an audio-recorded statement to Agent Tilley of the IAD. The statement was provided at George Washington University Hospital, and the following is a brief synopsis of Mr. Blair's statement:

Mr. Blair stated that outside of the United States Capitol Building police lines "they were backing people up, I didn't want to back up, and I got cracked in the head good about three or four times."

Mr. Blair stated that the police line was equipped with riot batons, and that was what he was struck in the head with. Mr. Blair stated he may have been struck in the head more than three (3) or four (4) times. He recalled three (3) or four (4) "good rings, for sure." Mr. Blair stated "the first one was a hard strike to the head, I know that for sure. A good strike to the head, that's for sure."

Mr. Blair stated that officers on the police line then took him to the ground and handcuffed him.

Mr. Blair suffered two (2) lacerations to his head, one (1) on the crown of his head and the other on the left side of his head.

*CASE STATUS:*   _X_OPEN   ___CLOSED   ___OTHER (Explain)                                      *PAGE 1 OF 1 PAGES*

| *INVESTIGATOR'S SIGNATURE* *Sergeant/Agent Christopher M. Tilley* | *DATE* |
|---|---|
| *SUPERVISOR'S SIGNATURE* | *DATE* |

*This report is the property of the Internal Affairs Division, Metropolitan Police Department, Washington, D.C.*
*Neither it nor its contents may be disseminated to unauthorized personnel or agencies.*

**ATTACHMENT #8**

**ATTACHMENT #9**

# METROPOLITAN POLICE DEPARTMENT
## *WASHINGTON, D.C.*
### *Internal Affairs Division*
### *REPORT OF INVESTIGATION*

P.D. 854 REV. 01.94

| FILE TITLE | DATE OF OCCURRENCE | |
|---|---|---|
| **BWC Synopsis** | **January 6, 2021** | |

| TYPE OF CASE | | I.A.D. FILE NO. |
|---|---|---|
| **Use of Force (CDU riot baton strike to head)** | 21-000063 | **TBD** |

*NARRATIVE: Case synopsis*

Officer Claudy Toussaint captured one (1) BWC video related to this incident:

*Officer Toussaint's BWC video began at 1731 hours and was 25 minutes and 55 seconds in length.*

**15:53** Officer Toussaint, along with the CDU 63 line, began pushing the crowd of protesters back from the United States Capitol. Officer Toussaint utilized mechanical force with his CDU riot baton to push protesters back that were not complying with loud verbal commands of "Move back! Move back! Move back!"

**17:37** The CDU 63 line briefly paused to reform and strengthen their line.

**17:45** Mr. Blair was observed walking up and down the line of protesters and yelling, "Hell no, quit backing up! Quit backing up! Stop being scared! Quit backing up!" Mr. Blair was wearing a helmet and carrying a lacrosse stick/pole with a confederate flag affixed to it.

**17:58** Mr. Blair crossed again in front of Officer Toussaint, and can be heard stating, "I'm telling ya, quit backing up! We're Americans!" The CDU 63 line proceeded with advancing forward to push the crowd of protesters away from the United States Capitol Building.

**18:05** Mr. Blair confronted Officer Peralta, and stated, "What's up bitch!" Mr. Blair assaulted Officer Peralta with his lacrosse stick/pole. Officer Toussaint immediately responded to assist Officer Peralta. Officer Toussaint delivered eight (8) CDU riot baton strikes to Mr. Blair. Mr. Blair was then taken to the ground and into custody.

Officer Kevin Peralta captured one (1) BWC video related to this incident:

*Officer Peralta's BWC video began at 1746 hours and was 13 minutes and 58 seconds in length.*

**01:02** Officer Toussaint, along with the CDU 63 line, began pushing the crowd of protesters back from the United States Capitol. Officer Toussaint utilized mechanical force with his CDU riot baton to push protesters back that were not complying with loud verbal commands of "Move back! Move back! Move back!"

---

*CASE STATUS:*   _X_OPEN   ___CLOSED   ___OTHER (Explain)                    *PAGE 1 OF 2 PAGES*

| INVESTIGATOR'S SIGNATURE *Sergeant/Agent Christopher M. Tilley* | DATE |
|---|---|
| SUPERVISOR'S SIGNATURE | DATE |

*This report is the property of the Internal Affairs Division, Metropolitan Police Department, Washington, D.C.*
*Neither it nor its contents may be disseminated to unauthorized personnel or agencies.*

# METROPOLITAN POLICE DEPARTMENT
## *WASHINGTON, D.C.*
### *Internal Affairs Division*
### *REPORT OF INVESTIGATION*

P.D. 854 REV. 01/94

| FILE TITLE | DATE OF OCCURRENCE | |
|---|---|---|
| BWC Synopsis | **January 6, 2021** | |
| TYPE OF CASE | | I.A.D. FILE NO. |
| **Use of Force (CDU riot baton strike to head)** | 21-000063 | TBD |

*NARRATIVE: Case synopsis*

**02:51**  Mr. Blair was observed walking up and down the line of protesters and yelling, "Hell no, quit backing up! Quit backing up! Stop being scared! Quit backing up!" Mr. Blair was wearing a helmet and carrying a lacrosse stick/pole with a confederate flag affixed to it.

**03:02**  Mr. Blair crossed again in front of Officer Peralta, and can be heard stating, "I'm telling ya, quit backing up! We're Americans!" The CDU 63 line proceeded with advancing forward to push the crowd of protesters away from the United States Capitol Building.

**03:05**  The CDU 63 police line began advancing forward.

**03:08**  Officer Peralta utilized mechanical force to push Mr. Blair back, and he responded by facing Officer Peralta and stating, "What's up, mother fucker? What's up? What's up, bitch? What's up? What's up?"

**03:13**  Mr. Blair assaulted Officer Peralta by striking him with a lacrosse stick/pole.

**03:16**  Officer Toussaint began delivering strikes to Mr. Blair with his CDU riot baton.

**03:19**  Officer Peralta delivered strikes to Mr. Blair with his CDU riot baton. Mr. Blair responded, "Get the fuck off" before audibly voicing pain.

**03:24**  Mr. Blair was taken to the ground and Officer Peralta stayed on the CDU 63 line.

*CASE STATUS:*   _X_OPEN   ____CLOSED   ____OTHER (Explain)          *PAGE 2 OF 2 PAGES*

| INVESTIGATOR'S SIGNATURE  *Sergeant/Agent Christopher M. Tilley* | | DATE |
|---|---|---|
| SUPERVISOR'S SIGNATURE | | DATE |

*This report is the property of the Internal Affairs Division, Metropolitan Police Department, Washington, D.C.*
*Neither it nor its contents may be disseminated to unauthorized personnel or agencies.*

### METROPOLITAN POLICE DEPARTMENT
### WASHINGTON, D.C.
### Internal Affairs Division

P.D. 854 Rev. 2/97

### REPORT OF INVESTIGATION

| FILE TITLE | DATE OF OCCURRENCE | |
|---|---|---|
| BWC Synopsis | January 6th, 2021 | |
| TYPE OF CASE | IS# | O.I.A.  FILE NO. |
| Use Of Force Investigation | 20- | |

| NARRATIVE: | SYNOPSIS OF CASE INVESTIGATION |
|---|---|

**Officer Keenan Thomas-Bartley had 1 BWC (1) video related to this incident:**

**Video one: 14 minutes & 53 seconds dated January 6th, 2021**

**06:40** Officer Thomas-Bartley had formed a police line formation along with CDU63 in the area of 1 1st Street, Northeast, near the lower west terrace door of the United States Capitol Building, with the intent of dispersing a large crowd of protestors, who had occupied the grounds. Loud verbal commands of "move back" were given to the protestors by Officer Thomas-Bartley, while he simultaneously utilized his baton in a port arms push position to control the crowd.

**07:42** Mr. Blair could be seen carrying a red and blue confederate flag. He began to aggressively scream at the crowd or protestors, while pacing back and forth "quit backing up, quit backing up, stop being scared, "quit backing up we're Americans, let's go."

**07:57** Officer Thomas-Bartley along with CDU 63 police line began to push the crowd forward, while giving loud verbal commands to "move back" and utilizing their batons in a port arms push position.

**07:57** Mr. Blair resisted the officers commands to move back and became assaultive towards Officer Thomas-Bartley and Officer Bijon Hiligh. Mr. Blair began to use his flag as a weapon to swing and push the officers, while screaming at them "what's up bitch, what's up bitch."

**08:07** A tactical takedown was then conducted by Officer Thomas-Bartley and Officer Hiligh of Mr. Blair in order to stop Mr. Blairs assaultive behavior towards the officers.

**08:11** After Mr. Blair was taken to the ground, Officer Thomas-Bartley Bartley conducted two strikes with the tip of his baton to Mr. Blair's midsection of his body.

**08:35** Mr. Blair was placed in handcuffs and arrested without further incident.

| CASE STATUS: | OPEN | CLOSED | OTHER (Explain) | PAGE | 1 | OF | 1 | PAGES |
|---|---|---|---|---|---|---|---|---|
| INVESTIGATOR'S SIGNATURE | | | | DATE | | | | |
| Agent Jennifer Gelsomino | | | | | | | | |
| SUPERVISOR'S SIGNATURE | | | | DATE | | | | |

This report is the property of the Office of Internal Affairs, Metropolitan Police Department, Washington, D.C. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

**CASE STATUS:**      OPEN      CLOSED      OTHER (Explain)                              PAGE    1    OF    1    PAGES

INVESTIGATOR'S SIGNATURE                                                                DATE
Agent Jennifer Gelsomino

SUPERVISOR'S SIGNATURE                                                                  DATE

*This report is the property of the Office of Internal Affairs, Metropolitan Police Department, Washington, D.C.*
*Neither it nor its contents may be disseminated to unauthorized personnel or agencies.*

**CASE STATUS:**   *OPEN*     *CLOSED*      *OTHER (Explain)*          *PAGE*   1   *OF*   1   *PAGES*

| *INVESTIGATOR'S SIGNATURE* | *DATE* |
|---|---|
| Agent Jennifer Gelsomino | |
| *SUPERVISOR'S SIGNATURE* | *DATE* |

*This report is the property of the Office of Internal Affairs, Metropolitan Police Department, Washington, D.C.*
*Neither it nor its contents may be disseminated to unauthorized personnel or agencies.*

*CASE STATUS:*    *OPEN*    *CLOSED*    *OTHER (Explain)*    *PAGE*  1  *OF*  1  *PAGES*

*INVESTIGATOR'S SIGNATURE*    *DATE*
Agent Jennifer Gelsomino

*SUPERVISOR'S SIGNATURE*    *DATE*

*This report is the property of the Office of Internal Affairs, Metropolitan Police Department, Washington, D.C.*
*Neither it nor its contents may be disseminated to unauthorized personnel or agencies.*

*CASE STATUS:*     *OPEN*      *CLOSED*      *OTHER (Explain)*                    *PAGE*   1   *OF*   1   *PAGES*

*INVESTIGATOR'S SIGNATURE*                                                       *DATE*

Agent Jennifer Gelsomino

*SUPERVISOR'S SIGNATURE*                                                         *DATE*

*This report is the property of the Office of Internal Affairs, Metropolitan Police Department, Washington, D.C.*
*Neither it nor its contents may be disseminated to unauthorized personnel or agencies.*

### METROPOLITAN POLICE DEPARTMENT
### WASHINGTON, D.C.
### Internal Affairs Division

*P.D. 854 Rev. 2/97*

# REPORT OF INVESTIGATION

| FILE TITLE | DATE OF OCCURRENCE | |
|---|---|---|
| BWC Synopsis | January 6th, 2021 | |
| **TYPE OF CASE** | **IS#** | **O.I.A. FILE NO.** |
| Use Of Force Investigation | 20- | |

| NARRATIVE: | SYNOPSIS OF CASE INVESTIGATION |
|---|---|

**Officer Aaron Smith had 1 BWC (1) video related to this incident:**

**Video one: 23 minutes & 27 seconds dated January 6th, 2021**

**16:43** Officer Smith had formed a police line formation along with CDU63 in the area of 1 1st Street, Northeast, near the lower west terrace door of the United States Capitol Building, with the intent of dispersing a large crowd of protestors, who had occupied the grounds. Loud verbal commands of "move back" were given to the protestors by Officer Blair, while he simultaneously utilized his baton in a port arms push position to control the crowd.

**17:46** Mr. Blair could be seen carrying a red and blue confederate flag. He began to aggressively scream at the crowd or protestors, while pacing back and forth "quit backing up, quit backing up, stop being scared, "quit backing up we're Americans, let's go."

**18:02** Officer Thomas-Bartley along with CDU 63 police line began to push the crowd forward, while giving loud verbal commands to "move back" and utilizing their batons in a port arms push position.

**18:11** Mr. Blair refused to listen to the officers commands to move back, and continued to remain in place as the CDU line approached him.

**18:12** Mr. Blair became assaultive towards the officers and began to use his flag as a weapon to swing and push the officers

**18:13** A tactical takedown of Mr. Blair was conducted by Officer Hiligh and Officer Thomas-Bartley.

**18:23** Immediately following the takedown, Officer Smith administered two strikes with the tip of his baton to Mr. Blair's legs in order to stop his assaultive behavior towards the officers.

**18:30** Mr. Blair was placed in handcuffs and arrested without further incident.

| CASE STATUS: | OPEN | CLOSED | OTHER (Explain) | | PAGE | 1 | OF | 1 | PAGES |
|---|---|---|---|---|---|---|---|---|---|
| *INVESTIGATOR'S SIGNATURE* | | | | | *DATE* | | | | |
| Agent Jennifer Gelsomino | | | | | | | | | |
| *SUPERVISOR'S SIGNATURE* | | | | | *DATE* | | | | |

*This report is the property of the Office of Internal Affairs, Metropolitan Police Department, Washington, D.C. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.*

**CASE STATUS:**     OPEN      CLOSED      OTHER (Explain)          | PAGE   1   OF   1   PAGES

INVESTIGATOR'S SIGNATURE
Agent Jennifer Gelsomino                                          | DATE

SUPERVISOR'S SIGNATURE                                           | DATE

This report is the property of the Office of Internal Affairs, Metropolitan Police Department, Washington, D.C.
Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

**CASE STATUS:**     *OPEN*        *CLOSED*        *OTHER (Explain)*                              *PAGE*   1   *OF*   1   *PAGES*

*INVESTIGATOR'S SIGNATURE*                                                                         *DATE*

Agent Jennifer Gelsomino

*SUPERVISOR'S SIGNATURE*                                                                           *DATE*

*This report is the property of the Office of Internal Affairs, Metropolitan Police Department, Washington, D.C.*
*Neither it nor its contents may be disseminated to unauthorized personnel or agencies.*

*CASE STATUS:*   *OPEN*   *CLOSED*   *OTHER (Explain)*   | *PAGE*   1   *OF*   1   *PAGES*

*INVESTIGATOR'S SIGNATURE*   | *DATE*

Agent Jennifer Gelsomino

*SUPERVISOR'S SIGNATURE*   | *DATE*

*This report is the property of the Office of Internal Affairs, Metropolitan Police Department, Washington, D.C.*
*Neither it nor its contents may be disseminated to unauthorized personnel or agencies.*

***CASE STATUS:***     *OPEN*          *CLOSED*          *OTHER (Explain)*                              *PAGE*     1     *OF*     1     *PAGES*

*INVESTIGATOR'S SIGNATURE*                                                                            *DATE*
Agent Jennifer Gelsomino

*SUPERVISOR'S SIGNATURE*                                                                              *DATE*

*This report is the property of the Office of Internal Affairs, Metropolitan Police Department, Washington, D.C.*
*Neither it nor its contents may be disseminated to unauthorized personnel or agencies.*

**ATTACHMENT #10**

# METROPOLITAN POLICE DEPARTMENT
## *WASHINGTON, D.C.*
### *Internal Affairs Division*
### *REPORT OF INVESTIGATION*

*P.D. 854 REV. 01/94*

| FILE TITLE | | DATE OF OCCURRENCE | |
|---|---|---|---|
| Social Media Video from Twitter | | **January 7, 2021** | |
| TYPE OF CASE | | | I.A.D. FILE NO. |
| **Use of Force (CDU riot baton strike to head)** | 21-000063 | | **TBD** |

---

*NARRATIVE: Case synopsis*

---

A social media canvass of the social media platform Twitter revealed a posted video that captured the use of force incident. The video was shared on the Twitter "Night Shift" page by the Twitter handle @SpearsH7750, but was originally posted by the Twitter handle @4TheCulture on January 6, 2021. The video was 00:51 seconds in length and the following is a brief synopsis of that video:

**00:02** Mr. Blair appeared facing the crowd of protesters imploring them to fight back and resist the police line's efforts. He was holding a pole with a confederate flag affixed to it.

**00:06** Officer Peralta utilized mechanical force with his CDU riot baton to push Mr. Blair away from the advancing police line. Mr. Blair immediately turned and faced the police line.

**00:08** Mr. Blair assaulted three (3) MPD members on the CDU line, including Officer Peralta, by extending the pole that he was wielding and slamming it across the officer's chest area.

**00:10** Mr. Blair began backing away from the line as Officer Toussaint approached him with his CDU riot baton raised in the air. Another officer was attempting to remove the pole from Mr. Blair's possession.

**00:11** Officer Toussaint delivered a strike to Mr. Blair's left shoulder area with the tip of his CDU riot baton. He continued to deliver strikes with his CDU riot baton to Mr. Blair's torso and legs.

**00:15** Officer Peralta reengaged with Mr. Blair and delivered three (3) strikes to his head with his CDU riot baton. Mr. Blair began lowering his head, and two (2) additional strikes from his CDU riot baton were delivered by Officer Peralta.

**00:18** Officer Aaron Smith moved behind Mr. Blair and delivered two (2) strikes with his CDU riot baton to Mr. Blair's legs.

**00:21** A tactical takedown got Mr. Blair to the ground as the CDU 63 line formed around the members handcuffing Mr. Blair. OC spray was deployed by the CDU 63 line to disperse the protesters rapidly approaching Mr. Blair's position as he was handcuffed by Officer Austin Smith.

---

*CASE STATUS:*   _X_OPEN   __CLOSED   __OTHER (Explain)                          *PAGE 1 OF 1 PAGES*

| INVESTIGATOR'S SIGNATURE  *Sergeant/Agent Christopher M. Tilley* | | DATE |
|---|---|---|
| SUPERVISOR'S SIGNATURE | | DATE |

*This report is the property of the Internal Affairs Division, Metropolitan Police Department, Washington, D.C.*
*Neither it nor its contents may be disseminated to unauthorized personnel or agencies.*

# EXHIBIT 7

CiOX Health

## BUSINESS RECORDS CERTIFICATION

I, _Patrice L Riley_ as a copy representative employed by CiOX Health, the health information management service used by _George Washington Univ. Hospital_ hereby certify that the enclosed photographic copy of the _medical_ records has been compared with the original _David Blair_ records and is an accurate duplicate of such records.

A. The attached records are made at or near the time of the occurrence of the matters set forth in the documents;

B. The attached records were made by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters;

C. The attached records were made and kept in the course of regularly conducted business activity; and

D. The attached records were made and kept by the business as a regular practice.

Number of pages  _65_                    Date _4/7/2021_

_Patrice L Riley_

Signature of representative of

CiOX Health

**GW Hospital**

900 23rd Street, NW
Washington, DC 20037

(202) 715-4000

## Patient Information

| | | |
|---|---|---|
| **Patient Name:** BLAIR, DAVID | **Sex:** Male | **Language:** |
| **Home Address:** 2195 SUGARLOAF PARKVIEW LN | **DOB:** 08/04/1994 | **Race:** White |
| | **Age:** 26 Years | **SSN:** XXX-XX-5463 |
| CLARKSBURG, MD 20871 | **Religion:** Christian Church | |
| **Preferred Phone:** | **Marital Status:** | |
| **Employer Name:** | **Contact:** | |
| **Employer Phone:** | **EMAIL** | |

## Guarantor Information

**Guarantor Name:**               **Sex:**            **DOB:**
**Patient's Reltn:**              **Employer Name:**
**Billing Address:**             **Employer Phone:**

**Billing Phone:**

## Contact Information

*Emergency Contact*
**Contact Name:** GAYLE BLAIR
**Patient's Reltn:**
**Sex:**
**Preferred Phone:** 2404220979

*Next of Kin*
**Contact Name:** GAYLE BLAIR
**Patient's Reltn:**
**Sex:**
**Preferred Phone:** 2404220979

## Primary Insurance

**Subscriber Name:** BLAIR, DAVID
**Patient's Reltn:**
**Sex:** Male
**DOB:** 08/04/1994

**Employer Name:**
**Employer Phone:**
**Financial Class:**
**Group Name:**

**Insurance** NON-CONTRACTED HMO INVISIO
**Claim Address:**

**Insurance Phone:**
**Policy Number:** 43294919
**Group Number:** 4300011010
**Authorization Number:**
**Authorization Phone:**
**Authorization Contact:**

## Secondary Insurance

**Subscriber Name:**
**Patient's Reltn:**
**Sex:**
**DOB:**

**Employer Name:**
**Employer Phone:**
**Financial Class:**
**Group Name:**

**Insurance Name:**
**Claim Address:**

**Insurance Phone:**
**Policy Number:**
**Group Number:**
**Authorization Number:**
**Authorization Phone:**
**Authorization Contact:**

## Encounter Information

**Reg Dt/Tm:** 01/06/2021 20:00
**Est Dt of Arrival:** 01/07/2021 01:41
**Inpt Adm Dt/Tm:**
**Disch Dt/Tm:** 01/07/2021 01:41
**Observation Dt/Tm:**
**VIP Indicator:**
**Admit Reason:** HEAD INJ
**Accident:** Crime Victim
**Accident Date** 01/06/2021 19:50

**Patient Type:** Emergency
**Medical Service:** EMR-Emergenc
**Location:** GWU ED
**Room/Bed:** /
**Isolation:**

**Admit Type:** Emergency
**Admit Source:** Emergency Room
**User ID:** GWU_INVISION CONTRIBUTOR
**Admitting:** MD Matthew Pyle
**Attending:** MD Matthew Pyle
**PCP:** Fam md No pcp
**Referring:** MD Tenagne Haile-mariam

---

**BLAIR, DAVID**
Male / 26 Years

EL0012

**MEDICAL
RECORD**


Patient Identification

GWU00001393494468-GWU4770685
BLAIR, DAVID
DOB: 08/04/1994 26 Years    M
ADM/REG DT: 01/06/2021

GWU- George Washington University Hospital
900 23rd Street, Northwest
Washington, DC 20037-2342

Patient:    BLAIR, DAVID
MRN:        GWU4770685
DOB/Sex:    8/4/1994    / Male
Attending:  Pyle,Matthew MD

Admit: 1/6/2021
Disch: 1/7/2021          Disch Time:  01:41 EST
FIN:   GWU0000139349468

*Facesheets*

SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Facesheets
1/6/2021 00:00 EST
Unauth

**FACE SHEET REGISTRATION FORM_20210106.pdf**
Please click on link to see image.

Medical Record
Report Request ID:  191471839

GWU- George Washington University Hospital

Patient:      BLAIR, DAVID
MRN:          GWU4770685
DOB/Sex:      8/4/1994    / Male
Attending:    Pyle,Matthew MD

Admit:  1/6/2021
Disch:  1/7/2021
FIN:    GWU0000139349468

*Discharge Instructions*

GWU- George Washington University Hospital

| Patient: | BLAIR, DAVID | | Admit: | 1/6/2021 |
| MRN: | GWU4770685 | | Disch: | 1/7/2021 |
| DOB/Sex: | 8/4/1994   / Male | | FIN: | GWU0000139349468 |
| Attending: | Pyle,Matthew MD | | | |

## Emergency Dept

01/07/2021 00:33 KRaphel: CT negative for any fracture or bleed. Patient's wounds cleaned repaired with staples and sutures. Patient cleared for discharge at this time. Patient to have his sutures and staples removed in 7 to 10 days.

**Impression and Plan**
Assault - ICD10-CM Y09.
Concussion - ICD10-CM S06.0X9A.
**Plan**
Condition: Stable.
Patient was given the following educational materials: Concussion, Head Injury (Adult), Head Injury (Adult), Concussion.
Follow up with: Fam md No pcp, IMD Within Next Available Appointment; Gobindveer Sahi, MED Within Next Available Appointment
Thank you for choosing your care at George Washington University Hospital's Emergency Department today. You were seen here after being hit in the head by a weapon multiple times. Your CT scan of your head is reassuring that you do not have a skull fracture or brain bleed at this time. We believe that you likely have sustained a concussion. A concussion is a clinical diagnosis based on a provider's evaluation, and is not able to be seen on CT scans or other imaging. You should not participate in any activities that increase the chance for a repeat concussion. To help you return to work/play, and decrease your post-concussive symptoms, follow these instructions: Be sure to get plenty of sleep. Take daytime rests or naps when fatigued. You should alter your work schedule to allow for frequent breaks. You may experience symptoms such as headaches, dizziness, confusion, and delayed thought processes. These symptoms will be made worse with increasing exertion. Decrease use of screens including televisions, computers, and phones. Try to rest in dark conditions with minimal stimulation for the first 24-48 hours and return slowly to activity, reducing activity if you experience any symptoms. You should return to the ER if you experience worsening confusion, worsening headache, weakness or numbness, vomiting, change of vision, or other concerning symptoms.

Additionally, your wounds were cleaned thoroughly, any foreign debris was removed, and the wounds were closed with 9 staples in the center wound and 7 sutures in the left sided wound. Keep the wound clean, dry, and covered. Use water and mild soap to clean every day. You should have the sutures removed in 7-10 days by your primary care doctor, or return to the ER for suture removal. We have provided you with extra details and the patient education supplied with instructions for cleaning and follow-up. You should return to the ER or call 911 sooner if you experience any of the following:
Fever greater than 100.4°F (38°C)
Wound reopens or bleeds
Increasing pain in the wound
Signs of infection, such as warmth, redness, swelling, or foul-smelling drainage from the wound
Persistent numbness or weakness in the affected area

You should follow up with your primary care doctor within the next 3-4 days. Call for an appointment today.

If you are having concerning or lasting symptoms of a concussion, below is also information for two different doctors who specializes in concussions (two locations)

Dr. Komal Patel
The GW Medical Faculty Associates
Physical Medicine & Rehabilitation
2100 Pennsylvania Ave
Washington, DC 20037
202-872-7000

Dr. Gobinveer Sahi
1101 15th St. NW
Washington, DC 20005
202-796-0100

Dr. Gobinveer Sahi

GWU- George Washington University Hospital

| | | | |
|---|---|---|---|
| Patient: | BLAIR, DAVID | Admit: | 1/6/2021 |
| MRN: | GWU4770685 | Disch: | 1/7/2021 |
| DOB/Sex: | 8/4/1994   / Male | FIN: | GWU0000139349468 |
| Attending: | Pyle,Matthew MD | | |

## *Emergency Dept*

2350 Washington Place, NE
Suite 110N
Washington, DC 20018
202-544-7580

For more information regarding concussions and returning to daily activities; http://www.cdc.gov/headsup/

Thank you for choosing the George Washington Emergency Department

Counseled: Patient.
Disposition: Review/Insert Order Profile (Selected)
        Inpatient Orders
            Ordered
                Discharge Request

---

DOCUMENT NAME:            ED Patient Summary
SERVICE DATE/TIME:        1/7/2021 01:41 EST
RESULT STATUS:            Modified
PERFORM INFORMATION:      Mapes RN,Haley (1/7/2021 01:41 EST)
SIGN INFORMATION:         Mapes RN,Haley (1/7/2021 01:41 EST); Lee,Randall MD
                          (1/7/2021 00:45 EST)

ED Patient Summary

**GWU- George Washington University Hospital**
**900 23rd Street, NW**
**Washington, DC 20037**
**http://www.gwhospital.com/**
**(202) 715-4000**

Confirmation of Receipt of Instructions

Name: BLAIR, DAVID
Age:  26 Years Date of Birth: 08/04/94
MRN: GWU4770685 FIN: GWU0000139349468 Arrival Time: 01/06/21 20:00:00
Diagnosis: Assault; Concussion
Patient Visit Summary:
BLAIR, DAVID has been provided patient education materials, follow-up instructions and
prescriptions.
My Signature Below Indicates:
> I have received and understood the oral instructions regarding my current medical
problem.

Print Date/Time 4/7/2021 15:14 EDT        Medical Record        Page 15 of 65

GWU- George Washington University Hospital

| | | | |
|---|---|---|---|
| Patient: | BLAIR, DAVID | Admit: | 1/6/2021 |
| MRN: | GWU4770685 | Disch: | 1/7/2021 |
| DOB/Sex: | 8/4/1994   / Male | FIN: | GWU0000139349468 |
| Attending: | Pyle,Matthew MD | | |

---

### *Emergency Dept*

> I will arrange follow-up care as instructed, outlined in this and any following page(s).
> I acknowledge continuing medications prescribed by my regular doctor.
> I acknowledge receipt of the written instructions as outlined in this and any previous page(s).
> I will read and review these instructions.
> I acknowledge that I will contact my Primary Care Physician or return to the Emergency Department immediately if symptoms worsen or persist.
( ) Patient Refuses to Sign
( ) Patient Left Without Signing
( ) Patient was informed of their non-emergent status

_____
Patient Signature

_____
Parent / Guardian (if patient is a minor)

_____
Nurse Signature (if not patient signature)

_____
Hospital Witness Signature (if no patient signature)


DC1008

**GWU- George Washington University Hospital**
**900 23rd Street, NW**
**Washington, DC 20037**
**http://www.gwhospital.com/**
**(202) 715-4000**

Name: BLAIR, DAVID
Age:  26 Years Date of Birth: 08/04/94
MRN: GWU4770685 FIN: GWU0000139349468 Arrival Time: 01/06/21 20:00:00
Diagnosis: Assault; Concussion
Emergency Department Care Team:
*Provider: Pyle, Matthew MD*

GWU- George Washington University Hospital

Patient:     BLAIR, DAVID
MRN:         GWU4770685                                  Admit:  1/6/2021
DOB/Sex:     8/4/1994    / Male                          Disch:  1/7/2021
Attending:   Pyle,Matthew MD                             FIN:    GWU0000139349468

---

## Emergency Dept

**With:**                **Address:**              **When:**

Please return if you                              Within Now, only
develop any new                                   if needed
symptoms or have any
new complaints or pain.

**With:**                **Address:**              **When:**

Please follow up with your                        Within Now
primary doctor within 24
hours. If you can't get an
appointment withing 24
hours, please return and
we will help you.

**With:**                **Address:**              **When:**

DO NOT DRIVE HOME                                 Within Next
                                                  Available
                                                  Appointment

**With:**                **Address:**              **When:**

Fam md No pcp, IMD       901 23RD ST NW            Within Next
                         WASHINGTON, DC 200370000  Available
                         (999)999-9999 Business (1) Appointment

**With:**                **Address:**              **When:**

Gobindveer Sahi, MED     2350 WASHINGTON PL NE     Within Next
                         #110N, SUITE 1            Available
                         WASHINGTON, DC 200180000  Appointment
                         (888)808-6483 Business (1)

**Comments:**
Thank you for choosing your care at George Washington University
Hospital's Emergency Department today. You were seen here after being hit
in the head by a weapon multiple times. Your CT scan of your head is

Print Date/Time  4/7/2021 15:14 EDT          Medical Record                    Page 18 of 65

GWU- George Washington University Hospital

Patient:      BLAIR, DAVID                                    Admit:  1/6/2021
MRN:          GWU4770685                                      Disch:  1/7/2021
DOB/Sex:      8/4/1994    / Male                              FIN:    GWU0000139349468
Attending:    Pyle,Matthew MD

---

### *Emergency Dept*

reassuring that you do not have a skull fracture or brain bleed at this time.
We believe that you likely have sustained a concussion. A concussion is a
clinical diagnosis based on a provider's evaluation, and is not able to be
seen on CT scans or other imaging. You should not participate in any
activities that increase the chance for a repeat concussion. To help you
return to work/play, and decrease your post-concussive symptoms, follow
these instructions; Be sure to get plenty of sleep. Take daytime rests or naps
when fatigued. You should alter your work schedule to allow for frequent
breaks. You may experience symptoms such as headaches, dizziness,
confusion, and delayed thought processes. These symptoms will be made
worse with increasing exertion. Decrease use of screens including
televisions, computers, and phones. Try to rest in dark conditions with
minimal stimulation for the first 24-48 hours and return slowly to activity,
reducing activity if you experience any symptoms. You should return to the
ER if you experience worsening confusion, worsening headache, weakness
or numbness, vomiting, change of vision, or other concerning symptoms.

Additionally, your wounds were cleaned thoroughly, any foreign debris was
removed, and the wounds were closed with 9 staples in the center wound
and 7 sutures in the left sided wound. Keep the wound clean, dry, and
covered. Use water and mild soap to clean every day. You should have the
sutures removed in 7-10 days by your primary care doctor, or return to the
ER for suture removal. We have provided you with extra details and the
patient education supplied with instructions for cleaning and follow-up. You
should return to the ER or call 911 sooner if you experience any of the
following:
Fever greater than 100.4°F (38°C)
Wound reopens or bleeds
Increasing pain in the wound
Signs of infection, such as warmth, redness, swelling, or foul-smelling
drainage from the wound
Persistent numbness or weakness in the affected area

You should follow up with your primary care doctor within the next 3-4 days.
Call for an appointment today.

If you are having concerning or lasting symptoms of a concussion, below is
also information for two different doctors who specializes in concussions
(two locations)

Dr. Komal Patel

Print Date/Time 4/7/2021 15:14 EDT          Medical Record                    Page 19 of 65

GWU- George Washington University Hospital

Patient:    BLAIR, DAVID
MRN:        GWU4770685
DOB/Sex:    8/4/1994    / Male
Attending:  Pyle,Matthew MD

Admit:  1/6/2021
Disch:  1/7/2021
FIN:    GWU0000139349468

---

### Emergency Dept

The GW Medical Faculty Associates
Physical Medicine & Rehabilitation
2100 Pennsylvania Ave
Washington, DC 20037
202-872-7000

Dr. Gobinveer Sahi
1101 15th St. NW
Washington, DC 20005
202-798-0100

Dr. Gobinveer Sahi
2350 Washington Place, NE
Suite 110N
Washington, DC 20018
202-544-7580

For more information regarding concussions and returning to daily activities;
http://www.cdc.gov/headsup/

Thank you for choosing the George Washington Emergency Department

## Head Injury (Adult)



Print Date/Time  4/7/2021 15:14 EDT        Medical Record        Page 20 of 65

GWU- George Washington University Hospital

Patient:    BLAIR, DAVID                                    Admit:  1/6/2021
MRN:        GWU4770685                                      Disch:  1/7/2021
DOB/Sex:    8/4/1994    / Male                              FIN:    GWU0000139349468
Attending:  Pyle,Matthew MD

## Emergency Dept

Author:   Raphel, Kristin MD

**Basic Information**
   **Time seen:** Date & time 01/06/21 20:24:00, Provider Assignment
   Raphel, Kristin MD assigned at 01/06/2021 20:17
   .
   **Additional Information:** Chief Complaint from Nursing Triage Note : Chief Complaint
      01/06/21 20:03 EST    Chief Complaint    Chief Complaint  .
      ,

**History of Present Illness**
   Patient is a 26-year-old female with no significant medical history who presents with head trauma. 1 hour PTA he was hit in the head with the police baton while he was at a MAGA insurgence. Patient stating he believes -LOC, but " blacked out for less than 1 second" denying. Confusion, nausea, vomiting, change in vision.  5/10 pain.  Patient has dried blood covering left side of face, and obvious large laceration from the scalp running down the left side of his face to his jaw . Unknown last tetanus shot.  Did not take any pain meds.  Also endorsing some left knee stiffness, with no focal tenderness and full ROM in extension and flexion.  Able to place full weight on his knee. Pt is also denying alcohol and drug use tonight.

   Patient is in police custody.

   Review of Systems
      **Constitutional symptoms:**  No fever, no chills.
      **Skin symptoms:**  No jaundice, no rash.
      **Eye symptoms:**  No recent vision problems, no discharge, no icterus.
      **ENMT symptoms:**  No sore throat, no nasal congestion.
      **Respiratory symptoms:**  No shortness of breath, no wheezing.
      **Cardiovascular symptoms:**  No chest pain, no palpitations.
      **Gastrointestinal symptoms:**  No abdominal pain, no nausea, no vomiting.
      **Genitourinary symptoms:**  No dysuria, no hematuria.
      **Musculoskeletal symptoms:**  No back pain, no joint pain.
      **Neurologic symptoms:**  Headache, No dizziness.
      **Allergy/Immunologic symptoms:**  No impaired immunity,
                                           .

**Health Status**
   Allergies:
      Allergic Reactions (Selected)
         No Known Allergies.
**Past Medical/ Family/ Social History**
   Medical history: PMH/Problems ST
   No problems documented.
   .
   Surgical history:
      No active procedure history items have been selected or recorded..
   Family history:
      No family history items have been selected or recorded..
   Social history: Social History ST
   No Data Available.

**Physical Examination**

      Vital Signs
      Vital Signs

Print Date/Time 4/7/2021 15:14 EDT       Medical Record                    Page 27 of 65

GWU- George Washington University Hospital

Patient:    BLAIR, DAVID
MRN:       GWU4770685
DOB/Sex:  8/4/1994    / Male
Attending:   Pyle,Matthew MD

Admit:  1/6/2021
Disch:  1/7/2021
FIN:    GWU0000139349468

---

### Emergency Dept

```
01/06/21 20:03 EST    Temperature (Route Not Specified)      36.8 DegC
                      Temperature Convert C to F             98.2 DegF
                      Temperature Method
                      Peripheral Pulse Rate        Temporal Artery
                      Respiratory Rate             102 bpm  HI
                      BP Site                      18 br/min
                      Systolic Blood Pressure      Left arm
                      Diastolic Blood Pressure     173 mmHg  HI
                      SpO2                         86 mmHg  HI
                      Oxygen Therapy               99 %
                                                   Room air
```

**Glasgow coma scale:** Total score: Total score: 15.
   **Neurological:** Alert and oriented to person, place, time, and situation
   **Skin:** Warm, dry, not cyanotic, not cool.
   **Head:** Normocephalic. Large 10cm superficial laceration dor the center of the scalp. A second complicated 6cm laceration to the L fronto-temporal area.  No active bleeding at this time.  Sensation intact.  Facial muscles intact.
   **Neck:** Trachea midline, no tenderness.
   **Eye:** Pupils are equal, round and reactive to light
   **Ears, nose, mouth and throat:** Tympanic membranes clear, Dried blood in external canal.
   **Cardiovascular:** Regular rate and rhythm
   **Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal
   **Chest wall:** No deformity.
   **Back:** No step-offs.
   **Musculoskeletal:** No deformity.
   **Gastrointestinal:** Nontender, Non distended

**Medical Decision Making**
   Orders  Review/Insert Order Profile (Selected)
      _Inpatient Orders_
         _Ordered_
            Complete Document Medication By History:
            ED Nursing Exam:
            ED Reassessment:
            Vital Signs Mobile:
            lidocaine-epinephrine 2%-1:100,000 injectable solution: 20 mL, IntraDermal, Once
            tetanus/diphth/pertuss (Tdap) adult/adol: 0.5 mL, IntraMuscular, Once
         _Ordered (Exam Ordered)_
            CT Head or Brain w/o Contrast:
         _Canceled_
            ED Triage Mobile:

**Radiology results:** Radiologist's interpretation: : imaging
   01/06/21 21:09 EST    CT Head or Brain w/o Contrast        GWU RADIOLOGY  (Unauth)
, CT Head or Brain w/o Contrast Event Date: 1/6/2021 21:09:26 EST Updated: 01/06/21 21:27 EST
**CT Head or Brain w/o Contrast**
This document has an image
Reason For Exam
Trauma/Injury
URI:RAD
GWU RADIOLOGY
Caution: Report not yet finalized and possibly incomplete!

**PROCEDURE: CT HEAD OR BRAIN W/O CONTRAST**

GWU- George Washington University Hospital

| Patient: | BLAIR, DAVID | | Admit: | 1/6/2021 |
| MRN: | GWU4770685 | | Disch: | 1/7/2021 |
| DOB/Sex: | 8/4/1994   / Male | | FIN: | GWU0000139349468 |
| Attending: | Pyle,Matthew MD | | | |

## Emergency Dept

Patient is a 26-year-old male here with a head injury and laceration from being hit in the head by a police baton. Will obtain CT head concern of possible LOC and mechanism, but no red flag signs at this time. Will give a Tdap since does not know last tetanus. After CT will clean to see the extent of lacerations and will staple/suture closed. Left knee does not warrant x-ray at this time. Patient is very pleasant and cooperative.

01/07/2021 00:33 KRaphel: CT negative for any fracture or bleed. Patient's wounds cleaned repaired with staples and sutures. Patient cleared for discharge at this time. Patient to have his sutures and staples removed in 7 to 10 days.

Impression and Plan
    Assault - ICD10-CM Y09,
    Concussion - ICD10-CM S06.0X9A,
    Scalp laceration - ICD10-CM S01.01XA,
    Plan
    Condition: Stable.
        Patient was given the following educational materials: Concussion, Head Injury (Adult), Head Injury (Adult), Concussion.
        Follow up with: Fam md No pcp, IMD Within Next Available Appointment; Gobindveer Sahi, MED Within Next Available Appointment
            Thank you for choosing your care at George Washington University Hospital's Emergency Department today. You were seen here after being hit in the head by a weapon multiple times. Your CT scan of your head is reassuring that you do not have a skull fracture or brain bleed at this time. We believe that you likely have sustained a concussion. A concussion is a clinical diagnosis based on a provider's evaluation, and is not able to be seen on CT scans or other imaging. You should not participate in any activities that increase the chance for a repeat concussion. To help you return to work/play, and decrease your post-concussive symptoms, follow these instructions; Be sure to get plenty of sleep. Take daytime rests or naps when fatigued. You should alter your work schedule to allow for frequent breaks. You may experience symptoms such as headaches, dizziness, confusion, and delayed thought processes. These symptoms will be made worse with increasing exertion. Decrease use of screens including televisions, computers, and phones. Try to rest in dark conditions with minimal stimulation for the first 24-48 hours and return slowly to activity, reducing activity if you experience any symptoms. You should return to the ER if you experience worsening confusion, worsening headache, weakness or numbness, vomiting, change of vision, or other concerning symptoms.

        Additionally, your wounds were cleaned thoroughly, any foreign debris was removed, and the wounds were closed with 9 staples in the center wound and 7 sutures in the left sided wound. Keep the wound clean, dry, and covered. Use water and mild soap to clean every day. You should have the sutures removed in 7-10 days by your primary care doctor, or return to the ER for suture removal. We have provided you with extra details and the patient education supplied with instructions for cleaning and follow-up. You should return to the ER or call 911 sooner if you experience any of the following:
            Fever greater than 100.4°F (38°C)
            Wound reopens or bleeds
            Increasing pain in the wound
            Signs of infection, such as warmth, redness, swelling, or foul-smelling drainage from the wound
            Persistent numbness or weakness in the affected area

        You should follow up with your primary care doctor within the next 3-4 days. Call for an appointment today.

        If you are having concerning or lasting symptoms of a concussion, below is also information for two different doctors who specializes in concussions (two locations)

            Dr. Komal Patel
            The GW Medical Faculty Associates
            Physical Medicine & Rehabilitation
            2100 Pennsylvania Ave
            Washington, DC 20037
            202-872-7000

            Dr. Gobinveer Sahi
            1101 15th St. NW

GWU- George Washington University Hospital

| | |
|---|---|
| Patient: BLAIR, DAVID | Admit: 1/6/2021 |
| MRN: GWU4770685 | Disch: 1/7/2021 |
| DOB/Sex: 8/4/1994  / Male | FIN: GWU0000139349468 |
| Attending: Pyle,Matthew MD | |

---

*Emergency Dept*

Washington, DC 20005
202-798-0100

Dr. Gobinveer Sahi
2350 Washington Place, NE
Suite 110N
Washington, DC 20018
202-544-7580

For more information regarding concussions and returning to daily activities; http://www.cdc.gov/headsup/

Thank you for choosing the George Washington Emergency Department

Counseled: Patient.
Disposition: Review/Insert Order Profile (Selected)
   Inpatient Orders
     *Ordered*
      Discharge Request

Addendum

**Teaching-Supervisory Addendum-Brief**
   I participated in the following activities of this patients care: the medical history, the physical exam, medical decision making, I personally interviewed and examined this patient. I discussed the findings, diagnostic studies, interventions and treatment plan with ARNP / PA. I reviewed the clinical notes and test results. I agree with the assessment, management, and disposition as presented by the Resident/AP with exceptions as documented. This note was written by Dr. Pyle

26M no sig PMH bibems in PD custody s/p head injury. Pt reports being struck in the had with police baton during protests, unknown LOC, possibly brief, did suffer head/face lac. no weakness/numbness/tingling, no N/V, no neck pain. tdap unknown. Also complaining of some mild L knee discomfort but ambulating without difficulty.

VS: WNL
Gen: well appearing, non-toxic, no acute distress
HEENT: dried blood on the scalp and face, scalp laceration not actively bleeding no bony tenderness/deformity, No racoon eyes, no battles sign.
Neck: supple, nontender
CV: RRR.
Lungs: CTAB/L
Abd: soft, NTND, normal BS
msk: L knee normal anatomic position, no swelling, no deformity, no erythema, no ecchymosis. No tenderness to palpation. Negative Anterior/posterior drawer. No pain or laxity with varus/valgus. Intact pulses and sensation.
Neuro: AOX4, CNII-XII grossly intact, normal strength, motor, sensation, normal reflexes, no cerebellar signs

A: 26M s/p blow to the head with ?LOC nonfocal neuro exam, likely concussed + scalp lac though with LOC questionable ICH

P:
CT head
tdap
wound care

GWU- George Washington University Hospital

Patient:    BLAIR, DAVID                                     Admit:  1/6/2021
MRN:       GWU4770685                                       Disch:  1/7/2021
DOB/Sex:  8/4/1994    / Male                                 FIN:    GWU0000139349468
Attending: Pyle,Matthew MD

| *Progress Notes* |
| --- |

DOCUMENT NAME:                          Nursing Note-Text
SERVICE DATE/TIME:                       1/6/2021 20:52 EST
RESULT STATUS:                           Auth (Verified)
PERFORM INFORMATION:                    Moskowitz RN,Shoshana (1/6/2021 20:52 EST)
SIGN INFORMATION:                        Moskowitz RN,Shoshana (1/6/2021 20:52 EST)

**Nursing Note Entered On:  1/6/2021 20:54 EST**
**Performed On:  1/6/2021 20:52 EST by Moskowitz RN, Shoshana**

**Nursing Note**
*Nursing Note :*   Pt states that he was hit over his head 3-4 time with a police batton while he was at the
demonstrations at the Capitol.  Denies LOC at the time.  Dried blood on face and light active bleeding from 2
noted lacerations on his head.  On that is on the top of his head and one that is left lateral.  Pt states that now he
is starting to feel a little "foggy."    Unk last tetanus.  Plan to update tetanus and await CT to be ready for scan.
                                                                  Moskowitz RN, Shoshana - 1/6/2021 20:52 EST

DOCUMENT NAME:                          Nursing Note-Text
SERVICE DATE/TIME:                       1/6/2021 20:05 EST
RESULT STATUS:                           Auth (Verified)
PERFORM INFORMATION:                    Deguzman RN,Jason C (1/6/2021 20:05 EST)
SIGN INFORMATION:                        Deguzman RN,Jason C (1/6/2021 20:05 EST)

**Nursing Note Entered On:  1/6/2021 20:06 EST**
**Performed On:  1/6/2021 20:05 EST by Deguzman RN, Jason C**

**Nursing Note**
*Nursing Note :*   Assessed by MD Linowes to r/o trauma. No trauma activation.
                                                                  Deguzman RN, Jason C - 1/6/2021 20:05 EST

Print Date/Time  4/7/2021 15:14 EDT          Medical Record                          Page 36 of 65

# EXHIBIT 8

This letter is in support of David Blair.

My name is Philip Gash and I was David's lacrosse coach. I have known David since he was 13 years old. In the time since I have met him, despite our age difference, he has become one of my closest friends. I met him when I was coaching an off-season program in which David was an exceptional player. He was 13 years old playing on a team of high school students. He showed more promise and talent than the average students in his own age group, and he was hand selected by me in order to gain more competitive experience playing at a higher level. He had always been extremely competitive and unafraid of a challenge. After seeing how well he got along with everyone and the confidence he displayed, I decided to hire him to a position at a lacrosse store where I worked at in Bethesda, MD called Sports Extra. He was 14 years old at the time and showed exceptional customer service and a great work ethic.

As David turned 16, I had moved onto coaching a club Lacrosse team with the intent of finding local players college offers and placing them in competitive tournaments against teams from around the country. David was invited on the team to participate with players from all over the DC Metro area. Just as before, he got along great with everyone, displaying great athleticism, hard work, passion, charisma and a commitment of striving to constantly improve. After David graduated high school, I decided to reach out and offer him various employment opportunities. He was my first choice to hire at RSTQ to work as a chauffeur and at Ralph Lauren Polo Retail Outlet to work as a sales associate. I was the General Manager at both jobs for which I hired him. I wouldn't have hired David onto three jobs if I did not believe in him as a person. He has been nothing but respectful and very patriotic since I have known him. He has always had respect and got along with all races and backgrounds at each of the teams I coached and at the jobs for which I hired him. He got along with people of all races and that he was always liked by everyone. I myself am Jewish and take great pride in respecting people of all races and religions. I know that David shares the same beliefs as I do regarding that. Where I live in Montgomery County, it is considered to be one of the most diverse counties in the nation, David was always around all types of different people with differing races and religions. Again, nothing but respect was always shown. Everyone loved David.

I did notice a change in him the past year before January 6th. I knew David has always had issues with his mental health. He had a very bad bout from 16-18 that effected his athletics severely, but he was always able to put on a strong front and outside of his closest friends or coaches, you would never be able to tell. He had always taken so much pride in our country, and to see it in the state that it was in had a profound effect on him mentally. He cared about the history of our nation and would preach about why it's so important to be proud. Many of David's past family relatives like my own, many of whom had all served in the US Military and I know that this is something which we both had in common and is something that we both shared and we are both very proud of and we had talked about it with each other many times. David has always displayed respect for authority, and respect for all others he came in contact with, so to see him accused of these charges it was incredibly shocking to me. That's not the David I know. I'm confident in saying that if he had gotten himself the help he needed, he wouldn't be in this situation. I know him to have a great heart, caring, compassionate and always willing to help anyone else less fortunate in need. Through athletics, and my coaching specifically, he had it ingrained into him to never back down from any type of competitive challenge and especially in regards to physical contact no matter what the result was to his own body, in athletics I always coached him in this way and I always used the term, "Reckless Abandonment for your body". David has had numerous concussions. I believe this also had an effect on the situation he found himself in. David will have full support from me to ensure he will never find himself needing help like that again.

Thank you for your time. I hope that you will show leniency and understanding towards David. He's a wonderful person with a caring heart, who always shows care and gives help to others in need and was a tremendous teammate on many of the teams I have coached him on as well as a dependable and hardworking employee in the employment opportunities I have provided to him and he has a lot to offer to any employer. If given the opportunity I would hire him again in the future.

Respectfully,

Philip Gash

Philip Gash
240-422-3995
Philip.Gash@gmail.com
20526 Lowfield Drive
Germantown, MD 20874

# EXHIBIT 9

July 23, 2021

Gaye L. Blair
2195 Sugarloaf Parkview Lane
Clarksburg, Md 20871
gayleblr@comcast.net

Re: In Support of David Blair

To Whom It May Concern:

My son is David Blair. I was shocked to get the call from the police station after his arrest. David has always been respectful of authority and supportive of law enforcement. Nothing in his past or personality indicated that he would ever be arrested.

I feel it is important for you to know the type of person David is and how unexpected his behavior was. David cares deeply for his neighborhood, friends and family. He is a kind and trusted individual who helps others. Neighbors readily call upon David to help with house chores, yard work and caring for pets. Friends rely upon David's expertise and advice with vehicle repairs and purchases. As a grandson, David would spend hours visiting and caretaking for his grandmother feeding her when she was no longer able to do so herself. He has been a tremendous support to me following the breakup of my marriage.

David is a person of integrity. He has been honest, cooperative, and forthright during the entire process. He was respectful to law officers directly after his arrest and to all those he has come into contact with. David has taken a hard look at himself to examine what led to his actions on January the 6th and what changes he needs to make in his life going forward. This is how anyone that knows David would expect him to act.

Last year was the "perfect storm" for my son. Having suffered from some mental health concerns since high school, David was impacted by declining mental health during the Covid 19 lockdown. The isolation and stress of Covid 19 along with the social and political unrest in our country impacted David negatively. David's beloved maternal grandmother was of Hungarian decent. Her family fled communism in Hungary. The display of communist symbols in America were particularly concerning to David. He also became increasingly upset with what he felt was American history being erased. We sought medical and mental health care for David immediately after the incident. Ultimately, he was diagnosed with Bi-Polar I Disorder with the clinicians feeling that he may not have been properly diagnosed in high school. With the appropriate medications and the easing of Covid restrictions, David's mental health has improved. He responded positively to therapy as well.

David has some work to do to put his life back together again. He has gained insight. I am certain that David will not repeat such behaviors and will never reoffend. He has a strong support system of family and friends to help him. I am asking for leniency from you on behalf of my son in this matter.

Respectfully,

*Gaye D Blair*

# EXHIBIT 10

July 24, 2021


Re:  In Support of David Blair

To Whom It May Concern:

I am writing this letter on behalf of David Blair who was arrested on January 6, 2021.  David is the son of a dear friend and former co-worker and I've known him since 2001.  Although my son was a grade behind David and attending a different school, his mother and I often scheduled outings to places such as museums for the boys to get together.  I felt David was a good role model for my son.

I've always found David to be respectful, polite, caring and eager to learn more about the world around him.  He grew up attending church regularly with his family and living his faith.  While in school, David actively participated in sports, displaying the dedication, discipline and hard work needed to achieve varsity league levels.  His involvement with sports also taught him team work and leadership skills.  David is comfortable and gets along with people from all walks of life, even those from different racial and socio-economic backgrounds.  I've often thought he "has never met a stranger."  Additionally, he is very protective of his mother and good friends.

David has been a big help to me several times over the years.  For instance, when I needed someone to help move a heavy stationary bike last fall from another home to my own, David volunteered to pick it up and even carried it down into my basement.  More recently, David came over to jump start my second car when it's battery died.  Once it was running, he offered to drive it around to make sure the battery was fully charged.  I handed David the keys as I fully trust him.  He went over and beyond by taking the car through the carwash for me as well.  I wanted to reimburse David for his time and the expense of the wash, but he refused.  Not many young men would offer to do that today.  He was a blessing to me.

Thank for you taking the time to read my letter.  I hope I have been able to provide you with information to access David's true character before passing any judgements.  I would be most thankful for your kind review and consideration of David's situation.  If I can be of additional help or need to clarify any information provided, please do not hesitate to contact me.

Most sincerely,

Nina K. Bell
11704 Morning Glory Place
New Market, MD  21774
301-865-9940

# EXHIBIT 11

**GW Hospital**

900 23rd Street, NW
Washington, DC  20037

(202) 715-4000

## Patient Information

| | |
|---|---|
| **Patient Name:** BLAIR, DAVID | **Sex:** Male   **Language:** |
| **Home Address:** 2195 SUGARLOAF PARKVIEW LN | **DOB:** 08/04/1994   **Race:***White |
| | **Age:** 26 Years   **SSN:** XXX-XX-5463 |
| CLARKSBURG, MD  20871 | **Religion:** Christian Church |
| **Preferred Phone:** | **Marital Status:** |
| **Employer Name:** | **Contact:** |
| **Employer Phone:** | **EMAIL** |

## Guarantor Information

| | |
|---|---|
| **Guarantor Name:** | **Sex:**    **DOB:** |
| **Patient's Reltn:** | **Employer Name:** |
| **Billing Address:** | **Employer Phone:** |
| **Billing Phone:** , | |

## Contact Information

| *Emergency Contact* | *Next of Kin* |
|---|---|
| **Contact Name:** GAYLE BLAIR | **Contact Name:** GAYLE BLAIR |
| **Patient's Reltn:** | **Patient's Reltn:** |
| **Sex:** | **Sex:** |
| **Preferred Phone:** 2404220979 | **Preferred Phone:** 2404220979 |

## Primary Insurance

| | |
|---|---|
| **Subscriber Name:** BLAIR, DAVID | **Insurance** NON-CONTRACTED HMO INVISIO |
| **Patient's Reltn:** | **Claim Address:** |
| **Sex:** Male | , |
| **DOB:** 08/04/1994 | **Insurance Phone:** |
| | **Policy Number:** 43294919 |
| **Employer Name:** | **Group Number:** 4300011010 |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** | **Authorization Phone:** |
| **Group Name:** | **Authorization Contact:** |

## Secondary Insurance

| | |
|---|---|
| **Subscriber Name:** | **Insurance Name:** |
| **Patient's Reltn:** | **Claim Address:** |
| **Sex:** | , |
| **DOB:** | **Insurance Phone:** |
| | **Policy Number:** |
| **Employer Name:** | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** | **Authorization Phone:** |
| **Group Name:** | **Authorization Contact:** |

## Encounter Information

| | | |
|---|---|---|
| **Reg Dt/Tm:** 01/06/2021 20:00 | **Patient Type:** Emergency | **Admit Type:** Emergency |
| **Est Dt of Arrival:** 01/07/2021 01:41 | **Medical Service:** EMR-Emergency | **Admit Source:** Emergency Room |
| **Inpt Adm Dt/Tm:** | **Location:** GWU ED | **User ID:** GWU_INVISION CONTRIBUTOR |
| **Disch Dt/Tm:** 01/07/2021 01:41 | **Room/Bed:** / | **Admitting:** MD Matthew Pyle |
| **Observation Dt/Tm:** | **Isolation:** | **Attending:** MD Matthew Pyle |
| **VIP Indicator:** | | **PCP:** Fam md No pcp |
| **Admit Reason:** HEAD INJ | | **Referring:** MD Tenagne Haile-mariam |
| **Accident:** Crime Victim | | |
| **Accident Date** 01/06/2021 19:50 | | |

---

**BLAIR, DAVID**
**Male / 26 Years**

EL0012

**MEDICAL
RECORD**

Patient Identification



**BLAIR, DAVID**
DOB: 08/04/1994  26 Years      M
ADM/REG DT: 01/06/2021

GWU0000139349468-GWU4770685

GWU- George Washington University Hospital
900 23rd Street, Northwest
Washington, DC 20037-2342

Patient:    BLAIR, DAVID                          Admit: 1/6/2021
MRN:       GWU4770685                          Disch: 1/7/2021       Disch Time:  01:41 EST
DOB/Sex:  8/4/1994    / Male                     FIN:    GWU0000139349468
Attending:  Pyle,Matthew MD

---

*Wound Care Note*

---

DOCUMENT NAME:                      Wound Care Notes
SERVICE DATE/TIME:                   5/11/2021 16:18 EDT
RESULT STATUS:                        Auth (Verified)
PERFORM INFORMATION:
SIGN INFORMATION:

**wound.jpg**
Please click on link to see image.

Attachment(s): 5/11/2021 16:18 EDT wound.jpg



GWU- George Washington University Hospital

| | | | |
|---|---|---|---|
| Patient: | BLAIR, DAVID | Admit: | 1/6/2021 |
| MRN: | GWU4770685 | Disch: | 1/7/2021 |
| DOB/Sex: | 8/4/1994   / Male | FIN: | GWU0000139349468 |
| Attending: | Pyle,Matthew MD | | |

---

## *Wound Care Note*

DOCUMENT NAME:                             Wound Care Notes
SERVICE DATE/TIME:                          5/11/2021 16:16 EDT
RESULT STATUS:                                 Auth (Verified)
PERFORM INFORMATION:
SIGN INFORMATION:

**wound.jpg**
Please click on link to see image.

BLAIR, DAVID
8/4/1994

Case 1:21-cr-00186-CRC   Document 57-1   Filed 07/06/22   Page 203 of 217

GWU4770685
GWU0000139349468

Attachment(s): 5/11/2021 16:16 EDT wound.jpg



# EXHIBIT 12



# EXHIBIT 13

**Progress Notes (continued)**

**Nemarugommula, Nandakishore (M.D.), M.D. at 1/11/2021  3:10 PM (continued)**

Date of admission or visit: 1/6/2020
Date of discharge: 1/6/2020
Discharge diagnosis: head injury-superficial

**Hospital/ER/urgent care course**: Member states he was involved in recent protests in Washington DC
Member states one of the cop hit him with a baton which resulted in head injury
Member was taken to George Washington University
Reports zoning out
Lack of appetite
And also feels confused on and off.

**Current status and symptoms of patient**: continues to have confusions on and off and headaches

**Recommended follow-up studies/testing per discharge summary:** *

Medication reconciliation:
no changes were made to chronic medications.

Relevant medical history reviewed/updated.

## ROS
see HPI

## OBJECTIVE
VITALS: BP 98/65  | Pulse 65  | Temp 98 °F (36.7 °C) (Oral)  | Resp 18  | Ht 6' (1.829 m)  | Wt 147 lb (66.7 kg)  | SpO2 100%  | BMI 19.94 kg/m²
General: WDWN, no apparent distress, well hydrated
- Eyes:no redness or discharge, eyelids w/o masses or swelling
- Ears: external ears and canals w/o redness and swelling, right and left TMs clear
- Nose: clear w/o congestion, bleeding, or discharge
- Throat/mouth: tonsils w/o swelling, redness, or exudate, soft palate w/o redness
- Neck: no nuchal rigidity, lymphadenopathy, or masses
- Cardiovascular: no murmurs, normal pulses
- Chest: chest clear to auscultation w/o wheezing rales or rubs, no masses or tenderness
Neurology:Neurological - alert, oriented, normal speech, no focal findings or movement disorder noted, cranial nerves II through XII intact, motor and sensory grossly normal bilaterally, normal muscle tone, no tremors, strength 5/5

Pertinent labs or studies: CT HEAD 1/7/2021:
IMPRESSION:

1. No CT evidence of acute territorial infarction, acute intracranial hemorrhage, or mass effect.

Blair, David
MRN: 43294919

**Progress Notes (continued)**

**Nemarugommula, Nandakishore (M.D.), M.D. at 1/11/2021  3:10 PM (continued)**

**ASSESSMENT/PLAN**


DIAGNOSIS AND PLAN:

**1.    CONCUSSION, SUBSEQ**
2.    ROUTINE ADULT HEALTH CHECK UP EXAM


**Orders Placed This Encounter**
• CBC NO DIFFERENTIAL
• CHEM 7, NON-FASTING (NA, K, CL, CO2, BUN, GLUC, CR)
• LIPID PANEL (DLDL, HDL, CHOL, TRIG)
• HEMOGLOBIN A1C
• ALT
• REF Neurology LARGO


Electronically signed by Nemarugommula, Nandakishore (M.D.), M.D.,1/11/2021  4:32 PM

---

**Medications**

**Infusion Orders**
No relevant orders to display.


**Orders**

**Lab, Pathology and Imaging Orders**

Active

| | |
|---|---|
| CBC NO DIFFERENTIAL | Ordered On: 01/11/2021 |
| CHEM 7, NON-FASTING (NA, K, CL, CO2, BUN, GLUC, CR) | Ordered On: 01/11/2021 |
| LIPID PANEL (DLDL, HDL, CHOL, TRIG) | Ordered On: 01/11/2021 |
| HEMOGLOBIN A1C | Ordered On: 01/11/2021 |
| ALT | Ordered On: 01/11/2021 |

**Other Orders**

Completed
REFERRAL NEUROLOGY
Ordered On: 01/11/2021

---

**Questionnaires**
No completed forms available for this encounter.

Blair, David
MRN: 43294919


**KAISER PERMANENTE.**

| **David Blair** | | Description: **26 year old male** |
| 1/12/2021 11:15 AM   Video Visit Home | | Provider: **NATALIA MARIA LLANES MD** |
| MRN: **43294919** | | |
| | Encounter #: **330321555** | Department: **Neurology Largo** |
| | Center: **LARGO** | |

## Visit Summary

### PCP and Center

| Primary Care Provider | Phone | Center |
| --- | --- | --- |
| Unspecified-Mas (R.N.), R.N. | 703-359-7878 | GAITHERSBURG MEDICAL CNTR |

### Registration

Non- EpicCare Patient

### Reason for Visit

**CONSULTATION**

### Diagnoses

| | Codes | Comments |
| --- | --- | --- |
| **NAUSEA AND VOMITING**   -  Primary | R11.2 | |
| **CONCUSSION, SEQUELA** | S06.0X9S | |

Blair, David
MRN: 43294919



**Flowsheets (all recorded)**

**Prenatal Vitals**
　　No documentation.

**Default Flowsheet Data (all recorded)**
　　**No Flowsheet Template found**

**Progress Notes**

**Llanes, Natalia Maria (M.D.), M.D. at 1/12/2021 11:15 AM**
　　Status: **Signed**

**Chief Complaint**
Patient presents with

  • CONSULTATION


David Blair is a 26 yr old male presents for evaluation of possible concussion.
Date of injury: 1/6/20. Pt notes that after injury he was arrested and had 24 hrs with no food or drink.
Type of injury:  Hit over the top of his head 2x
LOC: yes, momentary- but also states he was aware but his senses were gone
Onset of headache: after injury- off and on, better recently
Quality: throbbing
Location: bilateral, occipital  and apical
Severity: 4-9/10
Duration: few hours
Frequency: daily to every other day
Sleep: insomnia (3-4 hours/night)
Associated headache sx: photophobia, nausea and vomiting
Associated concussion symptoms: nausea, decreased appetite and weight loss, insomnia, zoning out for 10 minutes at a time, had been losing train of thought when speaking. Notes double vision with horizontal gaze.
Aggravating factors:activity, TV, blue light
Alleviating factors:drinking something cold and resting
PPX medications tried: None
Abortive medications tried: None
History of head injury:yes: as above.  Few concussions in the past when playing sports (lacrosse)
Imaging: yes: HCT at GWH reportedly normal

Review of Systems - Negative except as above

No past medical history on file.

No past surgical history on file.

No family history on file.

**Social History**

Blair, David
MRN: 43294919


**KAISER PERMANENTE.**

| **David Blair**<br>**1/18/2021 3:40 PM   Office Visit**<br>MRN: **43294919** | | Description: **26 year old male**<br>Provider: **JOHN J LEE MD** |
| --- | --- | --- |
| | Encounter #: **330793955**<br>Center: **GBG** | Department: **Internal Med Gaitbrg** |

## Visit Summary

**PCP and Center**

| Primary Care Provider | Phone | Center |
| --- | --- | --- |
| Chris Chung-Hyun (M.D.) Park, M.D. | 240-632-4000 | GAITHERSBURG MEDICAL CNTR |

**Registration**

Non- EpicCare Patient

**Reason for Visit**

STAPLE REMOVAL

**Diagnoses**

| | Codes | Comments |
| --- | --- | --- |
| **SUTURE REMOVAL**   -  Primary | Z48.02 | |

**Encounter Vitals**

| Row Name | 01/18/21 1545 |
| --- | --- |
| Enc Vitals | |
| BP | 124/71 |
| Pulse | 92 |
| Resp | 18 |
| Temp | 97.7 °F (36.5 °C) |
| Temp src | Oral |
| SpO2 | 97 % |
| Weight | 145 lb (65.8 kg) |
| Height | 6' (1.829 m) |

Blair, David
MRN: 43294919

## END OF REPORT

 KAISER PERMANENTE.

| | |
|---|---|
| **David Blair** | Description: **26 year old male** |
| **3/19/2021 4:15 PM   Video Visit Home** | Provider: **NATALIA MARIA LLANES MD** |
| MRN: **43294919** | |
| Encounter #: **334854671** | Department: **Neurology Largo** |
| Center: **LARGO** | |

## Visit Summary

### Reason for Visit

**FOLLOW UP CARE**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **CONCUSSION, SEQUELA**  -  Primary | S06.0X9S | |

## Telephone Contact Summary

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 3/19/2021 4:15 PM | Llanes, Natalia Maria (M.D.), M.D. | Neurology Largo<br>Arrive at: Your Home | LARGO |

## Encounter Documentation

### Llanes, Natalia Maria (M.D.), M.D. at 3/19/2021  4:15 PM

Status: Signed

## Chief Complaint

Patient presents with
- FOLLOW UP CARE

David Blair is a 26 yr old male presents for follow up of postconcussive syndrome and headache. At last visit, pt started on amitriptyline 10-20mg at bedtime but stopped after pt was started on Lamictal and zyprexa by psychiatry in February.  Pt notes daily HA and migraine as well as continued cognitive issues- mostly with STM.

Review of Systems - Negative except as above

No past medical history on file.

No past surgical history on file.

No family history on file.

## Social History

Blair, David
MRN: 43294919



| David Blair | | Description: **26 year old male** |
| 3/19/2021 4:51 PM   **Patient Secure Message** | | Provider: **NATALIA MARIA LLANES MD** |
| MRN: **43294919** | | |
| | Encounter #: **337710179** | Department: **Neurology Largo** |
| | Center: **LARGO** | |

## Visit Summary

### Reason for Visit

### Telephone Contact Summary

#### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 3/19/2021 4:51 PM | Llanes, Natalia Maria (M.D.), M.D. | Neurology Largo | LARGO |

#### Encounter Documentation

No notes of this type exist for this encounter.

#### Protocols (Most recently selected listed first)

No Protocols available for this encounter.

#### Questionnaires

No completed forms available for this encounter.

#### Encounter Messages

medication

| From | To | Sent and Delivered |
|---|---|---|
| Natalia Maria (M.D.) Llanes, M.D. | David Blair | 3/19/2021  4:51 PM |

Last Read in kp.org
3/20/2021  2:42 PM by David Blair

Dear David Blair,

Good afternoon. I heard from Dr. He.  She actually says it is okay to restart your amitriptyline.  Please start at 10mg at bedtime and after one week increase to 20mg at bedtime.  If after another week, you do not notice any improvement, you can increase to 30mg at bedtime.  After 3 weeks, please contact me to let me know how you are doing and further refills and/or adjustments can be made.  Side effects to the medication include drowsiness, dry mouth and constipation. If the side effects are too bothersome, let me know and the medication can be changed as well.  Dr. He recommended considering propranolol if the amitriptyline does not work so that could be our next try if the amitriptyline does not help.

Please let me know if you have any questions or concerns by calling the neurology clinic at 240-632-4900 or messaging me on KP.org.

Have a great day!

Kind regards,

Blair, David
MRN: 43294919

Delivery Summary - Mom (continued)

## END OF REPORT



**David Blair**
**3/19/2021 4:15 PM   Video Visit Home**
MRN: **43294919**

Encounter #: **334854671**
Center: **LARGO**

Description: **26 year old male**
Provider: **NATALIA MARIA LLANES MD**
Department: **Neurology Largo**

## Visit Summary

### Reason for Visit

**FOLLOW UP CARE**

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **CONCUSSION, SEQUELA**   - Primary | S06.0X9S |  |

## Telephone Contact Summary

### Call Information

|  | Provider | Department | Center |
|---|---|---|---|
| 3/19/2021 4:15 PM | Llanes, Natalia Maria (M.D.), M.D. | Neurology Largo<br>Arrive at: Your Home | LARGO |

## Encounter Documentation

### Llanes, Natalia Maria (M.D.), M.D. at 3/19/2021  4:15 PM

Status: Signed

### Chief Complaint

Patient presents with

• FOLLOW UP CARE


David Blair is a 26 yr old male presents for follow up of postconcussive syndrome and headache. At last visit, pt started on amitriptyline 10-20mg at bedtime but stopped after pt was started on Lamictal and zyprexa by psychiatry in February.  Pt notes daily HA and migraine as well as continued cognitive issues- mostly with STM.

Review of Systems - Negative except as above

No past medical history on file.

No past surgical history on file.

Blair, David
MRN: 43294919

**Encounter Documentation (continued)**

**Llanes, Natalia Maria (M.D.), M.D. at 3/19/2021  4:15 PM (continued)**
- Fear of Current or Ex-Partner: Not on file
- Emotionally Abused: Not on file
- Physically Abused: Not on file
- Sexually Abused: Not on file


Medications: Reviewed

There were no vitals taken for this visit.

**General Exam:**
Well developed, no apparent distress.
**HEENT:** Normocephalic/atraumatic.
**Mental Status:** Alert and appropriate with clear, fluent speech.
**Neck:** supple
**Cranial Nerves:** extraoccular movements are intact, face is symmetric and strong, hearing is intact to voice,tongue is midline. Symmetric shoulder shrug. V1-V3 intact to LT.
**Motor Exam:**  No pronator drift
**Coordination:** FTN intact
**Sensation:** LT intact x 4



**1. CONCUSSION, SEQUELA**
Post traumatic and post concussive headaches- daily. Not on ppx
- MRI BRAIN AND BRAIN STEM W CONTRAST; Future
- REFERRAL THERAPY, SPEECH AND LANGUAGE
-chart forwarded to Dr. He to ask about starting Topamax vs. Propranolol for HA prevention


Electronically signed by Llanes, Natalia Maria (M.D.), M.D., 3/19/2021  4:28 PM

---

**Protocols (Most recently selected listed first)**
No Protocols available for this encounter.

**Questionnaires**
No completed forms available for this encounter.

**Level of Service**

| Level of Service | Modifiers |
|---|---|
| **VIDEO VISIT, NEW, MODERATE LEVEL MDM [99204K]** | Synctelemed Or Eval Qual Medev [95] |

**Encounter Messages**

APPT REMINDER

| From | To | Sent and Delivered |
|---|---|---|
| Permanente, Kaiser | David Blair | 3/16/2021  4:49 AM |
| Last Read in kp.org | | |
| Not Read | | |

Blair, David
MRN: 43294919

Appointment Information:

Dept: NEUROLOGY LARGO
1221 Mercantile Lane
Largo, MD 20774
Phone: 301-386-6850
Provider: NATALIA MARIA LLANES MD, M.D.
Appt Type: VIDEO VISIT NEPHROLOGY FU ONLINE
Date: 3/19/21
Time: 4:15 PM


Patient Instructions: VIDEO VISIT - PLEASE DO NOT GO TO THE MEDICAL FACILITY.

1. Mobile users should close all other apps, open the KP app, and tap on appointments to start the visit.
2. Laptop/desktop users should open a Chrome browser, log in to kp.org, click appointment center, and click "Join" to start the visit.
3. Check that your camera and audio access settings are turned on and set to allow.
4. Headset is preferred, and use the strongest internet available. Avoid streaming media during your visit.
5. There may be a copayment for a video visit. If you have copayment questions, please call Member Services.
6. For the best experience, visit kp.org/tipsvideovisits and click "tech tool."


<a href="https://kp.org/healthquestionnaire">Click here to answer your questionnaire(s)</a>

Please let us know as soon as possible if you
need to make any changes to this appointment.

Thank you


 <a href="https://kaiserpermanente.org/health/mycare/consumer/my-health-manager/appointment-center/view-cancel-appointments">Click here to view/cancel your appointments</a>

**Get text message reminders**
Kaiser Permanente of the Mid-Atlantic States is offering text message reminders for upcoming appointments and other updates related to your health care. This service is intended for members age 18 years and older. Standard messaging rates may apply. If you would like to sign up for text messaging notifications, please call the Clinical Contact Center at 1-800-777-7904.


Appointment Scheduled

| From | To | Sent and Delivered |
|---|---|---|
| Permanente, Kaiser | David Blair | 2/26/2021 10:33 AM |
| Last Read in kp.org | | |
| Not Read | | |

Appointment Information:
    Visit Type: VIDEO VISIT NEPHROLOGY FU ONLINE

Blair, David
MRN: 43294919


KAISER
PERMANENTE.

| **David Blair** | | Description: **26 year old male** |
| 3/19/2021 4:51 PM   **Patient Secure Message** | | Provider: **NATALIA MARIA LLANES MD** |
| MRN: **43294919** | Encounter #: **337710179** | Department: **Neurology Largo** |
| | Center: **LARGO** | |

## Visit Summary

**Reason for Visit**

**Telephone Contact Summary**

**Call Information**

| | Provider | Department | Center |
|---|---|---|---|
| 3/19/2021 4:51 PM | Llanes, Natalia Maria (M.D.), M.D. | Neurology Largo | LARGO |

**Encounter Documentation**

No notes of this type exist for this encounter.

**Protocols (Most recently selected listed first)**

No Protocols available for this encounter.

**Questionnaires**

No completed forms available for this encounter.

**Encounter Messages**

medication

| From | To | Sent and Delivered |
|---|---|---|
| Natalia Maria (M.D.) Llanes, M.D. | David Blair | 3/19/2021  4:51 PM |

Last Read in kp.org
3/20/2021  2:42 PM by David Blair

Dear David Blair,

Good afternoon. I heard from Dr. He.  She actually says it is okay to restart your amitriptyline.  Please start at 10mg at bedtime and after one week increase to 20mg at bedtime.  If after another week, you do not notice any improvement, you can increase to 30mg at bedtime.  After 3 weeks, please contact me to let me know how you are doing and further refills and/or adjustments can be made.  Side effects to the medication include drowsiness, dry mouth and constipation. If the side effects are too bothersome, let me know and the medication can be changed as well.  Dr. He recommended considering propranolol if the amitriptyline does not work so that could be our next try if the amitriptyline does not help.

Please let me know if you have any questions or concerns by calling the neurology clinic at 240-632-4900 or messaging me on KP.org.

Have a great day!

Kind regards,

Blair, David
MRN: 43294919